IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| VPR INTERNATIONALE, | CASE NO. 2:11-cv-2068-HAB-DGB |
| Plaintiff, | Judge: Harold A. Baker<br>Magistrate Judge: David G. Bernthal |
| v. | |
| DOES 1 – 1017, | |
| Individually, and as Representatives of a class | |
| Defendants. | |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for VPR Internationale, Plaintiff, furnishes the following in compliance with Rule 11.3 of this court.

1. VPR Internationale

2. Not applicable

3. Steele Hansmeier PLLC; Thomas, Bonifield & Rosenstengel PC.

Respectfully submitted,
VPR Internationale

DATED: March 8, 2011

By:   /s/John Steele
One of its Attorneys

Jon Rosenstengel # 06216770
Bonifield & Rosenstengel PC.
16 E. Main St.
Belleville, IL 62220
618-277-7740; Fax 618-277-5155
jonrose@icss.net

John Steele # 6292158
Steele Hansmeier PLLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-880-9160; Fax 312-893-5677
jlsteele@wefightpiracy.com
*Lead Counsel*

Jerald J. Bonifield # 00251194
Bonifield & Rosenstengel PC.
16 E. Main St.
Belleville, IL 62220
618-277-7740; Fax 618-277-5155
jerryb1066@yahoo.com

**Attorneys for Plaintiff**