**E-FILED**
Tuesday, 08 March, 2011  01:53:05 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | | |
|---|---|---|
| VPR INTERNATIONALE, | ) | |
| | ) | CASE NO. 2:11-cv-2068-HAB-DGB |
|     Plaintiff, | ) | |
| | ) | Judge: Harold A. Baker |
| v. | ) | Magistrate Judge: David G. Bernthal |
| | ) | |
| DOES 1 – 1017, | ) | |
| | ) | |
| Individually, and as Representatives of a class | ) | |
| | | |
| Defendants. | | |

### APPEARANCE OF COUNSEL

To the Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for VPR Internationale.

DATED:  March 8, 2011

/s/ John Steele_____
Signature

John L. Steele  #6292158_____
Name & Bar Number

Steele Hansmeier, PLLC_____
161 N Clark St., Suite 4700_____
Chicago, IL 60601_____
Address

312-893-5888_____
Phone Number

312-893-5604_____
Fax Number

jlsteele@wefightpiracy.com_____
E-Mail Address

*Rev 06/09*