# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| VPR INTERNATIONALE, ) | |
| ) | CASE NO. 2:11-cv-2068-HAB-DGB |
| Plaintiff, ) | |
| ) | Judge: Harold A. Baker |
| v. ) | Magistrate Judge: David G. Bernthal |
| ) | |
| DOES 1 – 1017, ) | |
| ) | |
| Individually, and as Representatives of a class ) | |
| | |
| Defendants. | |

## APPEARANCE OF COUNSEL

To the Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for VPR Internationale.

DATED: March 8, 2011

/s/ Jon Rosenstengel_____
Signature

Jon Rosenstengel # 06216770_____
Name & Bar Number

Bonifield & Rosenstengel PC._____
16 E. Main St._____
Belleville, IL 62220_____
Address

618-277-7740_____
Phone Number

618-277-5155_____
Fax Number

jonrose@icss.net_____
E-Mail Address

*Rev 06/09*