E-FILED
Tuesday, 08 March, 2011  02:06:21 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

VPR INTERNATIONALE,

     Plaintiff,

v.

DOES 1 – 1017,

Individually, and as Representatives of a class

     Defendants.

CASE NO. 2:11-cv-2068-HAB-DGB

Judge: Harold A. Baker
Magistrate Judge: David G. Bernthal

### PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO TAKE EXPEDITED DISCOVERY

Plaintiff, through its undersigned counsel, hereby moves this Court *ex parte* for an Order granting expedited discovery. This motion is based upon the case record, accompanying memorandum and authorities cited therein, and the attached Affidavit of David Pfister.  Plaintiff seeks to issue subpoenas pursuant to Fed. R. Civ. P. 45 limited to the following categories of entities and information:

From Internet Service Providers (ISPs) identified in the Exhibit A attached to the Complaint and any other entity identified as a provider of Internet services to one of the Doe Defendants in response to a subpoena or as a result of ongoing BitTorrent activity monitoring until the class is certified: information sufficient to identify each Defendant, including name, current (and permanent) address, telephone number, e-mail address, and Media Access Control address.

Any information disclosed to the Plaintiff in response to a Rule 45 subpoena will be used by the Plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in its Complaint.

1

For all the reasons articulated in the attached memorandum, Plaintiff respectfully asks the

Court to grant this motion and enter an Order substantially in the form of the attached Proposed

Order.

Respectfully submitted,

VPR Internationale

DATED: March 8, 2011

By:    /s/John Steele
       One of its Attorneys

Jon Rosenstengel # 06216770          John Steele # 6292158
Bonifield & Rosenstengel PC.         Steele Hansmeier PLLC
16 E. Main St.                       161 N. Clark St.
Belleville, IL 62220                 Suite 4700
618-277-7740; Fax 618-277-5155       Chicago, IL 60601
jonrose@icss.net                     312-880-9160; Fax 312-893-5677
                                     jlsteele@wefightpiracy.com
                                     *Lead Counsel*

Jerald J. Bonifield # 00251194
Bonifield & Rosenstengel PC.
16 E. Main St.
Belleville, IL 62220
618-277-7740; Fax 618-277-5155
jerryb1066@yahoo.com

**Attorneys for Plaintiff**