UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

VPR INTERNATIONALE,[1]

      PLAINTIFF,

  vs.                                              11-2068

DOES 1-1017,
individually and as representatives
of a class,

      DEFENDANTS.

## ORDER

*Ex mero motu*, in this case, the court directs the Clerk of the court to refuse to issue any subpoenas to plaintiff's counsel until further order of the court.

Enter this 9th day of March, 2011.

\s\Harold A. Baker
_____
Harold A. Baker
United States District Judge

---

[1] Identified in the pleadings as a "Montreal based producer of adult entertainment," nothing indicates whether VPR is a *sui juris* entity.