# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 3, 2011

**To:**   Pamela E. Robinson
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 11-2257
>
> IN RE:
>      VPR INTERNATIONALE,
>          Petitioner
>
> District Court No: 2:11-cv-02068-HAB-DGB
> District Judge Harold Baker
> Clerk/Agency Rep Pamela Robinson

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF CASE OPENING

June 3, 2011

| No.: 11-2257 | IN RE: <br> VPR INTERNATIONALE, <br> Petitioner |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court No: 2:11-cv-02068-HAB-DGB <br> District Judge Harold A. Baker <br> Clerk/Agency Rep Pamela E. Robinson <br><br> Case date filed: 06/03/2011 <br> Case type: op/npman <br> Fee status: Due <br> Date NOA rc'd-AC: 06/03/2011 ||

The above-captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit.

**Deadlines:**

| Appeal No. | Filer | Document | Due Date |
|---|---|---|---|
| 11-2257 | VPR Internationale | Fee Due | 06/17/2011 |

**NOTE:** This notice is issued to counsel of record, in furtherance of the revised *Circuit Rule 3(d)*, to provide necessary information regarding this appeal. Please verify this notice for accuracy. Counsel are encouraged to provide a fax and/or e-mail address to the court. If any corrections are necessary, please indicate those corrections on this notice and return it to the Clerk's Office within ten (10) days.

**THIS NOTICE SHALL NOT ACT AS A SUBSTITUTE FOR MOTIONS FOR NON-INVOLVEMENT / SUBSTITUTION OF COUNSEL. COUNSEL ARE STILL REQUIRED TO FILE THE APPROPRIATE MOTIONS.**

Important Scheduling Notice!

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Docket_Notice**(form ID: **108**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORIGINAL PROCEEDING CIRCUIT RULE 3(b) NOTICE

June 3, 2011

| No.: 11-2257 | IN RE: <br> VPR INTERNATIONALE, <br> Petitioner |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court No: 2:11-cv-02068-HAB-DGB <br> District Judge Harold A. Baker <br> Clerk/Agency Rep Pamela E. Robinson ||

Circuit Rule 3(b) empowers the clerk to dismiss a petition if the docket fee is not paid within fourteen (14) days of the docketing of the petition. This petition was docketed and the fee has not been paid as of June 3, 2011. Depending on your situation, you should:

1. Pay the required $450.00 docketing fee to the Clerk of the Court of Appeals.

2. File a motion to proceed on appeal in forma pauperis with the Court of Appeals. An original and three (3) copies of that motion, with proof of service on your opponent, is required. This motion must be supported by a affidavit in the form of a sworn statement listing the assets and income of the petitioner(s). See **Form 4** of the *Appendix of Forms to the Federal Rules of Appellate Procedure (as amended 12/01/98)*.

If one of the above stated actions is not taken, the petition will be dismissed.

form name: **c7_OP_Fee_Notice_Sent**(form ID: **189**)