E-FILED
Tuesday, 02 August, 2011  08:35:04 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| VPR Internationale, | Case No. 2:11-cv-2068 |
| Plaintiff, | Judge: Hon. Harold A. Baker |
| v. | Magistrate Judge: Hon. David G. Bernthal |
| DOES 1-1017, | |
| Individually, and as Representatives of a class, | |
| Defendants. | |

**MOTION FOR LEAVE TO FILE BRIEF
IN EXCESS OF FIFTEEN (15) PAGES**

NOW COMES Amicus Curiae Electronic Frontier Foundation ("EFF"), by and through its local counsel, Mudd Law Offices, and moves this Court for leave to submit its Brief of Amicus Curiae Electronic Frontier Foundation Regarding Proceeding as a Class Action in excess of the fifteen (15) page limit established by Local Rule 7.1(B)(4)(a). EFF brings this motion in good faith. In support of its motion, EFF states that this action involves complex issues involving class actions, copyright law and the First Amendment. Further, Plaintiff's brief, which EFF is responding to, is twenty-one (21) pages in length. To adequately address all these issues, EFF respectfully requires more discussion than permitted by the fifteen (15) page limit. Specifically, the Defendants seek to file the attached motion consisting of twenty-five (25) pages. See Exhibit A.

WHEREFORE, Defendants respectfully request the Court enter an Order providing that:

(a)    The page limit established by Local Rule 7.1 of fifteen (15) pages be excepted for purposes of EFF's Brief of Amicus Curiae Electronic Frontier Foundation Regarding Proceeding as a Class Action;

(b)   The page limit for EFF's Brief of Amicus Curiae Electronic Frontier Foundation Regarding Proceeding as a Class Action shall be no more than twenty (25) pages.

Dated: Chicago, Illinois
         August 2, 2011

>Respectfully submitted,
>
>AMICUS CURIAE
>ELECTRONIC FRONTIER
>FOUNDATION
>
>By:  /s/Charles Lee Mudd, Jr.
>Its Attorney
>Charles Lee Mudd Jr.
>Mudd Law Offices
>3114 W. Irving Park Road
>Suite 1W
>Chicago, Illinois  60618
>773.588.5410 (telephone)
>773.588.5440 (facsimile)
>ARDC: 6257957
>cmudd@muddlawoffices.com

## CERTIFICATE OF SERVICE

      I, Charles Lee Mudd, Jr., do hereby certify that service of **MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN (15) PAGES** was accomplished pursuant to Electronic Case Filing as to ECF Filing Users and shall be served upon all other parties listed in the attached Service List by sending said documents via postage pre-paid U.S. mail on this 2nd day of August 2011.

      /s/Charles Lee Mudd, Jr.
      Charles Lee Mudd, Jr.

Charles Lee Mudd, Jr.
Mudd Law Offices
3114 W. Irving Park Road
Suite 1W
Chicago, Illinois  60618
773.588.5410 (Telephone)
773.588.5440 (Facsimile)
cmudd@muddlawoffices.com
ARDC: 6257957

**SERVICE LIST**

All counsel of record are ECF users.