**Exhibit A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | | |
|---|---|---|
| VPR Internationale, | ) | Case No. 2:11-cv-2068 |
| Plaintiff, | ) ) | Judge:  Hon. Harold A. Baker |
| v. | ) ) | Magistrate Judge:  Hon. David G. Bernthal |
| DOES 1-1017, | ) ) | |
| Individually, and as Representatives of a class, | ) ) | |
| Defendants. | ) ) | |

## BRIEF OF AMICUS CURIAE ELECTRONIC FRONTIER FOUNDATION REGARDING PROCEEDING AS A CLASS ACTION

# TABLE OF CONTENTS

INTRODUCTION ..............................................................................................................1

ARGUMENT ...................................................................................................................1

I.   Plaintiff's Class Action Strategy Follows the Failure of Its Mass Joinder Strategy, and
     Raises the Same Due Process and First Amendment Concerns. ....................................1

II.  Defendant Class Actions Present a Unique Set of Due Process Concerns. ...............................4

III. Plaintiff Fails to Meet the Requirements of Rule 23(a). ........................................................6

     A.   Commonality .............................................................................................7

     B.   Typicality...................................................................................................12

     C.   Adequacy ..................................................................................................14

IV.  Plaintiff Fails to Meet the Requirements of Rule 23(b)(3). ...................................................16

     A.   Predominance ...........................................................................................16

     B.   Superiority ................................................................................................18

V.   In Addition To Its Rule 23 Failures, Plaintiff Cannot Show That The Proposed Class
     Meets Definiteness Requirements. ...............................................................................20

     A.   The Proposed Class Definition Is Too Indefinite to Be Manageable. ..............................20

     B.   In Exercising Its Broad Discretion To Determine *If* A Class Action May Proceed, A
          Court Should Consider *How* That Case Would Proceed...................................................23

CONCLUSION................................................................................................................25

## <u>TABLE OF AUTHORITIES</u>

### Federal Cases

*Adams v. Pipeliners Union 798,*
  699 P.2d 343 (Alaska 1985)........................................................ 16

*Alliance to End Repression v. Rochford,*
  565 F.2d 975 (7th Cir. 1977) ..................................................... 20

*Amchem Prods., Inc. v. Windsor,*
  521 U.S. 591 (1997)............................................................. 6, 17

*Ameritech Ben. Plan Comm. v. Comm'n Workers,*
  220 F.3d 814 (7th Cir. 2000) ...................................................... 4

*Andrews v. Chevy Chase Bank,*
  545 F.3d 570 (7th Cir. 2008) ..................................................... 18

*Assessment Tech. v. WIREdata, Inc.,*
  350 F.3d 640 (7th Cir. 2003) ..................................................... 11

*Bledsoe v. Combs*,
  No. NA-99-153-C H/G, 2000 U.S. Dist LEXIS 7434 (N.D. Ind., Mar. 14, 2000).......... 20

*Blihovde v. St. Croix Cnty., Wis.,*
  219 F.R.D. 607 (W.D. Wis. 2003) ................................................. 24

*BMG Music v. Does 1-203,*
  2004 WL 953888 (E.D.Pa., April 2, 2004) ....................................... 9, 13

*Call of the Wild Movie, LLC v. Does 1-1,062,*
  No. 10-cv-455-BAH (D.D.C. Mar. 22, 2011)........................................ 2

*Carnegie v. Household Intern. Inc.*,
  376 F.3d 656 (7th Cir. 2004) ..................................................... 19

*Channell v. Citicorp Nat'l. Servs., Inc.,*
  89 F.3d 379 (7th Cir. 1996) ...................................................... 5

*Chicago Bd. of Educ. v. Substance, Inc.*,
  354 F.3d 624 (7th Cir. 2003) ..................................................... 17

*CP Prods., Inc. v. Does 1-300,*
  No. 1:10-cv-06255 (N.D. Ill. Feb. 7, 2011) ...................................... 2

*De La Fuente v. Stokley-Van Camp, Inc.,*
    713 F.2d 225 (7th Cir. 1983) ........................................................................ 13

*Dendrite Int'l, Inc. v. Doe No. 3,*
    775 A.2d 756 (N.J. App. 2001)...................................................................... 3

*East Tex. Motor Freight Sys., Inc. v. Rodriguez,*
    431 U.S. 395 (1977)...................................................................................... 14

*Feist Publ'n, Inc. v. Rural Tel. Serv. Co.,*
    499 U.S. 340 (1991)...................................................................................... 11

*Gaiman v. McFarlane,*
    360 F.3d 644 (7th Cir. 2004) ........................................................................ 12

*Halverson v. Convenient Food Mart, Inc.,*
    69 F.R.D. 331 (N.D. Ill. 1974)...................................................................... 17

*Henson v. East Lincoln Twp.,*
    814 F.2d 410 (7th Cir. 1987) ........................................................................ 5

*In re Verizon Internet Servs. Inc.,*
    257 F. Supp. 2d 244 (D.D.C.) ...................................................................... 3

*In re Verizon Internet Servs. Inc.,*
    351 F.3d 1229 (D.C. Cir. 2003) .................................................................... 3

*Indiana State Employees Assoc. v. Indiana State Highway Comm'n,*
    78 F.R.D. 724 (S.D. Ind. 1978)..................................................................... 21

*Interscope Records v. Does,*
    558 F. Supp. 2d 1176 (D. Kan. 2008)........................................................... 3

*IO Group, Inc. v. Does 1 - 453,*
    Case No. 10-4382 (N.D. Cal. Jan. 10, 2011) ................................................ 2

*Kenro, Inc. v. Fax Daily,*
    962 F. Supp. 1162 (S.D. Ind. 1997) ............................................................. 21

*Lamb v. United Security Life Co.,*
    59 F.R.D. 44 (S.D. Iowa 1973) ..................................................................... 16

*Leib v. Rex Energy Operating Corp.,*
    No. 06-cv-802, 2008 WL 5377792 (S.D. Ill. Dec. 19, 2008) ...................... 19

*LFP Internet Group LLC v. Does 1-3,120,*
    Case No. 10-2095 (N.D. Tex. Feb. 10 2011) ................................................... 2

*LFP Internet Group LLC v. Does 1-3,120,*
    No. 10-2095 (N.D. Tex. Feb. 10, 2011) ...................................................... 2

*Lightspeed v. Does 1-1000,*
    No. 1:10-cv-05604, 2011 U.S. Dist. LEXIS 35392 (N.D. Ill. Mar. 31, 2011) ................. 2

*Mace v. Van Ru Credit Corp.,*
    109 F.3d 338 (7th Cir. 1997) ................................................................ 6

*McIntyre v. Ohio Elections Comm'n,*
    514 U.S. 334 (1995) ........................................................................ 3

*McRoberts Software, Inc. v. Media 100, Inc.,*
    329 F.3d 557 (7th Cir. 2003) ................................................................ 9

*Mejdrech v. Met-Coil Systems Corp.,*
    319 F.3d 910 (7th Cir. 2003) ................................................................ 19

*Mid Am. Title Co. v. Kirk,*
    59 F.3d 719 (7th Cir. 1995) ................................................................ 11

*Millenium TGA Inc. v. Does 1-800,*
    No. 1:10-cv-05603, U.S. Dist. LEXIS 35406 (N.D. Ill Mar. 31, 2011) ...................... 2

*Motown Records v. Does 1-252,*
    No. 1:04-CV-439-WBH (N.D. Ga. Aug. 16, 2004) .......................................... 2

*Muro v. Target Corp.,*
    580 F.3d 485 (7th Cir. 2009) ................................................................ 13

*Murray v. GMAC Mortg. Corp.,*
    434 F.3d 948 (7th Cir. 2006) ................................................................ 18

*Nat'l Union Fire Ins. Co. v. Midland Bancor, Inc.,*
    158 F.R.D. 681 (D. Kan. 1994) .............................................................. 5

*Oshana v. Coca-Cola Co.,*
    472 F.3d 506 (7th Cir. 2006) ............................................................ 20, 23

*Pabst Brewing, Inc. v. Corrao,*
    161 F.3d 434 (7th Cir. 1998) ................................................................ 4

iv

*Phillips Petroleum Co. v. Shutts,*
    472 U.S. 797 (1985)................................................................. 5

*Redmon v. Uncle Julio's of Illinois, Inc.,*
    249 F.R.D. 290 (N.D. Ill. 2008)............................................ 23

*Reed-Elsevier, Inc. v. Muchnick,*
    559 U.S. ___, 130 S. Ct. 1237 (2009).................................. 12

*Reno v. ACLU,*
    521 U.S. 844 (1997)................................................................. 3

*Retired Chicago Police Ass'n v. City of Chicago,*
    7 F.3d 584 (7th Cir. 1993) ................................................... 14

*Rosario v. Livaditis,*
    963 F.2d 1013 (7th Cir. 1992) ................................. 7, 13, 14

*Simer v. Rios,*
    661 F.2d 655 (7th Cir. 1981) ............................................... 17

*Sony Music Entm't, Inc. v. Does 1-40,*
    326 F. Supp. 2d 556 (S.D.N.Y. 2004)................................... 3

*Szabo v. Bridgeport Mach., Inc.,*
    249 F.3d 672 (7th Cir. 2001) ......................................... 23, 24

*Tilley v. TJX Cos.,*
    345 F.3d 34 (1st Cir. 2003).................................................... 1

*Uhl v. Thoroughbred Tech. & Telecomm., Inc.,*
    309 F.3d 978 (7th Cir. 2002) ............................................... 14

*UMG Recordings, Inc. v. Does 1-4,*
    No. 06-0652, 2006 WL 1343597 (N.D. Cal. Mar. 6, 2006) ............ 3

*Virgin Records Am. v. Does 1-44,*
    No. 1:04-CV-0438-CC (N.D. Ga. March 3, 2004) ............... 2

*Vulcan Golf, LLC v. Google Inc.,*
    254 F.R.D. 521 (N.D. Ill. 2008)....................................... 8, 17

*Wal-Mart Stores, Inc. v. Dukes,*
    Slip op. at 9, 564 U.S. ___ (June 20, 2011) ........................ *passim*

*West Coast Productions v. Does 1-2010*,
    Case No. 3:10-CV-93 (N.D. W.Va., Dec. 16, 2010) ........................................................ 2

*White v. Sundstrand Corp.*,
    256 F.3d 580 (7th Cir. 2001) ........................................................ 16

*Wildlife Exp. Corp. v. Carol Wright Sales, Inc.*,
    18 F.3d 502 (7th Cir. 1994) ........................................................ 14

*Williams v. Chartwell Fin. Servs., Ltd.*,
    204 F.3d 748 (7th Cir. 2000) ........................................................ 6, 13, 18

*Winder Licensing Inc. v. King Instrument Corp.*,
    130 F.R.D. 392 (N.D. Ill. 1990) ........................................................ 5

*Wright v. Schock*,
    742 F.2d 541 (9th Cir. 1984) ........................................................ 16

## Statutes

17 U.S.C. § 106 ........................................................ 20

17 U.S.C. § 411 ........................................................ 12

17 U.S.C. § 412 ........................................................ 11, 12, 14, 15

17 U.S.C. § 501 ........................................................ 20

17 U.S.C. § 504 ........................................................ 6, 11, 14

47 U.S.C. § 227 ........................................................ 22, 23

## Federal Rules

Fed. R. Civ. P. 4(k)(1)(A) ........................................................ 6

FED. R. CIV. P. 12(b)(6) ........................................................ 18

FED R. CIV. P. 15(A)(2) ........................................................ 8

FED. R. CIV. P. 23 ........................................................ *passim*

**Constitutional Provisions**

U.S. Const. amend. I ................................................................................................ *passim*

**Legislative Materials**

H.R. Rep. No. 102-317 (1991) ...................................................................................... 23

**Other Authorities**

Nate Anderson, *25% of Files Downloaded from The Pirate Bay Are Fakes*, Ars Technica
    (Jan. 24, 2011, 2:22 PM) ...................................................................................... 21

Richard A. Nagareda, *Class Certification in the Age of Aggregate Proof*,
    84 N.Y.U.L. Rᴇᴠ. 97, 132 (2009) ........................................................................ 7

Richard Clooke, *Muggles Beware: Harry Potter and the Deathly Malware*, MSN Tech &
    Gadgets (July 19, 2011, 4:59 PM) ...................................................................... 21

William Rubenstein *et al., Newberg on Class Actions* (4th ed. 2011) ...........................4

**INTRODUCTION**

Class action litigation is a unique vehicle under the Federal Rules that allows—in certain narrow circumstances—for the representative and collective trying of a suit. Because class actions allow individuals' rights to be litigated without their participation, potentially subjecting them to significant financial obligations (due either to judgment or settlement), they raise significant due process concerns.

Here, those concerns are particularly acute.  In an attempt to avoid the joinder, jurisdiction, and speech challenges inherent in mass copyright litigation, Plaintiff asks this Court to entertain a class of more than 1,000 Doe Defendants, alleged account holders at more than 80 different Internet Service Providers ("ISPs"), based on the Does' alleged infringement of nearly a dozen distinct works.  Each of these Defendants, and each of the works, will carry a separate and distinct set of facts and legal questions that will require this Court to make numerous individualized findings and potentially hold hundreds of hearings.  If the purpose of the class action lawsuit is to promote efficiency and cost-saving measures for the parties and the Court, that purpose cannot be served in this case. What is worse, in this case the class action process will be profoundly unfair to the Defendants.

**ARGUMENT**

**I.    Plaintiff's Class Action Strategy Follows the Failure of Its Mass Joinder Strategy, and Raises the Same Due Process and First Amendment Concerns.**

Plaintiff is not the first to attempt to sue numerous unrelated defendants in a single copyright infringement lawsuit based only on the coincidence that they allegedly infringed works owned by the same copyright holder.  *See, e.g.*, *Tilley v. TJX Inc.*, 345 F.3d 34, 42-43 (1st Cir. 2003) (vacating defendant class certification order in copyright infringement case).  In fact, this case is part of a larger and disturbing trend of cases that appear not to be filed with the intention of not litigating them.  Instead, it seems that the plaintiffs' lawyers hope to take advantage of the threat of an award of statutory damages and attorneys' fees, the ignorance of those sued about their potential defenses, as well as the stigma that is associated with downloading pornographic

1

movies to induce the anonymous defendants into settling the case for a payment of thousands of dollars.

Recognizing that these cases may deny individual justice to those caught up in a plaintiff's indiscriminate dragnet, several federal courts—including courts in the Seventh Circuit—have severed cases where plaintiffs attempted to sue under a mass joinder theory, effectively dismissing more than 40,000 Doe defendants nationwide.  *See, e.g.*, *Lightspeed v. Does 1-1000*, No. 1:10-cv-05604, 2011 U.S. Dist. LEXIS 35392 (N.D. Ill. Mar. 31, 2011) (granting one defendant's motion for improper joinder and severing all other Doe defendants); *Millenium TGA Inc. v. Does 1-800*, No. 1:10-cv-05603, U.S. Dist. LEXIS 35406 (N.D. Ill Mar. 31, 2011) (concluding *sua sponte* that defendants were improperly joined and severing all defendants); *CP Prods., Inc. v. Does 1-300*, No. 1:10-cv-06255 (N.D. Ill. Feb. 7, 2011) (dismissing the action against all defendants and noting that "the course of action chosen by counsel for [plaintiff] plainly has the potential to perpetrate the type of abuse identified in the most recent motion to quash").  *See also LFP Internet Group LLC v. Does 1-3,120*, No. 10-2095 (N.D. Tex. Feb. 10, 2011) (quashing subpoenas, holding that Plaintiff did not show that the Defendants were "in any way related to each other, or that they acted in concert or as a group in their allegedly offending actions"); *IO Group, Inc. v. Does 1 - 453*, No. 10-4382 (N.D. Cal. Jan. 10, 2011) ("[T]he allegations that defendants simply used the same peer-to-peer network to download plaintiff's work  . . .  is insufficient to allow plaintiff to litigate against hundreds of different Doe defendants in one action."); *West Coast Productions v. Does 1-2010*, No. 3:10-cv-93 (N.D. W.Va., Dec. 16, 2010). [1]

Mass copyright infringement suits—whether class action suits or not—likewise run

---

[1] Amicus recognizes that such judicial analysis has not been universal.  *See, e.g.*, *West Coast Prods. v. Does 1-5829*, No. 11-cv-57-CKK (D.D.C. June 10, 2011) (declining to sever defendants or quash subpoenas); *Call of the Wild Movie, LLC v. Does 1-1,062*,  No. 10-cv-455-BAH (D.D.C. Mar. 22, 2011) (finding plaintiffs to have met the requirements of permissive joinder); *Motown Records v. Does 1-252*, No. 1:04-CV-439-WBH (N.D. Ga. Aug. 16, 2004) (denying motion to quash); *Virgin Records Am. v. Does 1-44*, No. 1:04-cv-0438-CC (N.D. Ga. Mar. 3, 2004) (granting leave to take expedited discovery).

against well-established First Amendment protections for anonymous speech.  The U.S. Supreme Court has consistently upheld the right to anonymous speech in a variety of contexts.  *See, e.g. McIntyre v. Ohio Elections Comm'n*, 514 U.S. 334, 357 (1995) (noting that anonymity is a "shield" that protects speakers with unpopular opinions); *Reno v. ACLU*, 521 U.S. 844, 870 (1997) (holding that there is "no basis for qualifying the level of First Amendment scrutiny that should be applied to" the Internet).  Courts have extended First Amendment protection to the anonymous publication of expressive works on the Internet even if the publication is alleged to infringe copyrights.  *See, e.g., Sony Music Entm't, Inc. v. Does 1-40*, 326 F. Supp. 2d 556, 564 (S.D.N.Y. 2004)*; In re Verizon Internet Servs. Inc.*, 257 F. Supp. 2d 244, 260 (D.D.C.), *rev'd on other grounds*, 351 F.3d 1229 (D.C. Cir. 2003); *Interscope Records v. Does*, 558 F. Supp. 2d 1176, 1178 (D. Kan. 2008); *UMG Recordings, Inc. v. Does 1-4*, No. 06-0652, 2006 WL 1343597, at *2 (N.D. Cal. Mar. 6, 2006).  Only a compelling government interest can overcome such First Amendment rights, and the mere filing of a lawsuit does not qualify as a compelling interest unless there is good reason to believe that the suit has a legitimate basis.  Accordingly, courts evaluating attempts to unmask anonymous speakers have adopted standards that balance the individual right to speak anonymously with a litigant's legitimate need to pursue a claim.  *See, e.g., Dendrite Int'l, Inc. v. Doe No. 3*, 775 A.2d 756 (N.J. App. 2001) (laying out a test measuring whether plaintiff has given each anonymous defendant sufficient notice, has sufficiently alleged and presented evidence of its *prima facie* case, and has sufficiently justified the unmasking of defendants in light of their right to anonymous speech).  It is unlikely that Plaintiff could make such prima facie showings or sufficiently justify the unmasking of Defendants in light of their First Amendment rights.

In fact, this Court has already recognized these inherent problems, stating in its order denying Plaintiff's motion to certify for interlocutory review that "the embarrassment of public exposure might be too great, the legal system too daunting and expensive, for some [Defendants] to ask whether VPR has competent evidence to prove its case."  Order, Apr. 29, 2011, Doc. #15, at 3.  This is precisely the point of Plaintiff's strategy.  As with other mass copyright suits filed

all over the country, Plaintiff's true goal is not class litigation or even to reach the merits, but to discover Defendants' identities and to extract settlements from fearful, unrepresented, and poorly informed individuals. As such, this Court was well-justified in denying Plaintiff's attempt to "advance a 'fishing expedition by means of a perversion of the purpose and intent' of class actions." Order, Apr. 29, 2011, Doc. #15, at 3 (quoting Order, Mar. 9, 2011, Doc. #9, at 1).

## II.     Defendant Class Actions Present a Unique Set of Due Process Concerns.

Most of the authority that Plaintiff cites in its brief in support of its class action strategy comes from cases involving the certification of plaintiff classes, not defendant classes. Pl.'s Mem. of Law Regarding Maintaining This Suit as a Class Action, July 5, 2011, Doc. #21, *passim* ("Pl.'s Mem. #21"). This is no wonder: defendant class actions are rare, in large part because the due process and fairness concerns that arise for defendant classes—especially in cases involving hundreds or thousands of anonymous defendants—are much greater than in cases involving traditional plaintiff classes. The "due process rights of unnamed class members of a defendant class are entitled to special solicitude." *Pabst Brewing, Inc. v. Corrao*, 161 F.3d 434, 439 (7th Cir. 1998); *see also* William Rubenstein *et al., Newberg on Class Actions* § 4.47 (4th ed. 2011) ("There is little doubt that a defendant class requires closer scrutiny of Rule 23 tests to assure fairness to absent members based on long-standing due process protections for defendants in the absence of a defendant class. As a result, stricter due process considerations put greater limits on the use of defendant classes than plaintiff classes.").

Courts should therefore exercise special caution when certifying defendant classes, as they "are more likely than plaintiff classes to include members whose interests diverge from those of the named representatives." *Ameritech Ben. Plan Comm. v. Comm'n Workers,* 220 F.3d 814, 820 (7th Cir. 2000). These "[r]isks of diverging interests are particularly high in actions seeking monetary remedies." *Id.* Recognizing these inherent problems with defendant class actions, the Seventh Circuit has limited their availability to cases brought under Rule 23(b)(3),[2]

---

[2] Section (b)(1)(A), which allows class actions when there is a danger of imposing "incompatible standards of conduct for the party opposing the class," Fed. R. Civ. P. 23(b)(1)(A), does not

which requires that defendants be given notice and an opportunity to opt out of the class.[3]

Fundamentally, courts exercise particular caution in defendant class action cases for many of the same reasons they hesitate to hale defendants into courts where jurisdiction does not exist. Similarly to how the *International Shoe* "minimum contacts" inquiry seeks "to protect a defendant from the travail of defending in a distant forum," courts must also recognize that "the burdens placed by a State upon an absent class-action plaintiff are not of the same order or magnitude as those it places upon an absent defendant." *Phillips Petroleum Co. v. Shutts,* 472 U.S. 797, 807-08 (1985). In contrast with a plaintiff, who risks losing only her ability to bring suit, an "out-of-state defendant summoned by a plaintiff is faced with the full powers of the forum State to render judgment *against* it." *Id.* (emphasis in original). These concerns are particularly salient here, where the proposed class encompasses individuals whom Plaintiff's own complaint shows are likely to be located throughout the United States. *See, e.g.,* Complaint, Exh. A at 2 (listing Carnegie Mellon University, Rochester Institute of Technology, and University of Minnesota as ISPs). Indeed, a routine technical analysis suggests that only 47 of the 1,017 IP addresses listed in Plaintiff's Exhibit A—that is, less than 5 percent—correspond to Illinois. Declaration of Seth Schoen ("Schoen Decl.") at ¶ 23. Consequently, most Defendants

---

apply because an infringement verdict sets a standard of conduct for a defendant, not for a plaintiff. *See Winder Licensing Inc. v. King Instrument Corp.*, 130 F.R.D. 392 (N.D. Ill. 1990) (denying certification in patent infringement case). Section (b)(1)(B), which allows class actions when individual verdicts would in practice be dispositive of other class members' rights, Fed. R. Civ. P. 23(b)(1)(B), does not apply because collateral estoppel would work only against a losing plaintiff, not against a defendant class member. *See Nat'l Union Fire Ins. Co. v. Midland Bancor, Inc.*, 158 F.R.D. 681, 686-87 (D. Kan. 1994). And section (b)(2), which allows class treatment when "the party opposing the class has acted or refused to act on grounds that apply generally to the class," Fed. R. Civ. P. 23(b)(2), does not apply because in a defendant class action, it is the class members, not the "party opposing the class," who have acted or refused to act. *See Henson v. East Lincoln Twp.*, 814 F.2d 410, 414-17 (7th Cir. 1987).
[3] While an opt-out provision makes it "possible" to enter a money judgment against a defendant class, the Seventh Circuit held even then that "perhaps the difficulties of administering [such a] case as a defendant class action amount to a 'compelling' argument for relinquishing jurisdiction." *Channell v. Citicorp Nat'l. Servs., Inc.,* 89 F.3d 379, 387 (7th Cir. 1996). Indeed, on remand in *Channell* the district court found, in dismissing the claims against the defendant class, that "the potential mass adjudication of claims against the proposed defendant class . . . raises serious issues of fundamental fairness and unnecessary personal jurisdiction issues." *Channell v. Citicorp Nat'l Servs., Inc.*, No. 91 C 3428, 1996 WL 563536, at *2 (N.D. Ill. Sept. 30, 1996).

will have few contacts with Illinois and could not even be served with process, let alone haled into court, if Plaintiff had sued them individually here.  *See* FED. R. CIV. P. 4(k)(1)(A).

Plaintiff argues that recoveries from individual suits would be too small to justify individual litigation, and suggests that class actions "were designed for this very scenario."  Pl.'s Mem. #21 at 17.  Again, Plaintiff improperly projects the advantages of plaintiff class action litigation onto defendant class action litigation.  Plaintiff class treatment protects individuals by allowing them to jointly bring a complaint that they otherwise could not afford to bring.  As the Supreme Court has noted, quoting the Seventh Circuit,

> [t]he policy at the very core of the class action mechanism is to overcome the problem that small recoveries do not provide the incentive *for any individual to bring a solo action* prosecuting his or her rights. A class action solves this problem by aggregating the relatively paltry potential recoveries into something worth someone's (usually an attorney's) labor.

*Amchem Prods., Inc. v. Windsor*, 521 U.S. 591 (1997) (emphasis added) (quoting *Mace v. Van Ru Credit Corp.*, 109 F.3d 338, 344 (7th Cir. 1997)) (internal quotation marks removed).  The class action mechanism was originally designed to help ensure groups of individuals would have their day in court.  Class actions were thus intended to protect *class members'* rights to sue. They were not designed to protect a single plaintiff who otherwise would or could not sue defendants individually.  Class treatment of Defendants in this instance would not protect them, but would rather only serve to disadvantage them by harming their due process and First Amendment rights.[4]  *See, supra* at 1-4.

## III.    Plaintiff Fails to Meet the Requirements of Rule 23(a).

A party attempting to certify a class must show that the class comports with "the four requirements of Rule 23(a)[.]"  *Williams v. Chartwell Fin. Servs., Ltd.,* 204 F.3d 748, 760 (7th Cir. 2000). Rule 23(a) states:

---

[4] Plaintiff argues that it would not have financial incentive to sue individual defendants. Pl.'s Mem. #21 at 16. Yet, Plaintiff expressly intends to seek statutory damages against Defendants, which may reach up to $150,000 per work.  *See* 17 U.S.C. § 504.  If, as Plaintiff states, some of these anonymous defendants may be liable for statutory damages, it is hard to understand this so-called lack of financial incentive.

> One or more members of a class may sue or be sued as representative parties on
> behalf of all members only if:
>
>> (1) the class is so numerous that joinder of all members is impracticable,
>> (2) there are questions of law or fact common to the class,
>> (3) the claims or defenses of the representative parties are typical of the
>> claims or defenses of the class; and
>> (4) the representative parties will fairly and adequately protect the interests
>> of the class.

FED. R. CIV. P. 23(a).  These requirements are commonly known as numerosity, commonality,

typicality, and adequacy. While Plaintiff may eventually satisfy the numerosity requirement (at

present, it has named more than 1,000 Defendants), it cannot meet the remaining three

requirements.

### A.    <u>Commonality</u>

While a "common nucleus of operative fact is usually enough to satisfy the commonality

requirement of Rule 23(a)(2)," here Plaintiff fails to identify a sufficient "common question

which is at the heart of this case." *Rosario v. Livaditis,* 963 F.2d 1013, 1018 (7th Cir. 1992).

Plaintiff cites as support for its commonality argument the Supreme Court's recent statement that

a common question must be "of such a nature that it is capable of classwide resolution—which

means that determination of its truth or falsity will resolve an issue that is central to the validity

of each one of the claims in one stroke." Pl.'s Mem. #21 at 11 (quoting *Wal-Mart Stores, Inc. v.

Dukes*, slip op. at 9, 564 U.S. ___ (June 20, 2011)).  Yet Plaintiff neglects to note what is at the

core of *Wal-mart*:

> What matters to class certification . . . is not the raising of common "questions"—
> even in droves—but, rather the capacity of a classwide proceeding to generate
> common *answers apt to drive the resolution of the litigation*.  Dissimilarities
> within the proposed class are what have the potential to impede the generation of
> common answers."

*Wal-Mart*, slip op. at 7 (emphasis added) (quoting Richard A. Nagareda, *Class Certification in

the Age of Aggregate Proof*, 84 N.Y.U.L. REV. 97, 132 (2009)) (internal quotation marks

omitted).

Indeed, *Wal-Mart* is instructive.  There, the Supreme Court noted that "[a]ny competently

crafted class complaint literally raises common 'questions.'"  *Id*. slip op. at 7 (quoting Nagareda,

*supra*, at 131-32) (internal quotation marks removed).  Here, Plaintiff's purported common questions—whether its copyrights are valid, whether its monitoring evidence is generally admissible, and whether certain remedies will be available—are nothing more than "competently crafted" facially "common" questions insufficient for class certification.  *See* Pl.'s Mem. #21 at 11.  Even if the Court could find common answers to those questions, those answers would not be substantial enough to "drive the resolution of the litigation," as they leave open the much larger questions of liability and damages. *See, infra* at 11-13.

In its original complaint, Plaintiff alleges four bases for commonality, none of which meets the requirement in Rule 23(a). Complaint at ¶ 42.[5]  The first, whether Plaintiff is the owner of the copyrighted works at issue, Complaint at ¶ 42(A), is not a common question because Plaintiff will have to prove ownership of nearly a dozen distinct works.  *Accord Vulcan Golf, LLC v. Google Inc.,* 254 F.R.D. 521, 528 (N.D. Ill. 2008)[6] (refusing to certify a class that could require "time-consuming inquiries regarding ownership" of class members' trademarks). Plaintiff admits that it is unlikely that each and every Defendant downloaded or uploaded all 11 of the asserted works. Pl.'s Mem. #21 at 12-13.

The second issue alleged in Plaintiff's complaint—whether copying has occurred within the meaning of the Copyright Act—likewise is not a question common to all class members.  *See* Complaint at ¶ 42(B).  Importantly, the listed Doe Defendants are, at this point, nothing more than alleged account holders of implicated IP addresses. As noted (*infra* at 20-23), one can only imagine the different questions—none of which is common to the proposed class as a whole— that may arise:

---

[5] Plaintiff has suggested a completely different set of common questions in its most recent brief, which amicus also disputes *infra*. Amicus here discusses the proposed common questions in Plaintiff's complaint because those questions are the ones properly before the court, as Plaintiff has not amended its complaint. Plaintiff would need the consent of the opposing party or leave of the court to amend its complaint after the expiration of the "matter of course" period.  FED R. CIV. P. 15(A)(2).
[6] *Vulcan* is instructive. There, the Court refused to certify a class action in a trademark infringement case where the Court found no predominance of common questions of law or fact based on, among other things, issues of ownership, distinctiveness, affirmative defenses, and unjust enrichment claims. *Vulcan,* 254 F.R.D. at 527- 535.

> Comcast subscriber John Doe 1 could be an innocent parent whose internet access was abused by her minor child, while John Doe 2 might share a computer with a roommate who infringed Plaintiffs' works. John Does 3 through 203 could be thieves, just as Plaintiffs believe, inexcusably pilfering Plaintiffs' property and depriving them, and their artists, of the royalties they are rightly owed.

*BMG Music v. Does 1-203*, 2004 WL 953888 *1 (E.D.Pa., April 2, 2004).

For the same reason, the third basis for commonality alleged in Plaintiff's complaint must fail. Plaintiff posits that a common question is whether "entering a torrent swarm constitutes a willful act of infringement." Complaint at ¶ 42(C). The phrase "entering a torrent swarm" conceals a host of factual issues by mischaracterizing them as a single legal issue. But the heart of that question is what each Defendant actually did, which will involve technical details about the Defendant's individual online activity, the Defendant's understanding of how computer technology functions, and the Defendant's knowledge of copyright law. Indeed, without substantial discovery and potential individual rulings from this Court, Plaintiff will not be able to show that any given Defendant class member even entered a so-called torrent swarm.

Finally, Plaintiff's complaint claims that "whether and to what extent [it] has been damaged by the Defendant's conduct" is also a common question of law or fact. Complaint at ¶ 42(D). This is not the case. The Copyright Act permits an owner to collect actual damages for an infringement, which are "usually determined by the loss in the fair market value of the copyright, measured by the profits lost due to the infringement or by the value of the use of the copyrighted work to the infringer." *McRoberts Software, Inc. v. Media 100, Inc.*, 329 F.3d 557, 566 (7th Cir. 2003). Again, Plaintiff's claim must fail, if only based on the fact that it chose to include nearly a dozen distinct works in its complaint. Presumably, each of those works has a different fair market value, depending on potentially a whole host of factors, *e.g.*, any given work's popularity, its release date, and its alternative availability. Plaintiff's claim of commonality must likewise fail if the actual damages are measured by the value of the work to the user, as each user likely values the work differently.

Plaintiff attempts to elude these fundamental problems by "refining" its class definition

and limiting the common questions to prefatory matters such as the admissibility of its monitoring evidence, the validity of its copyrights, and the availability and calculation of different types of damages.  Pl.'s Mem. #21 at 11.  In so doing, Plaintiff purports to defer the adjudication of individual liability and damages into potentially thousands of satellite lawsuits and still fails to find issues of commonality that satisfy Rule 23(a).  *Id.* at 1.

The first issue in Plaintiff's amended class definition—whether Plaintiff's monitoring evidence is admissible for the purpose of establishing that Defendants downloaded and/or uploaded Plaintiff's videos via the BitTorrent protocol—is merely a threshold question leading to more important individualized inquiries: whether Plaintiff's evidence actually shows each defendant to be associated with the IP address, whether the Defendant actually accessed the alleged torrent file, whether the torrent file actually corresponds to one or more of Plaintiff's asserted works, whether the defendant was making a fair use of the work, etc.  Each Defendant will have countervailing evidence to dispute Plaintiff's evidence.

The second alleged common question from Plaintiff's brief—whether Plaintiff possesses exclusive rights in the videos and whether the copyrights were properly registered under the Copyright Act—will not necessarily lead to the required "common answers" among the defendant class.  *See Wal-Mart*, slip op. at 7.  For example, if Plaintiff has exclusive rights in and properly registered only seven of the 11 asserted works, then there is not a common answer among the Defendants as to whether Plaintiff possesses exclusive rights.  Indeed, because Defendants allegedly downloaded Plaintiff's works in a variety of combinations—from one work to all 11—the chances of an inquiry into copyright validity leading to a common answer among the class members grow even slimmer.

Plaintiff's third question—whether statutory damages are available and how actual damages will be calculated in individual trials—is not common to the class because the availability and calculation of both statutory and actual damages involve an inquiry into individualized facts, including 1) whether infringement was willful or innocent, 2) when the infringement occurred in relation to publication of the work and registration of the work, and 3)

the value of the infringement to the defendant.  *See* 17 U.S.C. §§ 412, 504.  Consequently, the availability and calculation of damages cannot be adequately resolved at the class level.

Plaintiff's intent in amending its class definition is as clear as it is flawed: recognizing that the fact-intensive questions of liability and damages are inappropriate for class adjudication, Plaintiff instead seeks to identify highly rudimentary common questions that will permit it to proceed toward discovery of Defendants' identities.  Yet Plaintiff neglects the fact that the narrowing of common questions to such relatively straightforward inquiries considerably diminishes the need—let alone the propriety—of class action litigation, with all the attendant due process and First Amendment concerns therein, by failing to "drive the resolution of the litigation." *Supra* at 1-4; *Wal-Mart,* slip op. at 7.

Plaintiff's failed efforts leave it unable to explain why a class action makes any sense in light of all of the issues that will be before the Court that are <u>*not*</u> common to the Doe Defendants. Plaintiff alleges infringement of 11 different works.[7]  Complaint, Ex. A. With each work will come a separate set of issues for the Court to face.  For example, a certificate of copyright registration serves only as a presumption of validity, which Defendants may rebut. *See, e.g., Mid Am. Title Co. v. Kirk,* 59 F.3d 719, 721 (7th Cir. 1995).  A copyright may be invalid for any number of reasons, such as that the work in question was not original, its contents were in the public domain, or its ownership is in dispute. *See, e.g., Feist Publ'n, Inc. v. Rural Tel. Serv. Co.,* 499 U.S. 340, 345 (1991); *Assessment Tech. v. WIREdata, Inc.,* 350 F.3d 640, 644 (7th Cir. 2003).  Each or any of these reasons may apply to any of the works in question here, and each work would thus likely require its own hearing for a factual determination on validity.  One representative Defendant should not be expected to litigate the copyright validity for each of Plaintiff's asserted works on behalf of more than 1,000 class members.

---

[7] Plaintiff's Exhibit A, attached to its Complaint, lists "torrents" rather than individual "works." Eleven individual torrents are listed. Yet because torrents are created and named by users, it is conceivable that more than one torrent allows the download of a certain work, that a single torrent allows the download of multiple works, or that some of the torrents do not in fact correspond with Plaintiff's works at all. Consequently, it is impossible to know exactly how many works are actually at issue in this litigation.

In addition to whether the copyright is valid, questions surrounding the applications for registration will come into play.  For example, Plaintiff fails to allege that it owned registrations for each work listed in its Exhibit A and in fact only states that it owns "application[s] for registration."  Complaint at ¶ 20.  Under 17 U.S.C. § 412, a plaintiff cannot sue for statutory damages or attorney fees if the infringement "commenced after first publication of the work and before the effective date of its registration, unless the registration is made within three months after the first publication of the work," and under 17 U.S.C. § 411, "no civil action for infringement of the copyright in any United States work shall be instituted until preregistration or registration of the copyright claim has been made."  Moreover, the Seventh Circuit holds that the Copyright Office must take action on a registration application in order to meet the jurisdiction requirement of section 411.  *Gaiman v. McFarlane*, 360 F.3d 644, 654-55 (7th Cir. 2004) ("[T]he significance of registration is that it is a prerequisite to a suit to enforce a copyright. More precisely, an application to register must be filed, *and either granted or refused*, before suit can be brought."); *see also Reed-Elsevier, Inc. v. Muchnick*, 559 U.S. ___, 130 S. Ct. 1237, 1241, 1249 (2009) (holding that § 411 is a nonjurisdictional "precondition to filing a [copyright] claim" and leaving open the question of whether "district courts may or should enforce [§ 411] *sua sponte* by dismissing copyright infringement claims involving unregistered works").

Consequently, this Court will need to make an extensive series of factual determinations for each work in question: the date of its application, whether and when the Copyright Office granted its registration, the date of its first publication, the date of each act of alleged infringement, and whether it is a United States or foreign work.  These questions of validity—not to mention affirmative defenses (*infra* at 8) and damages (*infra* at 10-11) will require fact-specific inquiries that, at the outset, highlight all the potential permutations that make proceeding as a class action both inefficient and counter to the spirit of Rule 23.

### B.     Typicality

In its brief, Plaintiff disregards the questions of typicality and adequacy by claiming they "cannot be addressed until a class representative is selected."  Pl.'s Mem. #21 at 1.  But they

must.  The Supreme Court has held that "Rule 23 does not set forth a mere pleading standard.  A party seeking class certification must affirmatively demonstrate his compliance with the Rule— that is, he must be prepared to prove that there are *in fact* sufficiently numerous parties, common questions of law or fact, etc."  *Wal-Mart*, slip op. at 7 (emphasis in original).  Plaintiff is misguided if it believes that it may defer satisfying half of the Rule 23(a) requirements until a later date.

The inquiry into typicality is "closely related" to the question of commonality. *Rosario*, 963 F.3d at 1018.  A claim is "typical if it arises from the same event or practice or course of conduct that gives rise to the claims of other class members and his or her claims are based on the same legal theory." *Id., citing De La Fuente v. Stokley-Van Camp, Inc.,* 713 F.2d 225, 232 (7th Cir. 1983).  Typicality requires "that the claims or defenses of the representative party be typical of the claims or defenses of the class."  *Muro v. Target Corp.*, 580 F.3d 485, 492 (7th Cir. 2009) (quoting *Williams v. Chartwell Fin. Servs., Ltd.*, 204 F.3d 748, 760 (7th Cir. 2000)).  In its complaint, Plaintiff asserts two bases for typicality.  The first, that "every" Defendant engaged in the same conduct, Complaint at ¶ 43, is belied by the fact that current Defendants are merely alleged account holders—not necessarily the parties that downloaded the works in question. *See supra* at 9 *quoting BMG Music*, 2004 WL 953888 *1.  To determine if the account holders either downloaded the works in question, or had knowledge that a third party downloaded those works, the parties and this Court will have to engage in substantial discovery to even determine if typicality exists, rendering the class action unmanageable and undesirable.

Plaintiff's other basis for typicality—its claim that "typical defenses common to all and certain to be vigorously asserted by the named Defendants include First Amendment rights to anonymous communication and rights to privacy," Complaint at ¶ 43—is disingenuous.  Once discovery is taken from ISPs on the identities of Defendants, the First Amendment and privacy defenses will become moot.[8]  Thus, Plaintiff has structured its lawsuit so that by the time class

---

[8] Plaintiff suggests that "the vast majority of Defendants can enjoy anonymity and cost savings by the virtue of being represented in this proceeding by a named class representative."  Yet

representatives capable of asserting Defendants' privacy rights exist, those rights will *already* have been violated.  They will not then be a "typical" issue in common among the class, leaving a class lacking in the required typicality.  Indeed, Plaintiff admits as much, stating in its Complaint that "some defenses of noninfringement may be more tailored to an individual." Complaint at ¶ 43.

### C.     Adequacy

Rule 23(a)'s final requirement is that the "representative parties fairly and adequately represent the class." *Rosario,* 963 F.2d at 1018.  The representative party must therefore "possess the same interest" as the other class members. *Uhl v. Thoroughbred Tech. & Telecomm., Inc.,* 309 F.3d 978, 985 (7th Cir. 2002) (*quoting East Tex. Motor Freight Sys., Inc. v. Rodriguez,* 431 U.S. 395, 403 (1977)).  "This requires the district court to ensure that there is no inconsistency between the named parties and the class they represent." *Id.*  As with the question of typicality, Plaintiff has improperly declined to address the adequacy requirement in its brief.  Pl.'s Mem. #21 at 1.

Intra-class conflicts prove a common roadblock to meeting the adequacy requirement. *Retired Chicago Police Ass'n v. City of Chicago,* 7 F.3d 584, 598 (7th Cir. 1993).  Here, should a class be certified, a potential conflict will likely arise at the settlement stage when some class members might face liability for statutory damages of up to $150,000 along with costs and fees, while others might only be liable for actual damages (or not liable at all).[9]  In order for statutory damages to be in play, Plaintiff must show that the registration in question complies with 17 U.S.C. § 412 (*infra*) and, if so, that a Defendant willfully infringed the work at issue.  This is a fact-intensive determination and thus not easily amenable to the class action process. *Wildlife Exp. Corp. v. Carol Wright Sales, Inc.,* 18 F.3d 502, 511 (7th Cir. 1994).  This leaves three

---

Plaintiff's class action requires the unmasking of the Defendants' identities in order to certify them as members of the class.  Indeed, Plaintiff's entire strategy is to identify Defendants so as to pressure them into settlement.

[9] Likewise, some Defendants might be amenable to further reduced damages if they assert an innocent infringer defense. 17 U.S.C. § 504(c)(2).

potential relevant groups of Defendant class members: those who allegedly infringed a work that complied with 17 U.S.C. § 412; those who allegedly infringed those works willfully; and those to whom neither of the above criterion applies. Each of these groups will likely have diverging, and even counter, interests at the settlement stage where class members may be facing a wide range of potentially liability. Indeed, Plaintiff proposes to name as class representatives those "collector" Defendants who have downloaded all of the copyrighted works in question. Pl.'s Mem. #21 at 12. These representatives will likely have vastly different incentives and motivations than Defendants who may have only downloaded one or few of the works in question (or none at all), especially at the settlement stage, further undermining Plaintiff's argument as to adequacy of representation.

Under 17 U.S.C. § 412, a plaintiff cannot sue for statutory damages or attorneys' fees if the infringement "commenced after first publication of the work and before the effective date of its registration, unless the registration is made within three months after the first publication of the work." It seems highly unlikely that the registration for each work occurred less than three months before any of the Defendants allegedly infringed the work, especially because some of the infringements alleged by Plaintiff occurred as early as December 2010. *See* Ex. A, *passim*. Indeed, as of the filing of this brief, only three of Plaintiff's 11 asserted works appear to have valid registrations listed on the Copyright Registrar website. Declaration of Julie P. Samuels ("Samuels Decl.") at ¶¶ 5-6.

Perhaps most troubling about Plaintiff's proposed class is that it seems designed precisely to deny Defendants the type of robust representation they will need. It is far from certain that hypothetical named parties would have the means or desire to invest, financially and/or personally, in a constitutionally-adequate class-wide defense. Plaintiff asserts that class members will be represented by counsel "experienced in the defense of copyright and class action litigation," Complaint at ¶ 44, but at this point, this is nothing more than speculation. As the party proposing class treatment, Plaintiff bears the burden of establishing that this will be the case. The nature of Plaintiff's works—"adult entertainment content," Complaint at ¶ 2—and the

nature of the alleged infringement—downloading and uploading those works as part of a peer-to-peer file-sharing network—make it likely that most or all of the class members will be individuals, rather than businesses with correspondingly large resources necessary to conduct large-scale class action litigation.

Further, a defendant class action removes the most common form of class action financing: contingent fee awards. *See* FED .R. CIV. P. 23(h) (providing for fee awards to successful class counsel). "Absent class members have no obligation to pay attorneys' fees and litigation costs, except when they elect to accept the benefit of the litigation." *Wright v. Schock*, 742 F.2d 541, 545 (9th Cir. 1984) (citing *Lamb v. United Security Life Co.*, 59 F.R.D. 44, 48-49 (S.D. Iowa 1973)). In a plaintiff class action, the "benefit" is provided by the defendant to the class, and is available to serve as a source of fees. In a defendant class action, however, all that the class receives if it wins is the continuation of the status quo. Accordingly, "when there is no fund, a court cannot assess attorney's fees against individual class members." *Adams v. Pipeliners Union 798*, 699 P.2d 343, 349 (Alaska 1985); *see also White v. Sundstrand Corp.*, 256 F.3d 580, 585 (7th Cir. 2001) (refusing to assess costs against absent class members, who had not been provided with notice or an opportunity to opt out). The result is that whomever Plaintiff attempts to designate as class representative will be left to finance the entire class defense on his or her own, most likely leaving the remainder of the class with inadequate representation.

## IV.    Plaintiff Fails to Meet the Requirements of Rule 23(b)(3).

Plaintiff's inability to meet the four requirements of Rule 23(a) alone precludes a class action. Plaintiff also cannot show, as it must, that "questions of law or fact common to class members predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy." FED. R. CIV. P. 23(b)(3).

### A.    <u>Predominance</u>

The question of predominance—whether questions of law or fact common to class members predominate over any questions affecting only individual members—resembles Rule

23(a)'s commonality requirement, but meeting the predominance standard is much more demanding. *Amchem Prods., Inc. v. Windsor,* 521 U.S. 591, 623-34 (1997) ("Even if Rule 23(a)'s commonality requirement may be satisfied by that shared experience, the predominance criterion is far more demanding.").

In addition to overcoming all of the problems it faces with commonality (*supra at* 7-13) Plaintiff must show that "a conclusion as to one member" is common or determinative, "or even relevant when the question arises with respect to another member." *Halverson v. Convenient Food Mart, Inc.,* 69 F.R.D. 331, 336 (N.D. Ill. 1974). In reaching this conclusion, the court should identify "the substantive elements" of the cause of action and assess the proof necessary for a party to make its case, as well as consider "the form that trial on these issues would take." *Simer v. Rios*, 661 F.2d 655, 672 (7th Cir. 1981).

Plaintiff's ability to certify a class will likely fail based on the individual factual issues that predominate with regard to potential affirmative defenses, which "simply add[] another layer to an already fact-specific inquiry that the court must delve into." *Vulcan,* 254 F.R.D. at 531. The list of potential affirmative defenses is substantial. In addition to the more customary defenses— such as whether the use was licensed (implicitly or explicitly) or a fair use—the Court may face questions of copyright misuse, laches, estoppel, abandonment, acquiescence, and unclean hands, just to name a few. Each of these defenses comes with its own set of factual and legal questions. For example, the fair use defense involves a highly fact intensive inquiry which, even then, is not "an algorithm that enables decisions to be ground out mechanically." *Chicago Bd. of Educ. v. Substance, Inc.*, 354 F.3d 624, 629 (7th Cir. 2003). Each Defendant might be amenable to any number of these defenses, again illustrating why individual issues predominate over questions of law and fact common to the class as a whole.

The same is true with the inquiry into damages. In its Complaint, Plaintiff makes clear that it intends to seek actual damages from at least some Defendants (likely because statutory damages will not be uniformly available). Complaint, Prayer for Relief. The factual determinations into actual damages alone should preclude class treatment. *Murray v. GMAC*

*Mortg. Corp.,* 434 F.3d 948, 952-53 (7th Cir. 2006) (seeking compensatory damages instead of statutory damages would preclude class certification); *See also* FED. R. CIV. P. 23(b) advisory committee's note to 1996 Amendments (noting that "mass accident" cases are "ordinarily not appropriate" for class treatment as they often come with "significant questions, not only of damages but of liability and defenses of liability, … affecting the individuals in different ways").

> **B.**    **Superiority**

In order for a class action to proceed, it must be superior to other methods of resolving a party's claim.  However, if "the class certification only serves to give rise to hundreds or thousands of individual proceedings requiring individually tailored remedies, it is hard to see how common issues predominate or how a class action would be the superior means to adjudicate the claims." *Andrews v. Chevy Chase Bank,* 545 F.3d 570, 577 (7th Cir. 2008); *see also* FED. R. CIV. P. 23(b)(3), advisory committee's note to 1996 Amendments (class actions under Rule 23(b)(3) are only permissible if they "would achieve economies of time, effort, and expenses, and promote uniformity of decision as to persons similarly situated, without sacrificing procedural fairness or bringing about other undesirable results").

 This is precisely the case here.  Put simply, this proposed class action would be unmanageable.  *Williams,* 204 F.3d at 760 ("[E]ven if common questions predominate, a class action may not be superior or, to be more exact, a feasible method of adjudication because the 'class' is simply unmanageable.").  As explained above, this Court would need to make numerous rulings on outstanding factual issues, touching on every facet of the infringement case against the Defendants: ownership and validity of the copyrights; whether the defendant is associated with the IP address; whether the ISP account holder actually downloaded the work; whether and under what theory of liability Plaintiff could make a case to survive a Rule 12(b)(6) Motion to Dismiss; the existence and applicability of affirmative defenses such as fair use; the availability of statutory damages; and the calculation of actual damages.  Engaging in the type of discovery necessary to provide the information to certify such a class would require essentially working up the entire case on the merits.

No efficiencies will be realized in trying this case as a class action.  Neither the Court nor any of the parties will experience economies of time, effort, or expense. *See* FED. R. CIV. P. 23(b)(3), advisory committee's notes to 1996 Amendments.  Plaintiff admits that potentially more than 1,000 individual "satellite" lawsuits will follow the class stage of litigation.  Pl.'s Mem. #21 at 1.  Moreover, the common questions Plaintiff alleges are either too entangled with individual factual issues to make class action an efficient means of resolution (as is the case with the question of availability of statutory damages) or are so straightforward that they are not worth risking defendants' individual due process and First Amendment rights to resolve them at the class level (as is the case with the question of admissibility of monitoring evidence or the validity of plaintiff's copyrights).  *See, supra* at 1-4.

Plaintiff seeks to justify the bifurcation of its class action by citing cases where courts upheld bifurcation between the violation and injury phases of litigation to "achieve economies of time, effort, or expense."  Pl.'s Mem. #21 at 18-20 (citing *Carnegie v. Household Intern. Inc.*, 376 F.3d 656 (7th Cir. 2004); *Mejdrech v. Met-Coil Systems Corp.*, 319 F.3d 910 (7th Cir. 2003); *Leib v. Rex Energy Operating Corp.*, No. 06-cv-802, 2008 WL 5377792 (S.D. Ill. Dec. 19, 2008)).  Yet, in each of these cases, the court bifurcated the violation and injury phases, unlike here, where Plaintiff seeks to defer the resolution of both violation *and* injury to individual suits. Unlike in the cited cases, Plaintiff seeks class resolution of questions that are more or less logistical: the admissibility of evidence, the validity of its copyrights, and the availability of certain types of damages in subsequent satellite litigation.  *Id.* at 11.  In *Mejdrech,* for example, Judge Posner only approved of bifurcation "when the judicial economy from consolidation of separate claims outweighs any concern with possible inaccuracies from their being lumped together in a single proceeding for decision by a single judge or jury."  *Mejdrech*, 319 F.3d at 911.  Due to the limited nature of Plaintiff's "common questions," any judicial economy is miniscule at best, and will not outweigh the important procedural concerns surrounding the Defendants' due process and First Amendment rights.  *See, supra* at 1-4.

## V.    In Addition To Its Rule 23 Failures, Plaintiff Cannot Show That The Proposed Class Meets Definiteness Requirements.

In addition to the required showings under Rules 23(a) and 23(b), a plaintiff in a class action must also show that its proposed class definition is "definite enough that the class can be ascertained."  *Oshana v. Coca-Cola Co.*, 472 F.3d 506, 513 (7th Cir. 2006) (*citing Alliance to End Repression v. Rochford,* 565 F.2d 975, 977 (7th Cir. 1977)).

### A.    The Proposed Class Definition Is Too Indefinite to Be Manageable.

Although Plaintiff has submitted a list of alleged infringers, identified by their IP addresses at particular times, Compl., Ex. A, it does not confine its proposed class definition to the individuals on that list.  Instead, Plaintiff proposes a class defined as:

> All persons, except those with whom settlement has been reached, engaged in distribution activity via the BitTorrent file sharing protocol during the relevant time period (December 10, 2010, until the date the Court enters an order certifying a defendant class) of Plaintiff's copyrighted works associated with the torrent files enumerated in Exhibit A.

Complaint at ¶39.[10]  Plaintiff has proposed in its most recent brief to "refine" its class definition by replacing "the date the Court enters an order certifying a defendant class" with "February 26, 2011." Pl.'s Mem. #21 at 5.

However, even Plaintiff's proposed refined definition cannot meet the Seventh Circuit's definiteness standard.  *Oshana*, 472 F.3d at 513.  A class definition must enable a court to "determine whether any individual was a member of the class without hearing evidence on what would amount to the merits of each person's claim."  *Bledsoe v. Combs*, No. NA-99-153-C H/G, 2000 U.S. Dist LEXIS 7434, at *11 (N.D. Ind., Mar. 14, 2000).  Here, the class definition depends on whether an individual "engaged in distribution activity" of one of Plaintiff's works – a question that goes to the core each individual defendant's substantive liability under the Copyright Act.  *See* 17 U.S.C. § 106(3), 501.  Moreover, the inquiry into whether each defendant

---

[10] In the alternative, Plaintiff proposes a sub-class of Illinois residents only.  Complaint at ¶ 40. While this restriction would address some of the personal jurisdiction issues with respect to the proposed class, it would not solve the other problems described by amicus.  Moreover, it will be impossible to determine which individuals are class members of an Illinois sub-class without engaging in precisely the ex parte discovery to which amicus objects.

engaged in "distribution activity" will be an intensely fact-specific inquiry, including such issues as whether the Defendant's IP address at the relevant time has been correctly identified, whether another person was using the Defendant's Internet connection, whether the alleged torrent file actually corresponds to the asserted work, and whether the Defendant's conduct was a fair use or otherwise permitted by the Copyright Act.  Plaintiff's proposed class definition, which would require a "determination of ultimate liability as to that person," *Indiana State Employees Assoc. v. Indiana State Highway Comm'n*, 78 F.R.D. 724, 725 (S.D. Ind. 1978), does not satisfy Rule 23(a).  *See Kenro, Inc. v. Fax Daily*, 962 F. Supp. 1162, 1169 (S.D. Ind. 1997).

For example, Plaintiff's complaint only refers to torrent file names that allegedly represent torrent files corresponding to Plaintiff's copyrighted works.  Torrent names do not necessarily correspond to the file's contents, however.  Some estimates suggest that one-quarter to one-third of torrent files listed on major torrent tracking sites correspond with fake content. *See* Nate Anderson, *25% of Files Downloaded from The Pirate Bay Are Fakes*, Ars Technica (Jan. 24, 2011, 2:22 PM), *available at* http://arstechnica.com/tech-policy/news/2011/01/25-of-files-downloaded-from-the-pirate-bay-are-fakes.ars.  Indeed, persons seeking to distribute malware or viruses often try to trick downloaders by distributing their malevolent software through torrent files named after popular movies.  *See* Richard Clooke, *Muggles Beware: Harry Potter and the Deathly Malware*, MSN Tech & Gadgets (July 19, 2011, 4:59 PM), *available at* http://tech.uk.msn.com/blog/ security-expert-blogpost.aspx?post=61a0db9c-9e8e-4e89-b59f-80ee58d6613b.  Other studies show that methods for detecting and investigating torrent transfers of copyrighted content are often flawed and inaccurate, resulting in false allegations of infringement.  Schoen Decl. at ¶ 24.  In short, substantial discovery will be required not only to determine whether each defendant downloaded the named torrent file, but also whether each torrent file actually corresponds to Plaintiff's copyrighted work.  As such, Plaintiff impermissibly seeks the Court's assistance in pursuing this fishing expedition against an uncertain and ill-defined group of individual Defendants.

Plaintiff contends in its brief that its class definition satisfies the definiteness requirement "because class membership can be ascertained by first referencing objective Internet Protocol ('IP') addresses and then by referencing defendant's conduct, 'distribution activity' (*i.e.* downloading or uploading)." Pl.'s Mem. #21 at 5.  The Court has already expressed rightful skepticism towards Plaintiff's position on this point, noting that "[t]he infringer might be the subscriber, someone in the subscriber's household, a visitor with her laptop, a neighbor, or someone parked on the street at any given moment."  Ord., Apr. 29, 2011, Doc. #15, at 2.  Indeed, it is mere speculation by Plaintiff that "in all but the most exceptional circumstances" the actual downloader will be the account holder or a member of their household. *See* Pl.'s Mem. #21 at 8.  The Court has also rightly observed that Plaintiff's Exhibit A includes "a number of universities . . . as well as corporations and utility companies," making it even less likely that those service providers are able to ascertain the alleged infringer. Ord. #15, at 2.  There would inevitably follow a spate of "mini-trials" between putative downloaders and account owners to sort out which of them engaged in the download and should belong to the class.  This exercise would not only waste valuable judicial time and resources, but also threaten the individual due process and First Amendment rights of hundreds of otherwise-anonymous Internet users. *See,* supra at 1-4.

Plaintiff attempts to support its definiteness argument by drawing an analogy to class certifications approved by the Northern District of Illinois in cases brought under the Telephone Consumer Protection Act of 1991 ("TCPA"), 47 U.S.C. § 227, where membership in plaintiff classes was defined by a list of fax numbers. *See* Pl.'s Mem. #21 at 6-8.  This comparison is improper for several reasons.  First, as throughout its brief, Plaintiff's use of case law regarding plaintiff classes evidences a complete lack of understanding of the important differences between plaintiff class and defendant class actions.

Second, whereas a fax machine owner will invariably know its fax number and thus have sufficient notice of a suit implicating its interests, an Internet user almost never knows her IP address.  Putative class members would therefore have a difficult time knowing whether this suit

affects them.  A small business owner operating an open wireless Internet connection for her customers will not realize that she is a potential class member, as neither her IP address nor the torrent name will be meaningful to her, limiting her ability to hire counsel and navigate her legal options in a timely manner.

Finally, the injury the TCPA seeks to avoid in the fax context is cost shifting from advertisers to fax machine owners, who would otherwise bear the expense of wasted ink and paper in receiving endless unsolicited "junk" facsimiles.  *See* H.R. Rep. No. 102-317, at 10 (1991).  As a result, the account holders associated with a given list of fax numbers are almost invariably the injured parties under a TCPA claim because they almost certainly own the equipment and supplies tied to the use of the fax number.  In contrast, the account holders associated with a given list of IP addresses may share Internet access with any number of people, from household members and guests to neighbors and even complete strangers.  Indeed, many small businesses provide free wireless Internet access to dozens if not hundreds of customers. Because IP addresses produce a significantly weaker correlation with alleged infringers than fax numbers produce with injured parties under the TCPA—and because in many instances it will be impracticable or impossible to locate the actual infringer associated with the use of a given IP address at a certain time—Plaintiff's class definition is fundamentally different from classes defined under TCPA litigation.

**B.    In Exercising Its Broad Discretion To Determine *If* A Class Action May Proceed, A Court Should Consider *How* That Case Would Proceed**

Where, as here, a party cannot show that a proposed class meets *Oshana*'s definiteness standard or that it would not achieve the required efficiencies, a court has "broad discretion" in prohibiting a class action from proceeding.  *Redmon v. Uncle Julio's of Illinois, Inc.,* 249 F.R.D. 290, 293-94 (N.D. Ill. 2008). Before making that decision, "a judge should make whatever factual and legal inquiries are necessary under Rule 23."  *Szabo v. Bridgeport Mach., Inc.,* 249 F.3d 672, 676 (7th Cir. 2001).  When the considerations under Rule 23 "overlap the merits, . . . then the judge must make a preliminary inquiry into the merits."  *Id.; See also Redmon,* 249

F.R.D. at 293-94 ("Where questions bearing on class certification and the merits of the case are intertwined, the court should make a preliminary inquiry into the merits to determine if the case is suitable for class treatment").[11]

To do this, a court should "determine how the case will be tried." FED. R. CIV. P. 23, advisory committee's note to 2003 Amendments. This requires the Court to take into account the four Rule 23(a) requirements and the additional requirements of Rule 23(b)(3) at the outset to determine if it could—and should—practically manage Plaintiff's proposed class action. Aside from the procedural errors and due process harms that individual Defendants may suffer if this class proceeds, the Court should consider the individual issues that necessarily will be caught up in Plaintiff's proposed defendant class action and the sheer amount of discovery—nearly that which would be required to litigate the merits of this case—that it would entail. Moreover, given the predominance of individual factual and legal issues, an attempt to try this case as a class action would potentially either lead to hundreds of hearings on behalf of individual Defendants or result in many unnamed Defendants lacking adequate class representation. Plaintiff's class action scheme is expensive, inappropriate, unfair, and should be dismissed.

---

[11] Plaintiff claims that it only faces a standard of proof equivalent to a motion to dismiss for failure to state a claim. Pl.'s Mem. #21 at 1-2 (citing *Blihovde v. St. Croix Cnty., Wis.,* 219 F.R.D. 607, 614 (W.D. Wis. 2003)). Importantly, however, *Blihovde* states that this is the standard of proof when *defendants* make pre-discovery challenges to class certification on the basis of the pleadings only. *Blihovde,* 219 F.R.D. at 614. This does not match the procedural posture here, as no adversarial proceeding yet exists and Plaintiff has not moved for class certification. More importantly, the Seventh Circuit has clearly held that "a court may certify a class under Rule 23(b)(3) only if it finds that all of the prerequisites" of that rule have been met, an inquiry that "require[s] the exercise of judgment and the application of sound discretion" and "differ[s] in kind from legal rulings under 12(b)(6)." *Szabo v. Bridgeport Machines, Inc.,* 249 F.3d 672, 677 (7th Cir. 2001). The Supreme Court has recently reinforced this standard. *See Wal-Mart Stores, Inc. v. Dukes*, No. 10-277, slip op. at 7, 564 U.S. ___ (June 20, 2011) ("Rule 23 does not set forth a mere pleading standard. A party seeking class certification must affirmatively demonstrate his compliance with the Rule—that is, he must be prepared to prove that there are in fact sufficiently numerous parties, common questions of law or fact, etc.").

## <u>CONCLUSION</u>

Plaintiff has the right to seek legal redress for alleged copyright infringement, but it must follow the basic procedures and due process requirements applicable to all civil litigation. Amicus therefore respectfully suggests that the Court dismiss the action *sua sponte* and require that Plaintiff re-file individual cases against individual Defendants in courts that can properly exercise jurisdiction.

Respectfully submitted,

Dated:  August 2, 2011    By  */s/ Charles Lee Mudd, Jr.*
     Charles Lee Mudd Jr.
     Mudd Law Offices
     3114 West Irving Park Road, Suite 1W
     Chicago, Illinois  60618
     (773) 588-5410
     Cook County Attorney No.: 38666
     ARDC: 6257957
     cmudd@muddlawoffices.com

     Julie Samuels
     Electronic Frontier Foundation
     454 Shotwell St.
     San Francisco, CA 94110
     (415) 436-9333
     ARDC: 6287282
     julie@eff.org

Attorneys for Amicus Curiae

**DECLARATION OF SETH SCHOEN**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| VPR Internationale, ) | Case No. 2:11-cv-2068 |
| ) | |
| Plaintiff, ) | Judge:  Hon. Harold A. Baker |
| ) | |
| v. ) | Magistrate Judge:  Hon. David G. |
| ) | Bernthal |
| DOES 1-1017, ) | |
| ) | |
| Individually, and as Representatives of a class, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF SETH SCHOEN

I, Seth Schoen, declare as follows:

1.      I am a Senior Staff Technologist with the Electronic Frontier Foundation (EFF), and I make this declaration on my own personal knowledge.  I have worked with computers and computer networks for over a decade, have testified about electronic communications systems in two courts and before the United States Sentencing Commission, and have submitted declarations similar to my present declaration to the Federal courts in at least ten other matters.

2.      The purpose of this declaration is to set forth facts, which were readily available to Plaintiff from free, public Internet sources at and before the time it filed suit, that establish that many of the unnamed Defendants in the above-referenced case (hereinafter "Does" or "Doe Defendants") use Internet connections likely located physically outside of the State of Illinois.

3.      By reviewing Exhibit A to the Complaint, I compiled a list of the Internet Protocol (IP) addresses that Plaintiff attributes to each of the Doe Defendants.

4.      There are many tools freely available to the public that help reveal where a person using a particular IP address is likely to be physically located.  This process is often referred to as "geolocation."  This information is commonly used for many purposes, such as customizing the language or content of web sites based on inferences about where visitors are accessing the

1

site from.  For example, Google, Inc., uses geolocation to choose to display its web site in German to people coming from Germany, in French to people coming from France, and so on.  It also uses geolocation to display ads and results related to particular cities or regions to people accessing its site from those cities or regions.

5.    One means of learning about where an IP address is physically located is known as "reverse domain name service lookup" or "reverse DNS."  When an Internet service provider ("ISP") allocates or prepares to allocate IP addresses to customers, it typically creates and publishes database records assigning a human-readable "domain name" to each numerical IP address.  The reverse lookup information can be obtained by anyone using a program such as "host," which is a standard program included with many computer operating systems, or with any of several web-based tools such as the DNS lookup service at <http://lookupserver.com/>.

6.    One of the purposes of reverse DNS is to help interested parties learn more about what a computer is used for, what organization's network it is connected to, and, in many cases, where the computer is physically located.  Typically, for home users of dial-up or broadband connections, such as DSL or cable-modem services, a domain name obtained from reverse DNS will identify which ISP assigned the IP address.

7.    In addition, such a domain name will frequently incorporate an approximate physical location, such as the name of a municipal area, state, or region.  For example, one of the Does being sued here – Doe Defendant #16, mentioned on page 1 of Exhibit A to the Complaint – is identified by the IP address 108.23.17.253 and described by Plaintiff as a subscriber of Verizon Online LLC. The reverse DNS database identifies this computer as pool-108-23-17-253.lsanca.fios.verizon.net, confirming Plaintiff's suggestion that this Doe is a Verizon ("verizon.net") customer, likely using Verizon's FiOS fiber optic Internet service, but adding the additional detail that the likely physical location of the computer is in or near Los Angeles, California ("lsanca").  This means that in all likelihood, the individual who used this IP address is located in the Los Angeles area.

8.      Although Internet service providers are not required to publish this information, and although it is sometimes only given to state-level precision, it can, when available, be a useful source of data about where an individual Internet connection is most likely located.

9.      I looked at 1017 IP addresses that were referenced in this suit.  For each of the 1017 IP addresses alleged by Plaintiff to belong to a Doe defendant, I used the "host" program to perform a reverse lookup against the publicly-accessible reverse DNS service.

10.     The results of this process generally confirmed Plaintiff's association of particular IP addresses with particular ISPs.  Additionally, the results of this process generally strongly suggested a geographic location for most individual defendants.  In other words, most of the Does listed in this lawsuit can be associated by the host reverse DNS look-up with both an Internet service provider and a geographic location.

11.     Reverse DNS records indicate that Does in this lawsuit include customers with Internet connections located in virtually all areas of the United States, including some in or near Hawaii; Maine; Los Angeles, California; New York City; the Tampa Bay Area in Florida; Philadelphia and Pittsburgh, PA; Newark, NJ; Columbus and Cincinnati, OH; Washington, DC; and other states and regions throughout the United States.

12.     In addition to reverse DNS information, another means of learning where an IP address is located is to use a public database operated by the American Registry for Internet Numbers ("ARIN database").  ARIN is the authority responsible for the initial allocation of IP addresses to ISPs located in the United States.  ARIN maintains public records indicating to whom a given IP address has been allocated.  Large ISPs may apply to ARIN multiple times to receive multiple "blocks" or ranges of IP addresses.  Each such block may be dedicated to a particular purpose or geographic area.

13.     The ARIN database can be searched using a public web site provided by ARIN at <https://www.arin.net/>, or by using a program called "whois," which is a standard part of some operating systems and performs the same database-searching function.  There is no charge for searching the ARIN database.

14.    For example, Doe Defendant #984 is identified by the IP address 98.250.105.221. I searched the ARIN whois database for this address and learned that this address is part of a network assigned to Comcast Cable Communications, Inc., and designated MICHIGAN-38. This suggests that this network provides service to customers who are in the state of Michigan. Both of these inferences are consistent with the reverse DNS record for this IP address, which is c-98-250-105-221.hsd1.mi.comcast.net.

15.    In addition, several companies collect and continually update geographic information about IP address locations from a variety of data sources, and collect this information in databases called "geolocation databases." Geolocation databases are commonly used by web site operators who are interested in finding out the approximate physical location of their web visitors. Since web site operators are often very interested in such information, there is considerable demand for geolocation databases.

16.    Geolocation databases may be sold or given away for free. One very popular geolocation database is the "GeoIP" database maintained by MaxMind, Inc., a Boston company that specializes in geolocation technology. In addition to other sources of information, MaxMind explains that it "employ[s] user-entered location data from sites that ask web visitors to provide their geographic location" in order to learn which IP address ranges correspond to which cities and states. MaxMind web site, <http://www.maxmind.com/app/ip-locate> (accessed July 28, 2011).

17.    A version of the MaxMind GeoIP geolocation database is freely available for anyone to download from MaxMind. The company claims that this free version can determine the location of "79% [of U.S. IP addresses] within a 25 mile radius." MaxMind web site, <http://www.maxmind.com/app/geolitecity> (accessed March 11, 2011).

18.    I downloaded this freely available database and looked up each Doe Defendant IP address in it, obtaining an estimated city and state location for each such address.

19.    Because DSL and cable modem connections are provided from local hubs to users in a particular geographic region, there is good reason to believe that the geographic location data

obtained by these methods actually reflects the physical location of the Internet connection, at least in general terms. In other words, although geolocation data is not perfectly accurate, the geographic designations obtained by these methods likely indicate the approximate locations of the residences or other venues where the Does use their Internet-connected computers.

20.    I have attached hereto as Exhibit A to this Declaration a list of the reverse DNS names of the Doe Defendants' IP addresses, as well as the estimated physical location of each such IP address according to the freely available version of the MaxMind GeoLite City database.

21.    In my experience, computer professionals are generally aware of the existence and function of the reverse DNS and whois services, as well as geolocation databases such as the GeoIP database, and would use any or all of these sources of information when they needed to learn where a given IP address was physically located. These techniques are readily and easily available to Plaintiff, its attorney, and to the computer professionals they may have employed to perform the investigations leading to this lawsuit.

22.    Though the MaxMind GeoLite City database and reverse DNS records are not perfectly accurate, I know of no reason to think that either source of information has a bias that makes it more or less likely that an individual IP address will appear to be located in Illinois.

23.    From the information available from the MaxMind geolocation database, 47 (forty-seven) of the Doe Defendants appear to be located in the State of Illinois, 965 outside of Illinois, and five are not assigned to any location by the database. This puts around 4.6% of the Doe Defendants in the State of Illinois, compared with the 4.2% of the population of the United States as a whole that resides in Illinois according to the 2010 Census.

24.    Separately from the question of where Does reside, Plaintiff did not submit all the details of the investigations that led it to accuse these Does of copyright infringement. These details could be important because simple methods of attempting to locate copyright infringers can easily go awry. For example, in 2008 researchers from the University of Washington found that, given then-prevalent methods for investigating BitTorrent transfers, it was straightforward to frame particular IP addresses for downloading files that they had not, in fact, ever attempted to

download.  The researchers experimentally framed their own laser printer and succeeded in eliciting false allegations of copyright infringement against it.  See Michael Piatek, Tadayoshi Kohno, and Arvind Krishnamurthy, "Challenges and Directions for Monitoring P2P File Sharing Networks, or, Why My Printer Received a DMCA Takedown Notice," in *Proceedings of the 3rd USENIX Workshop on Hot Topics in Security*, July 29, 2008, available at <http://www.usenix.org/event/hotsec08/tech/full_papers/piatek/piatek.pdf>.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed in San Francisco, California.

Dated: August 2, 2011                           By*: ____s/* Seth Schoen _____

# EXHIBIT A

# EXHIBIT A

**EXHIBIT A**

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 1 | 107.10.16.92 | Appleton, WI | cpe-107-10-16-92.neo.res.rr.com. |
| 2 | 107.5.24.97 | Flint, MI | c-107-5-24-97.hsd1.mi.comcast.net. |
| 3 | 108.0.103.79 | Moreno Valley, CA | pool-108-0-103-79.lsanca.fios.verizon.net. |
| 4 | 108.11.209.54 | Harrisburg, PA | pool-108-11-209-54.hrbgpa.fios.verizon.net. |
| 5 | 108.12.223.49 | Warwick, RI | pool-108-12-223-49.prvdri.fios.verizon.net. |
| 6 | 108.14.111.100 | Larchmont, NY | pool-108-14-111-100.nycmny.fios.verizon.net. |
| 7 | 108.14.232.199 | Seaford, NY | pool-108-14-232-199.nycmny.fios.verizon.net. |
| 8 | 108.15.17.235 | Glen Burnie, MD | pool-108-15-17-235.bltmmd.fios.verizon.net. |
| 9 | 108.16.133.145 | UNKNOWN, UNKNOWN | pool-108-16-133-145.phlapa.fios.verizon.net. |
| 10 | 108.16.225.243 | Conshohocken, PA | pool-108-16-225-243.phlapa.fios.verizon.net. |
| 11 | 108.16.99.9 | Middletown, DE | pool-108-16-99-9.phlapa.fios.verizon.net. |
| 12 | 108.18.197.146 | UNKNOWN, UNKNOWN | pool-108-18-197-146.washdc.fios.verizon.net. |
| 13 | 108.20.41.219 | Medway, MA | pool-108-20-41-219.bstnma.fios.verizon.net. |
| 14 | 108.20.41.93 | Medway, MA | pool-108-20-41-93.bstnma.fios.verizon.net. |
| 15 | 108.23.161.75 | Long Beach, CA | pool-108-23-161-75.lsanca.fios.verizon.net. |
| 16 | 108.23.17.253 | Los Angeles, CA | pool-108-23-17-253.lsanca.fios.verizon.net. |
| 17 | 108.23.207.172 | Bellflower, CA | pool-108-23-207-172.lsanca.fios.verizon.net. |
| 18 | 108.23.41.174 | Oxnard, CA | NONE |
| 19 | 108.28.4.243 | Potomac, MD | pool-108-28-4-243.washdc.fios.verizon.net. |
| 20 | 108.3.27.101 | Lynnwood, WA | pool-108-3-27-101.sttlwa.fios.verizon.net. |
| 21 | 108.3.28.218 | Lynnwood, WA | pool-108-3-28-218.sttlwa.fios.verizon.net. |
| 22 | 108.35.10.124 | Jersey City, NJ | pool-108-35-10-124.nwrknj.fios.verizon.net. |
| 23 | 108.35.17.194 | Jersey City, NJ | pool-108-35-17-194.nwrknj.fios.verizon.net. |
| 24 | 108.41.38.100 | UNKNOWN, UNKNOWN | pool-108-41-38-100.nycmny.fios.verizon.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 25 | 108.6.11.108 | Brooklyn, NY | pool-108-6-11-108.nycmny.fios.verizon.net. |
| 26 | 108.9.155.132 | Wesley Chapel, FL | pool-108-9-155-132.tampfl.fios.verizon.net. |
| 27 | 12.167.189.186 | Mio, MI | NONE |
| 28 | 128.2.234.122 | Pittsburgh, PA | FRACTION.ANDREW.CMU.EDU. |
| 29 | 129.21.73.55 | Rochester, NY | acd41304657.wireless.rit.edu. |
| 30 | 131.191.98.114 | Tacoma, WA | 000854a6b8be.click-network.com. |
| 31 | 134.84.74.212 | Minneapolis, MN | x-134-84-74-212.uofm-secure.wireless.umn.edu. |
| 32 | 141.158.62.63 | Philadelphia, PA | pool-141-158-62-63.phil.east.verizon.net. |
| 33 | 146.115.121.21 | Arlington, MA | 146-115-121-21.c3-0.sth-ubr1.sbo-sth.ma.cable.rcn.com. |
| 34 | 146.115.129.245 | Newton, MA | NONE |
| 35 | 151.197.14.68 | Royersford, PA | pool-151-197-14-68.phil.east.verizon.net. |
| 36 | 160.39.226.198 | New York, NY | dyn-shp-226-198.dyn.columbia.edu. |
| 37 | 160.39.55.132 | New York, NY | dyn-160-39-55-132.dyn.columbia.edu. |
| 38 | 173.13.172.61 | Atherton, CA | 173-13-172-61-sfba.hfc.comcastbusiness.net. |
| 39 | 173.162.143.69 | Westford, MA | mail.synecticssi.com. |
| 40 | 173.168.223.214 | Valrico, FL | cpe-173-168-223-214.tampabay.res.rr.com. |
| 41 | 173.168.4.108 | Palm Harbor, FL | cpe-173-168-4-108.tampabay.res.rr.com. |
| 42 | 173.17.176.202 | Springfield, MO | 173-17-176-202.client.mchsi.com. |
| 43 | 173.17.213.224 | Cedar Rapids, IA | 173-17-213-224.client.mchsi.com. |
| 44 | 173.171.64.194 | Davenport, FL | cpe-173-171-64-194.tampabay.res.rr.com. |
| 45 | 173.191.75.169 | Jamestown, NY | h169.75.191.173.dynamic.ip.windstream.net. |
| 46 | 173.21.29.138 | Cedar Rapids, IA | 173-21-29-138.client.mchsi.com. |
| 47 | 173.217.78.147 | Sulphur, LA | 173-217-78-147-lkch.mid.dyn.suddenlink.net. |
| 48 | 173.218.84.228 | Nixa, MO | 173-218-84-228-nixa.dyn.mid.suddenlink.net. |
| 49 | 173.26.244.54 | Columbia, MO | 173-26-244-54.client.mchsi.com. |
| 50 | 173.26.54.120 | Milton, FL | 173-26-54-120.client.mchsi.com. |
| 51 | 173.29.166.245 | Dubuque, IA | 173-29-166-245.client.mchsi.com. |
| 52 | 173.29.2.116 | Geneseo, IL | 173-29-2-116.client.mchsi.com. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 53 | 173.31.238.75 | Davenport, IA | 173-31-238-75.client.mchsi.com. |
| 54 | 173.48.145.59 | Wayland, MA | pool-173-48-145-59.bstnma.fios.verizon.net. |
| 55 | 173.48.237.26 | Wilmington, MA | pool-173-48-237-26.bstnma.fios.verizon.net. |
| 56 | 173.51.126.179 | Garden Grove, CA | pool-173-51-126-179.lsanca.fios.verizon.net. |
| 57 | 173.51.43.165 | Westminster, CA | pool-173-51-43-165.lsanca.fios.verizon.net. |
| 58 | 173.53.122.69 | Chesterfield, VA | pool-173-53-122-69.rcmdva.fios.verizon.net. |
| 59 | 173.55.121.58 | San Bernardino, CA | pool-173-55-121-58.lsanca.fios.verizon.net. |
| 60 | 173.55.237.227 | Thousand Oaks, CA | pool-173-55-237-227.lsanca.fios.verizon.net. |
| 61 | 173.55.250.38 | Victorville, CA | pool-173-55-250-38.lsanca.dsl-w.verizon.net. |
| 62 | 173.56.118.117 | Northport, NY | pool-173-56-118-117.nycmny.fios.verizon.net. |
| 63 | 173.56.18.208 | New York, NY | pool-173-56-18-208.nycmny.fios.verizon.net. |
| 64 | 173.57.147.157 | Garland, TX | pool-173-57-147-157.dllstx.fios.verizon.net. |
| 65 | 173.57.164.54 | Garland, TX | pool-173-57-164-54.dllstx.fios.verizon.net. |
| 66 | 173.58.7.147 | Sun City, CA | pool-173-58-7-147.lsanca.fios.verizon.net. |
| 67 | 173.59.121.81 | Newark, DE | pool-173-59-121-81.phlapa.fios.verizon.net. |
| 68 | 173.59.19.222 | Claymont, DE | pool-173-59-19-222.phlapa.fios.verizon.net. |
| 69 | 173.63.46.254 | Midland Park, NJ | pool-173-63-46-254.nwrknj.fios.verizon.net. |
| 70 | 173.63.75.57 | Summit, NJ | pool-173-63-75-57.nwrknj.fios.verizon.net. |
| 71 | 173.65.226.33 | Lithia, FL | pool-173-65-226-33.tampfl.fios.verizon.net. |
| 72 | 173.65.247.221 | Riverview, FL | pool-173-65-247-221.tampfl.fios.verizon.net. |
| 73 | 173.65.92.111 | Tampa, FL | pool-173-65-92-111.tampfl.fios.verizon.net. |
| 74 | 173.66.128.9 | Arlington, VA | pool-173-66-128-9.washdc.fios.verizon.net. |
| 75 | 173.66.142.236 | Greenbelt, MD | pool-173-66-142-236.washdc.fios.verizon.net. |
| 76 | 173.66.166.250 | Germantown, MD | pool-173-66-166-250.washdc.fios.verizon.net. |
| 77 | 173.66.21.127 | Ashburn, VA | pool-173-66-21-127.washdc.fios.verizon.net. |
| 78 | 173.66.28.85 | Alexandria, VA | pool-173-66-28-85.washdc.fios.verizon.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 79 | 173.67.26.135 | Ellicott City, MD | pool-173-67-26-135.bltmmd.fios.verizon.net. |
| 80 | 173.69.19.184 | Smithfield, RI | pool-173-69-19-184.prvdri.fios.verizon.net. |
| 81 | 173.69.206.23 | Hanover, MD | pool-173-69-206-23.bltmmd.fios.verizon.net. |
| 82 | 173.69.54.81 | Pawtucket, RI | pool-173-69-54-81.prvdri.fios.verizon.net. |
| 83 | 173.71.90.9 | Hightstown, NJ | pool-173-71-90-9.cmdnnj.fios.verizon.net. |
| 84 | 173.72.8.222 | Williamstown, NJ | pool-173-72-8-222.cmdnnj.fios.verizon.net. |
| 85 | 173.73.163.218 | Centreville, VA | pool-173-73-163-218.washdc.fios.verizon.net. |
| 86 | 173.73.39.43 | Jessup, MD | pool-173-73-39-43.washdc.fios.verizon.net. |
| 87 | 173.73.75.75 | Springfield, VA | pool-173-73-75-75.washdc.fios.verizon.net. |
| 88 | 173.73.94.205 | Springfield, VA | pool-173-73-94-205.washdc.fios.verizon.net. |
| 89 | 173.74.128.118 | Plano, TX | pool-173-74-128-118.dllstx.fios.verizon.net. |
| 90 | 173.76.173.69 | Tewksbury, MA | pool-173-76-173-69.bstnma.fios.verizon.net. |
| 91 | 173.77.159.18 | East Northport, NY | pool-173-77-159-18.nycmny.fios.verizon.net. |
| 92 | 173.77.253.86 | New York, NY | pool-173-77-253-86.nycmny.fios.verizon.net. |
| 93 | 173.79.161.61 | Arlington, VA | pool-173-79-161-61.washdc.fios.verizon.net. |
| 94 | 173.79.163.28 | Arlington, VA | pool-173-79-163-28.washdc.fios.verizon.net. |
| 95 | 173.79.55.248 | Silver Spring, MD | pool-173-79-55-248.washdc.fios.verizon.net. |
| 96 | 174.100.217.11 | Canton, OH | cpe-174-100-217-11.neo.res.rr.com. |
| 97 | 174.125.193.252 | Lincoln, AL | 174-125-193-252.dyn.centurytel.net. |
| 98 | 174.20.1.222 | Minneapolis, MN | 174-20-1-222.mpls.qwest.net. |
| 99 | 174.20.35.68 | Minneapolis, MN | 174-20-35-68.mpls.qwest.net. |
| 100 | 174.21.114.8 | Renton, WA | 174-21-114-8.tukw.qwest.net. |
| 101 | 174.25.133.219 | Salem, OR | 174-25-133-219.ptld.qwest.net. |
| 102 | 174.26.52.219 | Waddell, AZ | 174-26-52-219.phnx.qwest.net. |
| 103 | 174.37.86.126 | Dallas, TX | usdedigbit001.xirvik.com. |
| 104 | 174.49.136.97 | Towanda, PA | c-174-49-136-97.hsd1.pa.comcast.net. |
| 105 | 174.54.159.33 | Lancaster, PA | c-174-54-159-33.hsd1.pa.comcast.net. |
| 106 | 174.54.21.54 | Mount Joy, PA | c-174-54-21-54.hsd1.pa.comcast.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 107 | 174.54.94.142 | Waynesboro, PA | c-174-54-94-142.hsd1.pa.comcast.net. |
| 108 | 174.55.242.60 | Huntingdon, PA | c-174-55-242-60.hsd1.pa.comcast.net. |
| 109 | 174.58.137.68 | Independence, MO | c-174-58-137-68.hsd1.mo.comcast.net. |
| 110 | 174.59.35.53 | Lancaster, PA | c-174-59-35-53.hsd1.pa.comcast.net. |
| 111 | 174.70.138.24 | Wichita, KS | ip174-70-138-24.ks.ks.cox.net. |
| 112 | 174.71.44.219 | Omaha, NE | ip174-71-44-219.om.om.cox.net. |
| 113 | 174.96.244.39 | Salisbury, NC | cpe-174-096-244-039.carolina.res.rr.com. |
| 114 | 174.98.66.48 | Kernersville, NC | cpe-174-098-066-048.triad.res.rr.com. |
| 115 | 18.223.0.93 | Cambridge, MA | TKOTHARI.MIT.EDU. |
| 116 | 18.227.1.87 | Cambridge, MA | ZBT-EIGHTY-SEVEN.MIT.EDU. |
| 117 | 184.100.3.152 | Winston, OR | 184-100-3-152.eugn.qwest.net. |
| 118 | 184.100.35.218 | Grants Pass, OR | 184-100-35-218.eugn.qwest.net. |
| 119 | 184.152.49.175 | Brooklyn, NY | cpe-184-152-49-175.nyc.res.rr.com. |
| 120 | 184.155.131.116 | Pocatello, ID | 184-155-131-116.cpe.cableone.net. |
| 121 | 184.187.130.100 | Patterson, LA | ip184-187-130-100.lf.br.cox.net. |
| 122 | 184.33.17.86 | Miami, FL | adsl-184-33-17-86.mia.bellsouth.net. |
| 123 | 184.56.205.205 | Cleveland, OH | cpe-184-56-205-205.neo.res.rr.com. |
| 124 | 184.56.210.198 | Cleveland, OH | cpe-184-56-210-198.neo.res.rr.com. |
| 125 | 184.58.20.171 | Dayton, OH | cpe-184-58-20-171.woh.res.rr.com. |
| 126 | 184.59.75.235 | Cincinnati, OH | cpe-184-59-75-235.cinci.res.rr.com. |
| 127 | 184.82.160.219 | Scranton, PA | freetorrentbox.com. |
| 128 | 184.96.196.164 | Wheat Ridge, CO | 184-96-196-164.hlrn.qwest.net. |
| 129 | 184.96.255.191 | Denver, CO | 184-96-255-191.hlrn.qwest.net. |
| 130 | 184.97.242.13 | Stillwater, MN | 184-97-242-13.mpls.qwest.net. |
| 131 | 184.97.244.237 | Cambridge, MN | 184-97-244-237.mpls.qwest.net. |
| 132 | 192.188.163.122 | Ames, IA | gimli.student.iastate.edu. |
| 133 | 204.14.159.184 | San Francisco, CA | 159.14.204.web-pass.com. |
| 134 | 204.45.198.10 | Woodstock, IL | NONE |
| 135 | 205.215.248.239 | Baltimore, MD | ip-available-205-215-248-239.portnetworks.net. |
| 136 | 206.204.189.58 | Andover, MA | filter-viva.us.conxion.com. |
| 137 | 206.53.122.56 | Jacksonville, NC | user-373auho.cable.mindspring.com. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 138 | 206.53.99.180 | Greensboro, NC | user-373aotk.cable.mindspring.com. |
| 139 | 207.237.46.170 | Elmhurst, NY | 207-237-46-170.c3-0.elm-ubr1.qens-elm.ny.cable.rcn.com. |
| 140 | 207.255.103.216 | Merrittstown, PA | 207-255-103-216-dhcp.unt.pa.atlanticbb.net. |
| 141 | 207.255.135.51 | Allison, PA | 207-255-135-051-dhcp.unt.pa.atlanticbb.net. |
| 142 | 207.38.178.184 | New York, NY | 207-38-178-184.c3-0.avec-ubr1.nyr-avec.ny.cable.rcn.com. |
| 143 | 207.68.240.161 | Oxford, MS | host-207-68-240-161.vista-express.com. |
| 144 | 208.102.221.138 | Amelia, OH | WS2-DSL-208-102-221-138.fuse.net. |
| 145 | 208.120.68.174 | Brooklyn, NY | user-387gh5e.cable.mindspring.com. |
| 146 | 208.126.2.174 | Union, IA | unin-20-02-174.dsl.netins.net. |
| 147 | 208.87.120.3 | Germantown, WI | office.ethoplex.com. |
| 148 | 209.123.162.175 | Roseland, NJ | 209.123.162.175. |
| 149 | 209.243.6.223 | Jamestown, ND | jmst-ftth-nn-6-223.daktel.net. |
| 150 | 209.6.195.170 | Wakefield, MA | 209-6-195-170.c3-0.wak-ubr2.sbo-wak.ma.cable.rcn.com. |
| 151 | 209.6.70.39 | Lexington, MA | 209-6-70-39.c3-0.abr-ubr1.sbo-abr.ma.cable.rcn.com. |
| 152 | 216.164.188.40 | Allentown, PA | NONE |
| 153 | 216.190.209.251 | Federal Way, WA | eli-2924-switch-216.190.209.syptec.com. |
| 154 | 216.195.19.53 | Shrewsbury, MA | NONE |
| 155 | 216.243.45.137 | Mercer Island, WA | NONE |
| 156 | 216.249.67.8 | Bloomington, IN | 8.67.249.216.dsl.dyn.smithvilledsl.net. |
| 157 | 216.254.122.157 | Woodside, NY | dsl254-122-157.nyc1.dsl.speakeasy.net. |
| 158 | 216.51.129.147 | Wilton, IA | wltn-03-147.dsl.netins.net. |
| 159 | 216.67.218.230 | Lake Havasu City, AZ | 216-67-218-230.dsl1.lhcy.az.frontiernet.net. |
| 160 | 24.1.109.0 | Woodridge, IL | c-24-1-109-0.hsd1.il.comcast.net. |
| 161 | 24.1.142.127 | Chicago, IL | c-24-1-142-127.hsd1.il.comcast.net. |
| 162 | 24.107.227.139 | Spencer, MA | 24-107-227-139.dhcp.oxfr.ma.charter.com. |
| 163 | 24.11.222.215 | Warren, MI | c-24-11-222-215.hsd1.mi.comcast.net. |
| 164 | 24.110.9.66 | New Smyrna Beach, FL | user-0c6s2a2.cable.mindspring.com. |
| 165 | 24.111.59.128 | Grand Forks, ND | host-128-59-111-24.midco.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 166 | 24.113.101.164 | Port Orchard, WA | 24-113-101-164.wavecable.com. |
| 167 | 24.113.186.153 | Woodland, CA | 24-113-186-153.wavecable.com. |
| 168 | 24.117.23.231 | Boise, ID | 24-117-23-231.cpe.cableone.net. |
| 169 | 24.118.212.3 | Saint Paul, MN | c-24-118-212-3.hsd1.mn.comcast.net. |
| 170 | 24.118.218.221 | Minneapolis, MN | c-24-118-218-221.hsd1.mn.comcast.net. |
| 171 | 24.119.131.125 | Anniston, AL | 24-119-131-125.cpe.cableone.net. |
| 172 | 24.119.20.41 | Idaho Falls, ID | 24-119-20-41.cpe.cableone.net. |
| 173 | 24.12.186.104 | Evanston, IL | c-24-12-186-104.hsd1.il.comcast.net. |
| 174 | 24.12.230.33 | South Elgin, IL | c-24-12-230-33.hsd1.il.comcast.net. |
| 175 | 24.124.55.72 | Lawrence, KS | 72.55.124.24.cm.sunflower.com. |
| 176 | 24.126.168.158 | Alpharetta, GA | c-24-126-168-158.hsd1.ga.comcast.net. |
| 177 | 24.126.186.241 | Atlanta, GA | c-24-126-186-241.hsd1.ga.comcast.net. |
| 178 | 24.128.191.0 | Cambridge, MA | c-24-128-191-0.hsd1.ma.comcast.net. |
| 179 | 24.128.225.140 | Dover, NH | c-24-128-225-140.hsd1.nh.comcast.net. |
| 180 | 24.130.107.209 | Santa Rosa, CA | c-24-130-107-209.hsd1.ca.comcast.net. |
| 181 | 24.130.57.209 | Sunnyvale, CA | c-24-130-57-209.hsd1.ca.comcast.net. |
| 182 | 24.130.57.248 | Sunnyvale, CA | c-24-130-57-248.hsd1.ca.comcast.net. |
| 183 | 24.131.139.173 | Inver Grove Heights, MN | c-24-131-139-173.hsd1.mn.comcast.net. |
| 184 | 24.131.18.189 | Pittsburgh, PA | c-24-131-18-189.hsd1.pa.comcast.net. |
| 185 | 24.14.145.198 | Chicago, IL | c-24-14-145-198.hsd1.il.comcast.net. |
| 186 | 24.14.206.120 | New Lenox, IL | c-24-14-206-120.hsd1.il.comcast.net. |
| 187 | 24.14.207.178 | Mokena, IL | c-24-14-207-178.hsd1.il.comcast.net. |
| 188 | 24.14.68.108 | Lake Bluff, IL | c-24-14-68-108.hsd1.il.comcast.net. |
| 189 | 24.143.94.200 | Seattle, WA | c-24-143-94-200.customer.broadstripe.net. |
| 190 | 24.15.135.252 | Bolingbrook, IL | c-24-15-135-252.hsd1.il.comcast.net. |
| 191 | 24.15.30.45 | Bloomingdale, IL | c-24-15-30-45.hsd1.il.comcast.net. |
| 192 | 24.15.61.125 | Indianapolis, IN | c-24-15-61-125.hsd1.in.comcast.net. |
| 193 | 24.152.194.254 | Ephrata, PA | 24.152.194.254.res-cmts.eph.ptd.net. |
| 194 | 24.152.197.154 | Ephrata, PA | 24.152.197.154.res-cmts.eph.ptd.net. |
| 195 | 24.152.209.118 | Ephrata, PA | 24.152.209.118.res-cmts.eph.ptd.net. |
| 196 | 24.16.47.233 | Sammamish, WA | c-24-16-47-233.hsd1.wa.comcast.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 197 | 24.16.51.144 | Kirkland, WA | c-24-16-51-144.hsd1.wa.comcast.net. |
| 198 | 24.16.58.27 | Kirkland, WA | c-24-16-58-27.hsd1.wa.comcast.net. |
| 199 | 24.163.20.184 | Greensboro, NC | cpe-024-163-020-184.triad.res.rr.com. |
| 200 | 24.166.13.124 | Indianapolis, IN | cpe-24-166-13-124.indy.res.rr.com. |
| 201 | 24.166.134.49 | Marinette, WI | CPE-24-166-134-49.new.res.rr.com. |
| 202 | 24.17.138.211 | Olympia, WA | c-24-17-138-211.hsd1.wa.comcast.net. |
| 203 | 24.17.188.89 | Seattle, WA | c-24-17-188-89.hsd1.wa.comcast.net. |
| 204 | 24.17.218.231 | Bellevue, WA | c-24-17-218-231.hsd1.wa.comcast.net. |
| 205 | 24.17.223.134 | Puyallup, WA | c-24-17-223-134.hsd1.wa.comcast.net. |
| 206 | 24.18.19.87 | Hobart, WA | c-24-18-19-87.hsd1.wa.comcast.net. |
| 207 | 24.181.233.64 | Wilbraham, MA | 24-181-233-64.dhcp.oxfr.ma.charter.com. |
| 208 | 24.184.149.37 | New Hyde Park, NY | ool-18b89525.dyn.optonline.net. |
| 209 | 24.184.26.70 | Brooklyn, NY | ool-18b81a46.dyn.optonline.net. |
| 210 | 24.186.143.36 | Amityville, NY | ool-18ba8f24.dyn.optonline.net. |
| 211 | 24.186.78.200 | Brooklyn, NY | ool-18ba4ec8.dyn.optonline.net. |
| 212 | 24.188.222.126 | Selden, NY | ool-18bcde7e.dyn.optonline.net. |
| 213 | 24.19.26.120 | Seattle, WA | c-24-19-26-120.hsd1.wa.comcast.net. |
| 214 | 24.19.39.130 | Seattle, WA | c-24-19-39-130.hsd1.wa.comcast.net. |
| 215 | 24.199.89.65 | New York, NY | user-0ccema1.cable.mindspring.com. |
| 216 | 24.20.149.231 | Beaverton, OR | c-24-20-149-231.hsd1.or.comcast.net. |
| 217 | 24.20.181.252 | Vancouver, WA | c-24-20-181-252.hsd1.wa.comcast.net. |
| 218 | 24.20.200.234 | Eugene, OR | c-24-20-200-234.hsd1.or.comcast.net. |
| 219 | 24.20.88.171 | Vancouver, WA | c-24-20-88-171.hsd1.wa.comcast.net. |
| 220 | 24.21.169.67 | Portland, OR | c-24-21-169-67.hsd1.or.comcast.net. |
| 221 | 24.21.99.239 | Clackamas, OR | c-24-21-99-239.hsd1.or.comcast.net. |
| 222 | 24.211.68.251 | Little River, SC | cpe-024-211-068-251.sc.res.rr.com. |
| 223 | 24.217.146.140 | Saint Charles, MO | 24-217-146-140.dhcp.stls.mo.charter.com. |
| 224 | 24.217.152.175 | O Fallon, MO | 24-217-152-175.dhcp.stls.mo.charter.com. |
| 225 | 24.217.227.202 | Ballwin, MO | 24-217-227-202.dhcp.stls.mo.charter.com. |
| 226 | 24.217.81.180 | Belleville, IL | 24-217-81-180.dhcp.stls.mo.charter.com. |
| 227 | 24.22.255.74 | Oak Harbor, WA | c-24-22-255-74.hsd1.wa.comcast.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 228 | 24.22.82.46 | Corvallis, OR | NONE |
| 229 | 24.228.15.166 | Old Bridge, NJ | ool-18e40fa6.dyn.optonline.net. |
| 230 | 24.231.188.127 | Howell, MI | 24-231-188-127.dhcp.monr.mi.charter.com. |
| 231 | 24.237.206.183 | Anchorage, AK | 183-206-237-24.gci.net. |
| 232 | 24.237.213.113 | Anchorage, AK | 113-213-237-24.gci.net. |
| 233 | 24.239.136.29 | New York, NY | user-0cev20t.cable.mindspring.com. |
| 234 | 24.239.171.208 | Flushing, NY | user-0cevaug.cable.mindspring.com. |
| 235 | 24.243.125.129 | Corpus Christi, TX | cpe-24-243-125-129.stx.res.rr.com. |
| 236 | 24.245.20.35 | Minneapolis, MN | c-24-245-20-35.hsd1.mn.comcast.net. |
| 237 | 24.247.159.181 | Portage, MI | 24-247-159-181.dhcp.klmz.mi.charter.com. |
| 238 | 24.25.217.11 | San Diego, CA | cpe-24-25-217-11.san.res.rr.com. |
| 239 | 24.250.12.226 | Enfield, CT | ip24-250-12-226.ri.ri.cox.net. |
| 240 | 24.250.122.41 | Clifton, VA | ip24-250-122-41.dc.dc.cox.net. |
| 241 | 24.250.22.251 | Providence, RI | ip24-250-22-251.ri.ri.cox.net. |
| 242 | 24.251.154.165 | Tucson, AZ | ip24-251-154-165.ph.ph.cox.net. |
| 243 | 24.254.206.14 | Chesapeake, VA | ip24-254-206-14.hr.hr.cox.net. |
| 244 | 24.29.250.63 | Cuyahoga Falls, OH | cpe-24-29-250-63.neo.res.rr.com. |
| 245 | 24.3.251.76 | New Kensington, PA | c-24-3-251-76.hsd1.pa.comcast.net. |
| 246 | 24.34.244.206 | North Attleboro, MA | c-24-34-244-206.hsd1.ma.comcast.net. |
| 247 | 24.4.129.46 | Santa Rosa, CA | c-24-4-129-46.hsd1.ca.comcast.net. |
| 248 | 24.42.120.116 | Astoria, NY | NONE |
| 249 | 24.45.40.203 | West Hempstead, NY | ool-182d28cb.dyn.optonline.net. |
| 250 | 24.47.198.174 | Huntington, NY | ool-182fc6ae.dyn.optonline.net. |
| 251 | 24.47.90.203 | Commack, NY | ool-182f5acb.dyn.optonline.net. |
| 252 | 24.49.90.86 | Mountain Home, ID | NONE |
| 253 | 24.6.209.150 | San Francisco, CA | c-24-6-209-150.hsd1.ca.comcast.net. |
| 254 | 24.6.51.58 | Santa Clara, CA | c-24-6-51-58.hsd1.ca.comcast.net. |
| 255 | 24.60.170.169 | West Newton, MA | c-24-60-170-169.hsd1.ma.comcast.net. |
| 256 | 24.61.197.77 | Durham, NH | c-24-61-197-77.hsd1.nh.comcast.net. |
| 257 | 24.62.137.24 | Lowell, MA | c-24-62-137-24.hsd1.ma.comcast.net. |
| 258 | 24.62.27.189 | Brighton, MA | c-24-62-27-189.hsd1.ma.comcast.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 259 | 24.62.31.80 | Walpole, MA | c-24-62-31-80.hsd1.ma.comcast.net. |
| 260 | 24.62.89.162 | Marlborough, MA | c-24-62-89-162.hsd1.ma.comcast.net. |
| 261 | 24.62.89.203 | Marlborough, MA | c-24-62-89-203.hsd1.ma.comcast.net. |
| 262 | 24.9.31.130 | Louisville, CO | c-24-9-31-130.hsd1.co.comcast.net. |
| 263 | 24.90.156.169 | Brooklyn, NY | cpe-24-90-156-169.nyc.res.rr.com. |
| 264 | 24.92.123.194 | El Paso, TX | cpe-24-92-123-194.elp.res.rr.com. |
| 265 | 24.92.13.89 | Tampa, FL | dt050n59.tampabay.res.rr.com. |
| 266 | 24.99.159.15 | Griffin, GA | c-24-99-159-15.hsd1.ga.comcast.net. |
| 267 | 24.99.170.136 | Atlanta, GA | c-24-99-170-136.hsd1.ga.comcast.net. |
| 268 | 35.9.159.142 | East Lansing, MI | NONE |
| 269 | 50.35.192.71 | Richland, WA | NONE |
| 270 | 63.199.243.39 | San Diego, CA | adsl-63-199-243-39.dsl.sndg02.pacbell.net. |
| 271 | 64.120.173.178 | Scranton, PA | maryanna.charlenetotzkeserver.net. |
| 272 | 64.121.52.183 | Allentown, PA | 64-121-52-183.c3-0.tlg-ubr1.atw-tlg.pa.cable.rcn.com. |
| 273 | 64.121.95.73 | Allentown, PA | 64-121-95-73.c3-0.smt-ubr1.atw-smt.pa.cable.rcn.com. |
| 274 | 64.20.159.187 | Hilton Head Island, SC | 64.20.159.187.dyn-e-pool32.pool.hargray.net. |
| 275 | 64.252.133.207 | Meriden, CT | 64-252-133-207.adsl.snet.net. |
| 276 | 65.189.226.46 | Indianapolis, IN | cpe-65-189-226-46.indy.res.rr.com. |
| 277 | 65.24.88.100 | Zanesville, OH | cpe-65-24-88-100.columbus.res.rr.com. |
| 278 | 65.27.138.109 | Morrow, OH | cpe-65-27-138-109.cinci.res.rr.com. |
| 279 | 65.27.149.114 | Cincinnati, OH | cpe-65-27-149-114.cinci.res.rr.com. |
| 280 | 65.28.248.169 | Dayton, OH | cpe-65-28-248-169.woh.res.rr.com. |
| 281 | 65.28.253.136 | West Milton, OH | cpe-65-28-253-136.woh.res.rr.com. |
| 282 | 65.34.128.108 | Boca Raton, FL | c-65-34-128-108.hsd1.fl.comcast.net. |
| 283 | 65.35.201.216 | Land O Lakes, FL | 216-201.35-65.tampabay.res.rr.com. |
| 284 | 65.35.62.214 | Clearwater, FL | 214-62.35-65.tampabay.res.rr.com. |
| 285 | 65.36.5.116 | Austin, TX | 65-36-5-116.static.grandenetworks.net. |
| 286 | 65.60.249.129 | Columbus, OH | d60-65-129-249.clv.wideopenwest.com. |
| 287 | 65.78.189.89 | Sacramento, CA | 089.189-78-65.res.dyn.surewest.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 288 | 65.78.62.101 | Easton, PA | 65-78-62-101.c3-0.upd-ubr1.trpr-upd.pa.static.cable.rcn.com. |
| 289 | 65.96.4.125 | Canaan, NH | c-65-96-4-125.hsd1.nh.comcast.net. |
| 290 | 66.153.237.143 | Conway, SC | 143.237-net.sccoast.net. |
| 291 | 66.168.141.69 | Kearney, NE | 66-168-141-69.dhcp.krny.ne.charter.com. |
| 292 | 66.168.251.96 | Montgomery, AL | 66-168-251-96.dhcp.mtgm.al.charter.com. |
| 293 | 66.177.158.38 | Jacksonville, FL | c-66-177-158-38.hsd1.fl.comcast.net. |
| 294 | 66.188.185.77 | Red Wing, MN | 66-188-185-77.dhcp.roch.mn.charter.com. |
| 295 | 66.189.102.133 | Chicopee, MA | 66-189-102-133.dhcp.oxfr.ma.charter.com. |
| 296 | 66.191.124.175 | Madison, WI | 66-191-124-175.dhcp.mdsn.wi.charter.com. |
| 297 | 66.215.119.156 | Paso Robles, CA | 66-215-119-156.dhcp.atsc.ca.charter.com. |
| 298 | 66.227.159.166 | Oxford, MI | 66-227-159-166.dhcp.bycy.mi.charter.com. |
| 299 | 66.229.77.88 | Pompano Beach, FL | c-66-229-77-88.hsd1.fl.comcast.net. |
| 300 | 66.235.17.10 | Redmond, WA | c-66-235-17-10.sea.wa.customer.broadstripe.net. |
| 301 | 66.31.244.161 | Brookline, MA | c-66-31-244-161.hsd1.ma.comcast.net. |
| 302 | 66.41.19.150 | Saint Paul, MN | c-66-41-19-150.hsd1.mn.comcast.net. |
| 303 | 66.41.247.157 | Minneapolis, MN | c-66-41-247-157.hsd1.mn.comcast.net. |
| 304 | 66.57.45.65 | Chapel Hill, NC | cpe-066-057-045-065.nc.res.rr.com. |
| 305 | 66.63.123.60 | Brewer, ME | bb-66-63-123-60.gwi.net. |
| 306 | 66.65.92.10 | New York, NY | cpe-66-65-92-10.nyc.res.rr.com. |
| 307 | 66.65.94.67 | New York, NY | cpe-66-65-94-67.nyc.res.rr.com. |
| 308 | 66.66.230.247 | Brockport, NY | cpe-66-66-230-247.rochester.res.rr.com. |
| 309 | 66.68.15.184 | Austin, TX | cpe-66-68-15-184.austin.res.rr.com. |
| 310 | 66.68.22.29 | Round Rock, TX | cpe-66-68-22-29.austin.res.rr.com. |
| 311 | 66.91.27.209 | Pearl City, HI | cpe-66-91-27-209.hawaii.res.rr.com. |
| 312 | 66.92.131.109 | Chicago, IL | dsl092-131-109.chi1.dsl.speakeasy.net. |
| 313 | 67.149.204.39 | Columbus, OH | d149-67-39-204.nap.wideopenwest.com. |
| 314 | 67.159.150.50 | Roseville, CA | 50.150-159-67.res.dyn.surewest.net. |
| 315 | 67.160.66.83 | Everett, WA | c-67-160-66-83.hsd1.wa.comcast.net. |
| 316 | 67.161.136.13 | Greeley, CO | c-67-161-136-13.hsd1.co.comcast.net. |
| 317 | 67.162.120.68 | Chicago, IL | c-67-162-120-68.hsd1.il.comcast.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 318 | 67.162.20.139 | Lockport, IL | c-67-162-20-139.hsd1.il.comcast.net. |
| 319 | 67.164.165.31 | Denver, CO | c-67-164-165-31.hsd1.co.comcast.net. |
| 320 | 67.165.166.225 | Des Plaines, IL | c-67-165-166-225.hsd1.il.comcast.net. |
| 321 | 67.166.2.107 | Denver, CO | c-67-166-2-107.hsd1.co.comcast.net. |
| 322 | 67.167.152.98 | Little Rock, AR | c-67-167-152-98.hsd1.ar.comcast.net. |
| 323 | 67.167.208.179 | Chicago, IL | c-67-167-208-179.hsd1.il.comcast.net. |
| 324 | 67.168.215.172 | Vancouver, WA | c-67-168-215-172.hsd1.wa.comcast.net. |
| 325 | 67.169.113.40 | Oakland, CA | c-67-169-113-40.hsd1.ca.comcast.net. |
| 326 | 67.169.2.186 | Alameda, CA | c-67-169-2-186.hsd1.ca.comcast.net. |
| 327 | 67.170.101.21 | Sammamish, WA | c-67-170-101-21.hsd1.wa.comcast.net. |
| 328 | 67.170.48.87 | Seattle, WA | c-67-170-48-87.hsd1.wa.comcast.net. |
| 329 | 67.173.84.3 | Palatine, IL | c-67-173-84-3.hsd1.il.comcast.net. |
| 330 | 67.175.116.115 | Western Springs, IL | c-67-175-116-115.hsd1.il.comcast.net. |
| 331 | 67.175.199.228 | Chicago, IL | c-67-175-199-228.hsd1.il.comcast.net. |
| 332 | 67.176.122.76 | Littleton, CO | c-67-176-122-76.hsd1.co.comcast.net. |
| 333 | 67.176.58.218 | Boulder, CO | c-67-176-58-218.hsd1.co.comcast.net. |
| 334 | 67.177.38.35 | Salt Lake City, UT | c-67-177-38-35.hsd1.ut.comcast.net. |
| 335 | 67.180.153.91 | Richmond, CA | c-67-180-153-91.hsd1.ca.comcast.net. |
| 336 | 67.180.58.129 | Pleasant Hill, CA | c-67-180-58-129.hsd1.ca.comcast.net. |
| 337 | 67.180.84.184 | Mountain View, CA | c-67-180-84-184.hsd1.ca.comcast.net. |
| 338 | 67.182.171.54 | Roseville, CA | c-67-182-171-54.hsd1.ca.comcast.net. |
| 339 | 67.183.101.172 | Puyallup, WA | c-67-183-101-172.hsd1.wa.comcast.net. |
| 340 | 67.184.228.2 | Algonquin, IL | c-67-184-228-2.hsd1.il.comcast.net. |
| 341 | 67.186.139.100 | Hartford, CT | c-67-186-139-100.hsd1.ct.comcast.net. |
| 342 | 67.188.100.219 | Redwood City, CA | c-67-188-100-219.hsd1.ca.comcast.net. |
| 343 | 67.188.123.151 | Napa, CA | c-67-188-123-151.hsd1.ca.comcast.net. |
| 344 | 67.188.219.60 | Mountain View, CA | c-67-188-219-60.hsd1.ca.comcast.net. |
| 345 | 67.188.85.101 | Los Gatos, CA | c-67-188-85-101.hsd1.ca.comcast.net. |
| 346 | 67.190.101.104 | Boulder, CO | c-67-190-101-104.hsd1.co.comcast.net. |
| 347 | 67.190.178.220 | Greeley, CO | c-67-190-178-220.hsd1.co.comcast.net. |
| 348 | 67.190.33.233 | Golden, CO | c-67-190-33-233.hsd1.co.comcast.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 349 | 67.191.35.80 | Fort Lauderdale, FL | c-67-191-35-80.hsd1.fl.comcast.net. |
| 350 | 67.198.85.163 | Waco, TX | 67-198-85-163.dyn.grandenetworks.net. |
| 351 | 67.224.50.192 | Washington, IA | wash-06-0704.dsl.iowatelecom.net. |
| 352 | 67.237.160.192 | Charlottesville, VA | va-67-237-160-192.dhcp.embarqhsd.net. |
| 353 | 67.237.162.111 | Galax, VA | va-67-237-162-111.dhcp.embarqhsd.net. |
| 354 | 67.237.163.33 | Beaverdam, VA | va-67-237-163-33.dhcp.embarqhsd.net. |
| 355 | 67.237.165.44 | Front Royal, VA | va-67-237-165-44.dhcp.embarqhsd.net. |
| 356 | 67.240.209.191 | Rochester, NY | cpe-67-240-209-191.rochester.res.rr.com. |
| 357 | 67.247.205.181 | Buffalo, NY | cpe-67-247-205-181.buffalo.res.rr.com. |
| 358 | 67.247.50.212 | Astoria, NY | cpe-67-247-50-212.nyc.res.rr.com. |
| 359 | 67.248.58.104 | Albany, NY | cpe-67-248-58-104.nycap.res.rr.com. |
| 360 | 67.251.124.199 | Davenport, NY | cpe-67-251-124-199.stny.res.rr.com. |
| 361 | 67.252.187.111 | Buffalo, NY | cpe-67-252-187-111.buffalo.res.rr.com. |
| 362 | 67.253.254.202 | Hilton, NY | cpe-67-253-254-202.rochester.res.rr.com. |
| 363 | 67.253.8.102 | Lewiston, ME | cpe-67-253-8-102.maine.res.rr.com. |
| 364 | 67.49.46.27 | Reseda, CA | cpe-67-49-46-27.socal.res.rr.com. |
| 365 | 67.61.209.183 | Fargo, ND | 67-61-209-183.cpe.cableone.net. |
| 366 | 67.61.5.220 | Natchez, MS | 67-61-5-220.cpe.cableone.net. |
| 367 | 67.8.129.32 | Orlando, FL | 32.129.8.67.cfl.res.rr.com. |
| 368 | 67.8.147.63 | Clermont, FL | 63.147.8.67.cfl.res.rr.com. |
| 369 | 67.80.64.91 | Trenton, NJ | ool-4350405b.dyn.optonline.net. |
| 370 | 67.81.217.120 | Parlin, NJ | ool-4351d978.dyn.optonline.net. |
| 371 | 67.82.32.245 | Parsippany, NJ | ool-435220f5.dyn.optonline.net. |
| 372 | 67.83.87.192 | Jackson, NJ | ool-435357c0.dyn.optonline.net. |
| 373 | 67.85.102.216 | Pompton Plains, NJ | ool-435566d8.dyn.optonline.net. |
| 374 | 67.86.31.178 | New Canaan, CT | ool-43561fb2.dyn.optonline.net. |
| 375 | 68.1.163.210 | West Warwick, RI | ip68-1-163-210.ri.ri.cox.net. |
| 376 | 68.101.66.57 | Gainesville, FL | ip68-101-66-57.ga.at.cox.net. |
| 377 | 68.102.165.247 | Wichita, KS | ip68-102-165-247.ks.ok.cox.net. |
| 378 | 68.103.217.147 | Coffeyville, KS | ip68-103-217-147.ks.ok.cox.net. |
| 379 | 68.111.124.103 | Fort Walton Beach, FL | ip68-111-124-103.pn.at.cox.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 380 | 68.111.216.43 | Escondido, CA | ip68-111-216-43.sd.sd.cox.net. |
| 381 | 68.111.74.32 | Irvine, CA | ip68-111-74-32.oc.oc.cox.net. |
| 382 | 68.114.4.111 | Gainesville, GA | 68-114-4-111.dhcp.gsvl.ga.charter.com. |
| 383 | 68.115.154.241 | Valdese, NC | 68-115-154-241.dhcp.hckr.nc.charter.com. |
| 384 | 68.115.34.113 | Madison, WI | 68-115-34-113.dhcp.mdsn.wi.charter.com. |
| 385 | 68.115.49.231 | La Crosse, WI | 68-115-49-231.dhcp.eucl.wi.charter.com. |
| 386 | 68.116.175.61 | North Grafton, MA | 68-116-175-61.dhcp.oxfr.ma.charter.com. |
| 387 | 68.116.193.23 | Worcester, MA | 68-116-193-23.dhcp.oxfr.ma.charter.com. |
| 388 | 68.117.117.159 | Saint Croix Falls, WI | 68-117-117-159.dhcp.eucl.wi.charter.com. |
| 389 | 68.117.221.214 | Augusta, GA | 68-117-221-214.dhcp.athn.ga.charter.com. |
| 390 | 68.117.58.41 | Lakeville, MN | 68-117-58-41.dhcp.roch.mn.charter.com. |
| 391 | 68.123.239.220 | West Hills, CA | adsl-68-123-239-220.dsl.irvnca.pacbell.net. |
| 392 | 68.127.26.89 | San Francisco, CA | adsl-68-127-26-89.dsl.pltn13.pacbell.net. |
| 393 | 68.163.45.105 | Philadelphia, PA | pool-68-163-45-105.phil.east.verizon.net. |
| 394 | 68.173.110.250 | New York, NY | cpe-68-173-110-250.nyc.res.rr.com. |
| 395 | 68.183.236.203 | Alameda, CA | netblock-68-183-236-203.dslextreme.com. |
| 396 | 68.187.165.19 | Due West, SC | 68-187-165-19.dhcp.hckr.nc.charter.com. |
| 397 | 68.189.62.122 | Redding, CA | 68-189-62-122.dhcp.rdng.ca.charter.com. |
| 398 | 68.193.174.140 | Glen Rock, NJ | ool-44c1ae8c.dyn.optonline.net. |
| 399 | 68.193.40.193 | Wharton, NJ | ool-44c128c1.dyn.optonline.net. |
| 400 | 68.196.239.147 | Dunellen, NJ | ool-44c4ef93.dyn.optonline.net. |
| 401 | 68.197.197.58 | Rockaway, NJ | ool-44c5c53a.dyn.optonline.net. |
| 402 | 68.202.113.42 | Kissimmee, FL | 42-113.202-68.tampabay.res.rr.com. |
| 403 | 68.202.139.156 | Orlando, FL | 156.139.202.68.cfl.res.rr.com. |
| 404 | 68.202.22.120 | Oviedo, FL | 120-22.202-68.tampabay.res.rr.com. |
| 405 | 68.204.82.157 | Orlando, FL | 157.82.204.68.cfl.res.rr.com. |
| 406 | 68.209.223.32 | Byram, MS | adsl-068-209-223-032.sip.jan.bellsouth.net. |
| 407 | 68.224.64.80 | Las Vegas, NV | ip68-224-64-80.lv.lv.cox.net. |
| 408 | 68.227.215.184 | Falls Church, VA | ip68-227-215-184.dc.dc.cox.net. |
| 409 | 68.227.226.11 | Phoenix, AZ | ip68-227-226-11.ph.ph.cox.net. |
| 410 | 68.228.51.229 | Tucson, AZ | ip68-228-51-229.tc.ph.cox.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 411 | 68.229.50.132 | Las Vegas, NV | ip68-229-50-132.lv.lv.cox.net. |
| 412 | 68.229.80.88 | Coventry, RI | ip68-229-80-88.ri.ri.cox.net. |
| 413 | 68.231.160.182 | Avondale, AZ | ip68-231-160-182.tc.ph.cox.net. |
| 414 | 68.231.63.178 | Surprise, AZ | ip68-231-63-178.ph.ph.cox.net. |
| 415 | 68.231.84.10 | Scottsdale, AZ | ip68-231-84-10.ph.ph.cox.net. |
| 416 | 68.232.127.138 | State College, PA | h138.127.232.68.dynamic.ip.windstream.net. |
| 417 | 68.255.105.192 | Chicago, IL | adsl-68-255-105-192.dsl.chcgil.sbcglobal.net. adsl-68-255-105-192.dsl.chcgil.ameritech.net |
| 418 | 68.3.23.59 | Scottsdale, AZ | ip68-3-23-59.ph.ph.cox.net. |
| 419 | 68.32.56.152 | Philadelphia, PA | c-68-32-56-152.hsd1.pa.comcast.net. |
| 420 | 68.33.112.167 | Nottingham, MD | c-68-33-112-167.hsd1.sc.comcast.net. |
| 421 | 68.34.42.119 | Baltimore, MD | c-68-34-42-119.hsd1.md.comcast.net. |
| 422 | 68.37.66.20 | Marmora, NJ | c-68-37-66-20.hsd1.nj.comcast.net. |
| 423 | 68.38.249.64 | Jersey City, NJ | c-68-38-249-64.hsd1.nj.comcast.net. |
| 424 | 68.4.138.79 | Palos Verdes Peninsula, CA | ip68-4-138-79.oc.oc.cox.net. |
| 425 | 68.4.218.22 | Aliso Viejo, CA | ip68-4-218-22.oc.oc.cox.net. |
| 426 | 68.4.62.20 | Newport Beach, CA | ip68-4-62-20.pv.oc.cox.net. |
| 427 | 68.41.17.216 | Flint, MI | c-68-41-17-216.hsd1.mi.comcast.net. |
| 428 | 68.41.179.10 | Birmingham, MI | c-68-41-179-10.hsd1.mi.comcast.net. |
| 429 | 68.43.204.179 | Saint Clair, MI | c-68-43-204-179.hsd1.mi.comcast.net. |
| 430 | 68.43.79.129 | Riverview, MI | c-68-43-79-129.hsd1.mi.comcast.net. |
| 431 | 68.44.34.120 | Merchantville, NJ | c-68-44-34-120.hsd1.nj.comcast.net. |
| 432 | 68.46.7.166 | Mays Landing, NJ | c-68-46-7-166.hsd1.nj.comcast.net. |
| 433 | 68.48.82.48 | Glen Burnie, MD | c-68-48-82-48.hsd1.md.comcast.net. |
| 434 | 68.49.2.205 | Elkton, MD | c-68-49-2-205.hsd1.ca.comcast.net. |
| 435 | 68.5.147.168 | San Clemente, CA | ip68-5-147-168.oc.oc.cox.net. |
| 436 | 68.5.182.60 | Tustin, CA | ip68-5-182-60.oc.oc.cox.net. |
| 437 | 68.5.231.74 | Irvine, CA | ip68-5-231-74.oc.oc.cox.net. |
| 438 | 68.50.152.120 | Westminster, MD | c-68-50-152-120.hsd1.md.comcast.net. |
| 439 | 68.51.153.41 | Savannah, GA | c-68-51-153-41.hsd1.ga.comcast.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 440 | 68.53.0.78 | Winchester, TN | c-68-53-0-78.hsd1.tn.comcast.net. |
| 441 | 68.53.52.201 | White Bluff, TN | c-68-53-52-201.hsd1.tn.comcast.net. |
| 442 | 68.55.26.92 | Rosedale, MD | c-68-55-26-92.hsd1.md.comcast.net. |
| 443 | 68.55.42.205 | Silver Spring, MD | c-68-55-42-205.hsd1.md.comcast.net. |
| 444 | 68.57.232.188 | Chicago, IL | c-68-57-232-188.hsd1.il.comcast.net. |
| 445 | 68.58.6.32 | Chicago, IL | c-68-58-6-32.hsd1.il.comcast.net. |
| 446 | 68.59.180.241 | Rossville, GA | c-68-59-180-241.hsd1.ga.comcast.net. |
| 447 | 68.59.46.80 | Charleston, SC | c-68-59-46-80.hsd1.sc.comcast.net. |
| 448 | 68.6.104.179 | Santa Barbara, CA | ip68-6-104-179.sb.sd.cox.net. |
| 449 | 68.60.246.132 | Bartlett, IL | c-68-60-246-132.hsd1.il.comcast.net. |
| 450 | 68.60.70.30 | Macomb, MI | c-68-60-70-30.hsd1.mi.comcast.net. |
| 451 | 68.61.2.205 | Port Huron, MI | c-68-61-2-205.hsd1.mi.comcast.net. |
| 452 | 68.63.222.176 | Hattiesburg, MS | c-68-63-222-176.hsd1.ms.comcast.net. |
| 453 | 68.68.76.62 | Bristol, VA | fttu-68-68-76-062.bvunet.net. |
| 454 | 68.8.205.68 | Vista, CA | ip68-8-205-68.sd.sd.cox.net. |
| 455 | 68.81.127.87 | Mount Holly, NJ | c-68-81-127-87.hsd1.pa.comcast.net. |
| 456 | 68.81.27.119 | Philadelphia, PA | c-68-81-27-119.hsd1.pa.comcast.net. |
| 457 | 68.82.69.245 | Wilmington, DE | c-68-82-69-245.hsd1.de.comcast.net. |
| 458 | 68.9.140.61 | Providence, RI | ip68-9-140-61.ri.ri.cox.net. |
| 459 | 68.9.192.55 | Tiverton, RI | ip68-9-192-55.ri.ri.cox.net. |
| 460 | 68.9.36.210 | Meriden, CT | ip68-9-36-210.cl.ri.cox.net. |
| 461 | 68.98.179.63 | Annandale, VA | ip68-98-179-63.dc.dc.cox.net. |
| 462 | 68.99.181.10 | Irvine, CA | ip68-99-181-10.oc.oc.cox.net. |
| 463 | 69.1.32.236 | Huntsville, AL | user-69-1-32-236.knology.net. |
| 464 | 69.108.25.84 | North Hollywood, CA | adsl-69-108-25-84.dsl.irvnca.pacbell.net. |
| 465 | 69.112.248.67 | Rocky Point, NY | ool-4570f843.dyn.optonline.net. |
| 466 | 69.113.160.173 | Brooklyn, NY | ool-4571a0ad.dyn.optonline.net. |
| 467 | 69.113.70.86 | Smithtown, NY | ool-45714656.dyn.optonline.net. |
| 468 | 69.116.128.161 | Hoboken, NJ | ool-457480a1.dyn.optonline.net. |
| 469 | 69.117.32.12 | Great Neck, NY | ool-4575200c.dyn.optonline.net. |
| 470 | 69.118.193.24 | White Plains, NY | ool-4576c118.dyn.optonline.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 471 | 69.119.122.245 | Poughkeepsie, NY | ool-45777af5.dyn.optonline.net. |
| 472 | 69.120.110.198 | Stamford, CT | ool-45786ec6.dyn.optonline.net. |
| 473 | 69.120.185.53 | Stratford, CT | ool-4578b935.dyn.optonline.net. |
| 474 | 69.121.245.19 | Dover Plains, NY | ool-4579f513.dyn.optonline.net. |
| 475 | 69.123.80.232 | Brooklyn, NY | ool-457b50e8.dyn.optonline.net. |
| 476 | 69.128.232.196 | Inola, OK | h69-128-232-196.inolok.dsl.dynamic.tds.net. |
| 477 | 69.134.135.11 | Raleigh, NC | cpe-069-134-135-011.nc.res.rr.com. |
| 478 | 69.138.170.81 | Columbia, MD | c-69-138-170-81.hsd1.md.comcast.net. |
| 479 | 69.138.225.179 | Cockeysville, MD | c-69-138-225-179.hsd1.md.comcast.net. |
| 480 | 69.139.22.56 | Newark, DE | c-69-139-22-56.hsd1.pa.comcast.net. |
| 481 | 69.14.114.38 | Saint Clair Shores, MI | d14-69-38-114.try.wideopenwest.com. |
| 482 | 69.140.247.186 | Silver Spring, MD | c-69-140-247-186.hsd1.md.comcast.net. |
| 483 | 69.140.31.144 | Mount Airy, MD | c-69-140-31-144.hsd1.md.comcast.net. |
| 484 | 69.143.31.197 | Arlington, VA | c-69-143-31-197.hsd1.va.comcast.net. |
| 485 | 69.166.179.30 | Clarksville, TN | NONE |
| 486 | 69.179.182.218 | Columbia, MO | dsl-182-218.clm.centurytel.net. |
| 487 | 69.180.30.195 | Atlanta, GA | c-69-180-30-195.hsd1.ga.comcast.net. |
| 488 | 69.181.105.27 | San Francisco, CA | c-69-181-105-27.hsd1.ca.comcast.net. |
| 489 | 69.204.59.253 | Hamburg, NY | cpe-69-204-59-253.buffalo.res.rr.com. |
| 490 | 69.204.91.40 | Lockport, NY | cpe-69-204-91-40.buffalo.res.rr.com. |
| 491 | 69.206.74.179 | Middletown, NY | cpe-69-206-74-179.hvc.res.rr.com. |
| 492 | 69.224.181.179 | Ventura, CA | adsl-69-224-181-179.dsl.irvnca.pacbell.net. |
| 493 | 69.23.75.228 | Marinette, WI | CPE-69-23-75-228.new.res.rr.com. |
| 494 | 69.244.112.114 | Mount Holly, NJ | c-69-244-112-114.hsd1.nj.comcast.net. |
| 495 | 69.244.195.215 | Smyrna, TN | c-69-244-195-215.hsd1.tn.comcast.net. |
| 496 | 69.244.42.35 | Tucson, AZ | c-69-244-42-35.hsd1.az.comcast.net. |
| 497 | 69.246.101.8 | Brighton, MI | c-69-246-101-8.hsd1.mi.comcast.net. |
| 498 | 69.246.232.27 | Highland, IN | c-69-246-232-27.hsd1.in.comcast.net. |
| 499 | 69.246.90.21 | Detroit, MI | c-69-246-90-21.hsd1.mi.comcast.net. |
| 500 | 69.248.89.124 | East Brunswick, NJ | c-69-248-89-124.hsd1.nj.comcast.net. |
| 501 | 69.253.164.158 | Downingtown, PA | c-69-253-164-158.hsd1.pa.comcast.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 502 | 69.253.211.28 | Pottstown, PA | c-69-253-211-28.hsd1.pa.comcast.net. |
| 503 | 69.253.244.31 | Hillsborough, NJ | c-69-253-244-31.hsd1.nj.comcast.net. |
| 504 | 69.254.250.185 | Olathe, KS | c-69-254-250-185.hsd1.ks.comcast.net. |
| 505 | 69.255.208.17 | Gaithersburg, MD | c-69-255-208-17.hsd1.md.comcast.net. |
| 506 | 69.47.173.3 | Glen Ellyn, IL | d47-69-3-173.try.wideopenwest.com. |
| 507 | 69.76.29.236 | Pullman, WA | CPE-69-76-29-236.natnow.res.rr.com. |
| 508 | 69.86.143.238 | New York, NY | user-12ld3ve.cable.mindspring.com. |
| 509 | 69.97.229.242 | Coopersville, MI | 242.sub-69-97-229.myvzw.com. |
| 510 | 70.100.58.247 | Cayuta, NY | 70-100-58-247.dr03.nrwc.ny.frontiernet.net. |
| 511 | 70.104.119.253 | Cadiz, OH | pool-70-104-119-253.chi.dsl-w.verizon.net. |
| 512 | 70.104.148.107 | North Hills, CA | pool-70-104-148-107.lsanca.fios.verizon.net. |
| 513 | 70.105.86.132 | Jackson, OH | pool-70-105-86-132.chi.dsl-w.verizon.net. |
| 514 | 70.105.93.76 | Piketon, OH | pool-70-105-93-76.chi.dsl-w.verizon.net. |
| 515 | 70.11.44.224 | North Port, FL | 70-11-44-224.pools.spcsdns.net. |
| 516 | 70.113.31.250 | Austin, TX | cpe-70-113-31-250.austin.res.rr.com. |
| 517 | 70.117.194.192 | Mcallen, TX | cpe-70-117-194-192.rgv.res.rr.com. |
| 518 | 70.120.205.237 | Killeen, TX | cpe-70-120-205-237.hot.res.rr.com. |
| 519 | 70.120.89.206 | Universal City, TX | cpe-70-120-89-206.satx.res.rr.com. |
| 520 | 70.124.2.32 | Brownsville, TX | cpe-70-124-2-32.rgv.res.rr.com. |
| 521 | 70.149.200.51 | Milton, FL | adsl-70-149-200-51.pns.bellsouth.net. |
| 522 | 70.168.132.206 | Springfield, VA | wsip-70-168-132-206.dc.dc.cox.net. |
| 523 | 70.171.133.82 | Ketchum, ID | ip70-171-133-82.om.om.cox.net. |
| 524 | 70.171.25.143 | Gainesville, FL | ip70-171-25-143.ga.at.cox.net. |
| 525 | 70.173.225.93 | Las Vegas, NV | ip70-173-225-93.lv.lv.cox.net. |
| 526 | 70.173.49.235 | North Las Vegas, NV | ip70-173-49-235.lv.lv.cox.net. |
| 527 | 70.177.118.231 | Broken Arrow, OK | ip70-177-118-231.ok.ok.cox.net. |
| 528 | 70.177.27.82 | Goleta, CA | ip70-177-27-82.sb.sd.cox.net. |
| 529 | 70.178.212.15 | Fort Smith, AR | ip70-178-212-15.ks.ks.cox.net. |
| 530 | 70.178.222.36 | Fort Smith, AR | ip70-178-222-36.ks.ks.cox.net. |
| 531 | 70.179.99.211 | Fairfax, VA | ip70-179-99-211.dc.dc.cox.net. |
| 532 | 70.181.197.65 | Vista, CA | ip70-181-197-65.sd.sd.cox.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 533 | 70.181.70.154 | Trabuco Canyon, CA | ip70-181-70-154.oc.oc.cox.net. |
| 534 | 70.181.88.112 | Laguna Hills, CA | ip70-181-88-112.oc.oc.cox.net. |
| 535 | 70.188.242.202 | Pensacola, FL | ip70-188-242-202.pn.at.cox.net. |
| 536 | 70.190.145.241 | Chandler, AZ | ip70-190-145-241.ph.ph.cox.net. |
| 537 | 70.190.234.97 | Chandler, AZ | ip70-190-234-97.ph.ph.cox.net. |
| 538 | 70.191.181.33 | Destin, FL | ip70-191-181-33.pn.at.cox.net. |
| 539 | 70.226.167.54 | Madison, WI | ppp-70-226-167-54.dsl.mdsnwi.ameritech.net. |
| 540 | 70.231.248.230 | San Francisco, CA | adsl-70-231-248-230.dsl.snfc21.sbcglobal.net. |
| 541 | 70.242.141.35 | Florissant, MO | ppp-70-242-141-35.dsl.stlsmo.swbell.net. |
| 542 | 70.246.16.98 | Houston, TX | ppp-70-246-16-98.dsl.hstntx.swbell.net. |
| 543 | 70.44.175.184 | East Stroudsburg, PA | 70.44.175.184.res-cmts.snh.ptd.net. |
| 544 | 70.60.190.23 | Canton, OH | rrcs-70-60-190-23.central.biz.rr.com. |
| 545 | 71.117.248.225 | Gresham, OR | pool-71-117-248-225.ptldor.fios.verizon.net. |
| 546 | 71.12.0.139 | Taylors, SC | 71-12-0-139.dhcp.gnvl.sc.charter.com. |
| 547 | 71.12.247.116 | Picayune, MS | 71-12-247-116.dhcp.slid.la.charter.com. |
| 548 | 71.123.185.100 | Lewisville, TX | pool-71-123-185-100.dllstx.fios.verizon.net. |
| 549 | 71.125.79.22 | South Plainfield, NJ | pool-71-125-79-22.nwrknj.east.verizon.net. |
| 550 | 71.126.167.202 | Sterling, VA | pool-71-126-167-202.washdc.fios.verizon.net. |
| 551 | 71.137.228.49 | Alhambra, CA | adsl-71-137-228-49.dsl.irvnca.pacbell.net. |
| 552 | 71.142.143.254 | Fernley, NV | ppp-71-142-143-254.dsl.renocs.pacbell.net. |
| 553 | 71.145.152.182 | Austin, TX | NONE |
| 554 | 71.162.8.40 | Pittsburgh, PA | pool-71-162-8-40.pitbpa.fios.verizon.net. |
| 555 | 71.163.165.15 | Arlington, VA | pool-71-163-165-15.washdc.fios.verizon.net. |
| 556 | 71.163.240.204 | Hyattsville, MD | pool-71-163-240-204.washdc.fios.verizon.net. |
| 557 | 71.164.183.39 | North Richland Hills, TX | pool-71-164-183-39.dllstx.fios.verizon.net. |
| 558 | 71.168.71.251 | Exeter, NH | pool-71-168-71-251.cncdnh.fast.myfairpoint.net. |
| 559 | 71.169.6.72 | Wappingers Falls, NY | pool-71-169-6-72.pghkny.fios.verizon.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 560 | 71.171.205.34 | Connersville, IN | pool-71-171-205-34.chi01.dsl-w.verizon.net. |
| 561 | 71.172.24.110 | Kearny, NJ | pool-71-172-24-110.nwrknj.fios.verizon.net. |
| 562 | 71.174.61.74 | North Grafton, MA | pool-71-174-61-74.bstnma.fios.verizon.net. |
| 563 | 71.174.82.100 | Framingham, MA | pool-71-174-82-100.bstnma.fios.verizon.net. |
| 564 | 71.178.20.169 | Temple Hills, MD | pool-71-178-20-169.washdc.fios.verizon.net. |
| 565 | 71.180.105.222 | Tampa, FL | pool-71-180-105-222.tampfl.fios.verizon.net. |
| 566 | 71.180.123.165 | Zephyrhills, FL | pool-71-180-123-165.tampfl.fios.verizon.net. |
| 567 | 71.180.182.119 | Tampa, FL | pool-71-180-182-119.tampfl.fios.verizon.net. |
| 568 | 71.180.51.46 | Lake Wales, FL | pool-71-180-51-46.tampfl.dsl-w.verizon.net. |
| 569 | 71.182.171.204 | Pittsburgh, PA | pool-71-182-171-204.pitbpa.east.verizon.net. |
| 570 | 71.184.78.69 | Middleboro, MA | pool-71-184-78-69.bstnma.fios.verizon.net. |
| 571 | 71.185.203.220 | Middletown, DE | pool-71-185-203-220.phlapa.fios.verizon.net. |
| 572 | 71.185.222.140 | Elkins Park, PA | pool-71-185-222-140.phlapa.fios.verizon.net. |
| 573 | 71.187.195.143 | Union, NJ | pool-71-187-195-143.nwrknj.fios.verizon.net. |
| 574 | 71.187.223.86 | Jersey City, NJ | pool-71-187-223-86.nwrknj.fios.verizon.net. |
| 575 | 71.190.207.160 | Levittown, NY | pool-71-190-207-160.nycmny.fios.verizon.net. |
| 576 | 71.190.97.76 | Hempstead, NY | pool-71-190-97-76.nycmny.east.verizon.net. |
| 577 | 71.191.159.6 | Silver Spring, MD | pool-71-191-159-6.washdc.fios.verizon.net. |
| 578 | 71.191.38.83 | Rockville, MD | pool-71-191-38-83.washdc.fios.verizon.net. |
| 579 | 71.193.245.23 | Salem, OR | c-71-193-245-23.hsd1.or.comcast.net. |
| 580 | 71.194.49.242 | Mchenry, IL | c-71-194-49-242.hsd1.il.comcast.net. |
| 581 | 71.194.58.58 | Huntley, IL | c-71-194-58-58.hsd1.il.comcast.net. |
| 582 | 71.195.59.29 | Saint Paul, MN | c-71-195-59-29.hsd1.mn.comcast.net. |
| 583 | 71.195.84.61 | Baden, PA | c-71-195-84-61.hsd1.pa.comcast.net. |
| 584 | 71.197.173.113 | Tacoma, WA | c-71-197-173-113.hsd1.wa.comcast.net. |
| 585 | 71.198.126.80 | Walnut Creek, CA | c-71-198-126-80.hsd1.ca.comcast.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 586 | 71.199.124.144 | Oakdale, PA | c-71-199-124-144.hsd1.pa.comcast.net. |
| 587 | 71.200.130.102 | Rehoboth Beach, DE | c-71-200-130-102.hsd1.de.comcast.net. |
| 588 | 71.200.177.237 | Lewes, DE | c-71-200-177-237.hsd1.de.comcast.net. |
| 589 | 71.201.25.240 | Bloomington, IL | c-71-201-25-240.hsd1.il.comcast.net. |
| 590 | 71.203.159.173 | Jacksonville, FL | c-71-203-159-173.hsd1.fl.comcast.net. |
| 591 | 71.204.133.64 | Fremont, CA | c-71-204-133-64.hsd1.ca.comcast.net. |
| 592 | 71.204.25.92 | Decatur, GA | c-71-204-25-92.hsd1.ga.comcast.net. |
| 593 | 71.204.90.155 | Marietta, GA | c-71-204-90-155.hsd1.ga.comcast.net. |
| 594 | 71.206.106.140 | Lansing, MI | c-71-206-106-140.hsd1.mi.comcast.net. |
| 595 | 71.207.34.0 | Camp Hill, PA | c-71-207-34-0.hsd1.pa.comcast.net. |
| 596 | 71.213.204.186 | Marion, IA | 71-213-204-186.cdrr.qwest.net. |
| 597 | 71.218.128.76 | Denver, CO | 71-218-128-76.hlrn.qwest.net. |
| 598 | 71.225.129.106 | Moorestown, NJ | c-71-225-129-106.hsd1.nj.comcast.net. |
| 599 | 71.227.225.166 | Shelton, WA | c-71-227-225-166.hsd1.wa.comcast.net. |
| 600 | 71.227.37.125 | Taylor, MI | c-71-227-37-125.hsd1.mi.comcast.net. |
| 601 | 71.227.37.46 | Taylor, MI | c-71-227-37-46.hsd1.mi.comcast.net. |
| 602 | 71.229.26.70 | Dothan, AL | c-71-229-26-70.hsd1.al.comcast.net. |
| 603 | 71.23.100.101 | Raleigh, NC | 71-23-100-101.clt.clearwire-wmx.net. |
| 604 | 71.231.245.60 | Tacoma, WA | c-71-231-245-60.hsd1.wa.comcast.net. |
| 605 | 71.233.238.87 | Brookline, MA | c-71-233-238-87.hsd1.ma.comcast.net. |
| 606 | 71.233.32.39 | Lowell, MA | c-71-233-32-39.hsd1.ma.comcast.net. |
| 607 | 71.235.238.154 | New Haven, CT | c-71-235-238-154.hsd1.ct.comcast.net. |
| 608 | 71.236.170.25 | Kelso, WA | c-71-236-170-25.hsd1.wa.comcast.net. |
| 609 | 71.237.85.252 | Denver, CO | c-71-237-85-252.hsd1.co.comcast.net. |
| 610 | 71.238.152.203 | Hamtramck, MI | c-71-238-152-203.hsd1.mi.comcast.net. |
| 611 | 71.238.9.172 | Canton, MI | c-71-238-9-172.hsd1.mi.comcast.net. |
| 612 | 71.246.204.155 | UNKNOWN, UNKNOWN | static-71-246-204-155.washdc.fios.verizon.net. |
| 613 | 71.251.2.168 | Ronkonkoma, NY | pool-71-251-2-168.nycmny.fios.verizon.net. |
| 614 | 71.251.37.242 | Metuchen, NJ | pool-71-251-37-242.nwrknj.east.verizon.net. |
| 615 | 71.48.188.143 | Califon, NJ | nj-71-48-188-143.dyn.embarqhsd.net. |
| 616 | 71.52.243.128 | Washington, NC | nc-71-52-243-128.dhcp.embarqhsd.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 617 | 71.58.117.74 | State College, PA | c-71-58-117-74.hsd1.pa.comcast.net. |
| 618 | 71.59.157.96 | Eugene, OR | c-71-59-157-96.hsd1.or.comcast.net. |
| 619 | 71.60.180.119 | Venetia, PA | c-71-60-180-119.hsd1.pa.comcast.net. |
| 620 | 71.63.91.204 | Blacksburg, VA | c-71-63-91-204.hsd1.va.comcast.net. |
| 621 | 71.64.109.126 | Beachwood, OH | cpe-71-64-109-126.neo.res.rr.com. |
| 622 | 71.66.232.170 | Athens, OH | cpe-71-66-232-170.columbus.res.rr.com. |
| 623 | 71.75.179.88 | Charlotte, NC | cpe-071-075-179-088.carolina.res.rr.com. |
| 624 | 71.77.11.193 | Cary, NC | cpe-071-077-011-193.nc.res.rr.com. |
| 625 | 71.80.101.15 | Lawrenceburg, TN | 71-80-101-15.dhcp.jcsn.tn.charter.com. |
| 626 | 71.83.47.145 | Duluth, MN | 71-83-47-145.dhcp.dlth.mn.charter.com. |
| 627 | 71.84.111.5 | Arroyo Grande, CA | 71-84-111-5.dhcp.snlo.ca.charter.com. |
| 628 | 71.89.94.105 | Eau Claire, WI | 71-89-94-105.dhcp.eucl.wi.charter.com. |
| 629 | 71.90.103.134 | Madison, WI | 71-90-103-134.dhcp.ftbg.wi.charter.com. |
| 630 | 71.90.104.36 | Twin Lakes, WI | 71-90-104-36.dhcp.ftbg.wi.charter.com. |
| 631 | 71.96.110.249 | UNKNOWN, UNKNOWN | pool-71-96-110-249.dfw.dsl-w.verizon.net. |
| 632 | 72.128.71.103 | Milwaukee, WI | CPE-72-128-71-103.wi.res.rr.com. |
| 633 | 72.134.20.121 | Canoga Park, CA | cpe-72-134-20-121.socal.res.rr.com. |
| 634 | 72.15.101.237 | Newnan, GA | cmcust3-101.237.newnanutilities.org. |
| 635 | 72.172.222.148 | New Haven, MO | empty.fidnet.com. |
| 636 | 72.177.139.173 | San Antonio, TX | cpe-72-177-139-173.satx.res.rr.com. |
| 637 | 72.181.113.212 | San Antonio, TX | cpe-72-181-113-212.satx.res.rr.com. |
| 638 | 72.183.119.25 | Round Rock, TX | cpe-72-183-119-25.austin.res.rr.com. |
| 639 | 72.184.8.184 | Tampa, FL | cpe-72-184-8-184.tampabay.res.rr.com. |
| 640 | 72.186.98.100 | Riverview, FL | 100-98.186-72.tampabay.res.rr.com. |
| 641 | 72.193.104.15 | Henderson, NV | ip72-193-104-15.lv.lv.cox.net. |
| 642 | 72.196.0.79 | Council Bluffs, IA | ip72-196-0-79.om.om.cox.net. |
| 643 | 72.196.196.196 | Fairfax, VA | ip72-196-196-196.dc.dc.cox.net. |
| 644 | 72.196.247.194 | Centreville, VA | ip72-196-247-194.dc.dc.cox.net. |
| 645 | 72.198.71.107 | Oklahoma City, OK | ip72-198-71-107.ok.ok.cox.net. |
| 646 | 72.200.119.97 | Gilbert, AZ | ip72-200-119-97.tc.ph.cox.net. |
| 647 | 72.204.13.105 | Fayetteville, AR | ip72-204-13-105.fv.ks.cox.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 648 | 72.208.120.105 | Phoenix, AZ | ip72-208-120-105.ph.ph.cox.net. |
| 649 | 72.214.201.177 | Russell, KS | wsip-72-214-201-177.ks.ks.cox.net. |
| 650 | 72.216.13.59 | Pensacola, FL | ip72-216-13-59.pn.at.cox.net. |
| 651 | 72.218.101.222 | Norfolk, VA | ip72-218-101-222.hr.hr.cox.net. |
| 652 | 72.218.83.211 | Newport News, VA | ip72-218-83-211.hr.hr.cox.net. |
| 653 | 72.219.232.110 | Springfield, VA | ip72-219-232-110.dc.dc.cox.net. |
| 654 | 72.220.162.66 | La Mesa, CA | ip72-220-162-66.sd.sd.cox.net. |
| 655 | 72.220.221.42 | El Cajon, CA | ip72-220-221-42.sd.sd.cox.net. |
| 656 | 72.220.77.233 | San Diego, CA | ip72-220-77-233.sd.sd.cox.net. |
| 657 | 72.223.91.80 | Mesa, AZ | ip72-223-91-80.ph.ph.cox.net. |
| 658 | 72.228.159.91 | Niagara Falls, NY | cpe-72-228-159-91.buffalo.res.rr.com. |
| 659 | 72.228.23.228 | Saratoga Springs, NY | cpe-72-228-23-228.nycap.res.rr.com. |
| 660 | 72.229.172.240 | Flushing, NY | cpe-72-229-172-240.nyc.res.rr.com. |
| 661 | 72.23.146.23 | Canfield, OH | dynamic-acs-72-23-146-23.zoominternet.net. |
| 662 | 72.23.55.103 | Tionesta, PA | dynamic-acs-72-23-55-103.zoominternet.net. |
| 663 | 72.234.158.43 | Mililani, HI | udp221784uds.hawaiiantel.net. |
| 664 | 72.235.0.95 | Honolulu, HI | udp276264uds.hawaiiantel.net. |
| 665 | 72.241.197.255 | Toledo, OH | cblmdm72-241-197-255.buckeyecom.net. |
| 666 | 72.253.230.28 | Honolulu, HI | udp294929uds.hawaiiantel.net. |
| 667 | 72.68.34.243 | Metuchen, NJ | pool-72-68-34-243.nwrknj.east.verizon.net. |
| 668 | 72.76.134.176 | Jersey City, NJ | pool-72-76-134-176.nwrknj.east.verizon.net. |
| 669 | 72.76.139.114 | Jersey City, NJ | pool-72-76-139-114.nwrknj.east.verizon.net. |
| 670 | 72.76.139.142 | Jersey City, NJ | pool-72-76-139-142.nwrknj.east.verizon.net. |
| 671 | 72.77.192.27 | Zephyrhills, FL | pool-72-77-192-27.tampfl.fios.verizon.net. |
| 672 | 72.87.118.82 | West Kingston, RI | pool-72-87-118-82.prvdri.fios.verizon.net. |
| 673 | 72.88.206.185 | Livingston, NJ | pool-72-88-206-185.nwrknj.fios.verizon.net. |
| 674 | 72.90.68.180 | Liverpool, NY | static-72-90-68-180.syrcny.fios.verizon.net. |
| 675 | 72.90.75.40 | Liverpool, NY | pool-72-90-75-40.syrcny.fios.verizon.net. |
| 676 | 72.90.86.165 | Auburn, NY | pool-72-90-86-165.syrcny.fios.verizon.net. |
| 677 | 72.91.241.228 | Palm Harbor, FL | pool-72-91-241-228.tampfl.fios.verizon.net. |
| 678 | 72.92.233.251 | Cranston, RI | pool-72-92-233-251.prvdri.fios.verizon.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 679 | 72.93.83.185 | Arlington, MA | pool-72-93-83-185.bstnma.fios.verizon.net. |
| 680 | 72.94.253.119 | Brookhaven, PA | pool-72-94-253-119.phlapa.fios.verizon.net. |
| 681 | 74.100.196.7 | Chino, CA | pool-74-100-196-7.lsanca.fios.verizon.net. |
| 682 | 74.100.64.58 | Stanton, CA | pool-74-100-64-58.lsanca.fios.verizon.net. |
| 683 | 74.102.25.190 | Dayton, NJ | pool-74-102-25-190.nwrknj.fios.verizon.net. |
| 684 | 74.103.165.74 | Doylestown, PA | pool-74-103-165-74.phlapa.fios.verizon.net. |
| 685 | 74.103.199.113 | Coventry, RI | pool-74-103-199-113.prvdri.fios.verizon.net. |
| 686 | 74.104.126.76 | Framingham, MA | pool-74-104-126-76.bstnma.fios.verizon.net. |
| 687 | 74.105.0.63 | Somerville, NJ | pool-74-105-0-63.nwrknj.fios.verizon.net. |
| 688 | 74.105.166.209 | Bergenfield, NJ | pool-74-105-166-209.nwrknj.fios.verizon.net. |
| 689 | 74.106.243.63 | Dundalk, MD | pool-74-106-243-63.bltmmd.fios.verizon.net. |
| 690 | 74.110.161.239 | Richmond, VA | pool-74-110-161-239.rcmdva.fios.verizon.net. |
| 691 | 74.111.139.84 | Fort Wayne, IN | pool-74-111-139-84.aubnin.fios.verizon.net. |
| 692 | 74.111.185.252 | Pittsburgh, PA | pool-74-111-185-252.pitbpa.fios.verizon.net. |
| 693 | 74.111.34.68 | Liverpool, NY | NONE |
| 694 | 74.111.39.60 | Camillus, NY | pool-74-111-39-60.syrcny.fios.verizon.net. |
| 695 | 74.111.5.27 | Liverpool, NY | pool-74-111-5-27.syrcny.fios.verizon.net. |
| 696 | 74.128.172.26 | Louisville, KY | 74-128-172-26.dhcp.insightbb.com. |
| 697 | 74.130.234.26 | Louisville, KY | 74-130-234-26.dhcp.insightbb.com. |
| 698 | 74.136.210.105 | Erlanger, KY | 74-136-210-105.dhcp.insightbb.com. |
| 699 | 74.136.251.47 | Covington, KY | 74-136-251-47.dhcp.insightbb.com. |
| 700 | 74.136.94.88 | Florence, KY | 74-136-94-88.dhcp.insightbb.com. |
| 701 | 74.138.212.209 | Louisville, KY | 74-138-212-209.dhcp.insightbb.com. |
| 702 | 74.138.240.203 | Scottsburg, IN | 74-138-240-203.dhcp.insightbb.com. |
| 703 | 74.140.139.47 | Lexington, KY | 74-140-139-47.dhcp.insightbb.com. |
| 704 | 74.141.24.126 | Evansville, IN | 74-141-24-126.dhcp.insightbb.com. |
| 705 | 74.199.15.163 | Utica, MI | d199-74-163-15.try.wideopenwest.com. |
| 706 | 74.47.131.98 | Narrowsburg, NY | 74-47-131-98.dr02.mdtw.ny.frontiernet.net. |
| 707 | 74.50.255.39 | Flippin, AR | unassigned-74-50-255-39.natcotech.com. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 708 | 74.68.120.218 | New York, NY | cpe-74-68-120-218.nyc.res.rr.com. |
| 709 | 74.68.120.41 | New York, NY | cpe-74-68-120-41.nyc.res.rr.com. |
| 710 | 74.68.127.33 | New York, NY | cpe-74-68-127-33.nyc.res.rr.com. |
| 711 | 74.69.179.27 | Vestal, NY | cpe-74-69-179-27.stny.res.rr.com. |
| 712 | 74.72.124.30 | Flushing, NY | cpe-74-72-123-30.nyc.res.rr.com. |
| 713 | 74.72.63.191 | Brooklyn, NY | cpe-74-72-63-191.nyc.res.rr.com. |
| 714 | 74.73.18.212 | Forest Hills, NY | cpe-74-73-18-212.nyc.res.rr.com. |
| 715 | 74.73.183.81 | New York, NY | cpe-74-73-183-81.nyc.res.rr.com. |
| 716 | 74.76.45.99 | Watervliet, NY | cpe-74-76-45-99.nycap.res.rr.com. |
| 717 | 74.77.220.204 | Buffalo, NY | cpe-74-77-220-204.buffalo.res.rr.com. |
| 718 | 74.80.62.199 | Lafayette, LA | 74-80-62-199.STG.dyn.lusfiber.net. |
| 719 | 74.88.202.73 | New Rochelle, NY | ool-4a58ca49.dyn.optonline.net. |
| 720 | 74.90.42.160 | Cresskill, NJ | ool-4a5a2aa0.dyn.optonline.net. |
| 721 | 74.97.176.209 | Providence, RI | pool-74-97-176-209.prvdri.fios.verizon.net. |
| 722 | 74.98.198.66 | Braddock, PA | pool-74-98-198-66.pitbpa.fios.verizon.net. |
| 723 | 75.1.101.77 | San Antonio, TX | 75-1-101-77.lightspeed.snantx.sbcglobal.net. |
| 724 | 75.102.68.252 | State College, PA | client-75-102-68-252.mobility-up.psu.edu. |
| 725 | 75.109.109.93 | Wollforth, TX | cdm-75-109-109-93.wtx.suddenlink.net. |
| 726 | 75.110.239.116 | Fritch, TX | c75-110-239-116.amrlcmta01.tx.dh.suddenlink.net. |
| 727 | 75.111.172.49 | Lubbock, TX | c75-111-172-49.unknwn.ab.dh.suddenlink.net. |
| 728 | 75.120.222.170 | Jemison, AL | 75-120-222-170.dyn.centurytel.net. |
| 729 | 75.128.14.207 | Pismo Beach, CA | 75-128-14-207.dhcp.snlo.ca.charter.com. |
| 730 | 75.128.248.55 | Mc Farland, WI | 75-128-248-55.dhcp.mdsn.wi.charter.com. |
| 731 | 75.143.95.69 | Auburn, AL | 75-143-95-69.dhcp.aubn.al.charter.com. |
| 732 | 75.145.207.253 | Sterling, VA | 75-145-207-253-BusName-va.richmond.hfc.comcast.net. |
| 733 | 75.174.76.201 | Kuna, ID | 75-174-76-201.bois.qwest.net. |
| 734 | 75.175.180.235 | Bozeman, MT | 75-175-180-235.blng.qwest.net. |
| 735 | 75.176.181.250 | Summerville, SC | cpe-075-176-181-250.sc.res.rr.com. |
| 736 | 75.181.63.185 | Gastonia, NC | cpe-075-181-063-185.carolina.res.rr.com. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 737 | 75.185.9.120 | Columbus, OH | cpe-75-185-9-120.columbus.res.rr.com. |
| 738 | 75.186.88.160 | Cincinnati, OH | cpe-75-186-88-160.cinci.res.rr.com. |
| 739 | 75.187.63.218 | Columbus, OH | cpe-75-187-63-218.columbus.res.rr.com. |
| 740 | 75.191.161.135 | Charlotte, NC | cpe-075-191-161-135.nc.res.rr.com. |
| 741 | 75.219.151.192 | Milan, MI | 192.sub-75-219-151.myvzw.com. |
| 742 | 75.26.192.108 | Sacramento, CA | adsl-75-26-192-108.dsl.scrm01.sbcglobal.net. |
| 743 | 75.37.192.8 | Los Altos, CA | 75-37-192-8.lightspeed.lsatca.sbcglobal.net. |
| 744 | 75.39.141.250 | Topeka, KS | adsl-75-39-141-250.dsl.tpkaks.sbcglobal.net. |
| 745 | 75.48.213.177 | Toledo, OH | 75-48-213-177.lightspeed.toldoh.sbcglobal.net. |
| 746 | 75.49.23.148 | Powell, OH | adsl-75-49-23-148.dsl.wotnoh.sbcglobal.net. |
| 747 | 75.67.64.148 | Plymouth, MA | c-75-67-64-148.hsd1.ma.comcast.net. |
| 748 | 75.68.175.132 | Swanton, VT | c-75-68-175-132.hsd1.vt.comcast.net. |
| 749 | 75.68.234.132 | Peabody, MA | c-75-68-234-132.hsd1.ma.comcast.net. |
| 750 | 75.69.56.219 | Bedford, NH | c-75-69-56-219.hsd1.nh.comcast.net. |
| 751 | 75.7.5.230 | San Jose, CA | adsl-75-7-5-230.dsl.pltn13.sbcglobal.net. |
| 752 | 75.70.185.153 | Littleton, CO | c-75-70-185-153.hsd1.co.comcast.net. |
| 753 | 75.71.230.114 | Colorado Springs, CO | c-75-71-230-114.hsd1.co.comcast.net. |
| 754 | 75.71.90.123 | Denver, CO | c-75-71-90-123.hsd1.co.comcast.net. |
| 755 | 75.73.80.82 | Saint Paul, MN | c-75-73-80-82.hsd1.mn.comcast.net. |
| 756 | 75.75.31.190 | Richmond, VA | c-75-75-31-190.hsd1.va.comcast.net. |
| 757 | 75.75.31.242 | Richmond, VA | c-75-75-31-242.hsd1.va.comcast.net. |
| 758 | 75.80.182.74 | San Diego, CA | cpe-75-80-182-74.san.res.rr.com. |
| 759 | 75.80.229.116 | Cathedral City, CA | cpe-75-80-229-116.dc.res.rr.com. |
| 760 | 75.82.105.206 | La Verne, CA | cpe-75-82-105-206.socal.res.rr.com. |
| 761 | 75.82.108.58 | Covina, CA | cpe-75-82-108-58.socal.res.rr.com. |
| 762 | 75.82.235.120 | Newbury Park, CA | cpe-75-82-235-120.socal.res.rr.com. |
| 763 | 75.82.57.104 | Yorba Linda, CA | cpe-75-82-57-104.socal.res.rr.com. |
| 764 | 75.83.166.48 | Anaheim, CA | cpe-75-83-166-48.socal.res.rr.com. |
| 765 | 75.84.94.11 | North Hollywood, CA | cpe-75-84-94-11.socal.res.rr.com. |
| 766 | 76.0.20.125 | Warrensburg, MO | mo-76-0-20-125.dhcp.embarqhsd.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 767 | 76.100.225.1 | Frederick, MD | c-76-100-225-1.hsd1.md.comcast.net. |
| 768 | 76.102.101.155 | San Jose, CA | c-76-102-101-155.hsd1.ca.comcast.net. |
| 769 | 76.102.113.88 | San Francisco, CA | c-76-102-113-88.hsd1.ca.comcast.net. |
| 770 | 76.102.134.18 | San Jose, CA | c-76-102-134-18.hsd1.ca.comcast.net. |
| 771 | 76.102.240.238 | San Francisco, CA | c-76-102-240-238.hsd1.ca.comcast.net. |
| 772 | 76.102.64.236 | Belmont, CA | c-76-102-64-236.hsd1.ca.comcast.net. |
| 773 | 76.103.69.102 | Vacaville, CA | c-76-103-69-102.hsd1.ca.comcast.net. |
| 774 | 76.104.14.133 | Glen Allen, VA | c-76-104-14-133.hsd1.va.comcast.net. |
| 775 | 76.104.220.20 | Burlington, WA | c-76-104-220-20.hsd1.wa.comcast.net. |
| 776 | 76.104.33.165 | Stafford, VA | c-76-104-33-165.hsd1.va.comcast.net. |
| 777 | 76.107.224.76 | Tupelo, MS | c-76-107-224-76.hsd1.ms.comcast.net. |
| 778 | 76.110.30.169 | Hollywood, FL | c-76-110-30-169.hsd1.fl.comcast.net. |
| 779 | 76.112.183.143 | Detroit, MI | c-76-112-183-143.hsd1.mi.comcast.net. |
| 780 | 76.113.227.195 | Saint Paul, MN | c-76-113-227-195.hsd1.mn.comcast.net. |
| 781 | 76.115.7.85 | Portland, OR | c-76-115-7-85.hsd1.or.comcast.net. |
| 782 | 76.116.16.24 | Riverside, NJ | c-76-116-16-24.hsd1.nj.comcast.net. |
| 783 | 76.116.211.195 | Garwood, NJ | c-76-116-211-195.hsd1.nj.comcast.net. |
| 784 | 76.117.41.161 | Union, NJ | c-76-117-41-161.hsd1.nj.comcast.net. |
| 785 | 76.118.12.137 | Orleans, MA | c-76-118-12-137.hsd1.ma.comcast.net. |
| 786 | 76.118.219.108 | West Springfield, MA | c-76-118-219-108.hsd1.ma.comcast.net. |
| 787 | 76.119.163.52 | Auburn, NH | c-76-119-163-52.hsd1.nh.comcast.net. |
| 788 | 76.125.90.150 | Jacksonville, AR | c-76-125-90-150.hsd1.ar.comcast.net. |
| 789 | 76.126.105.205 | Mill Valley, CA | c-76-126-105-205.hsd1.ca.comcast.net. |
| 790 | 76.126.243.245 | Sunnyvale, CA | c-76-126-243-245.hsd1.ca.comcast.net. |
| 791 | 76.127.241.180 | Norwich, CT | c-76-127-241-180.hsd1.ct.comcast.net. |
| 792 | 76.16.146.178 | Orland Park, IL | c-76-16-146-178.hsd1.il.comcast.net. |
| 793 | 76.16.233.69 | Bloomington, IN | c-76-16-233-69.hsd1.in.comcast.net. |
| 794 | 76.167.245.158 | Fillmore, CA | cpe-76-167-245-158.socal.res.rr.com. |
| 795 | 76.17.146.227 | Minneapolis, MN | c-76-17-146-227.hsd1.mn.comcast.net. |
| 796 | 76.17.191.241 | Minneapolis, MN | c-76-17-191-241.hsd1.mn.comcast.net. |
| 797 | 76.172.235.29 | Redondo Beach, CA | cpe-76-172-235-29.socal.res.rr.com. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 798 | 76.172.62.23 | Hacienda Heights, CA | cpe-76-172-62-23.socal.res.rr.com. |
| 799 | 76.176.162.83 | Carlsbad, CA | cpe-76-176-162-83.san.res.rr.com. |
| 800 | 76.179.65.17 | Cape Elizabeth, ME | cpe-76-179-65-17.maine.res.rr.com. |
| 801 | 76.180.154.127 | North Tonawanda, NY | cpe-76-180-154-127.buffalo.res.rr.com. |
| 802 | 76.183.175.163 | Plano, TX | cpe-76-183-175-163.tx.res.rr.com. |
| 803 | 76.184.253.50 | Richardson, TX | cpe-76-184-253-50.tx.res.rr.com. |
| 804 | 76.184.72.84 | Dallas, TX | cpe-76-184-72-84.tx.res.rr.com. |
| 805 | 76.185.230.242 | Grapevine, TX | cpe-76-185-230-242.tx.res.rr.com. |
| 806 | 76.187.42.146 | Dallas, TX | cpe-76-187-42-146.tx.res.rr.com. |
| 807 | 76.188.82.102 | Canton, OH | cpe-76-188-82-102.neo.res.rr.com. |
| 808 | 76.189.206.202 | Cleveland, OH | cpe-76-189-206-202.neo.res.rr.com. |
| 809 | 76.191.150.252 | Santa Rosa, CA | 76-191-150-252.dsl.dynamic.sonic.net. |
| 810 | 76.20.232.151 | Acworth, GA | c-76-20-232-151.hsd1.ga.comcast.net. |
| 811 | 76.21.12.72 | San Francisco, CA | c-76-21-12-72.hsd1.ca.comcast.net. |
| 812 | 76.21.124.196 | San Jose, CA | c-76-21-124-196.hsd1.ca.comcast.net. |
| 813 | 76.216.203.198 | Austin, TX | 76-216-203-198.lightspeed.austtx.sbcglobal.net. |
| 814 | 76.22.213.194 | Paducah, KY | c-76-22-213-194.hsd1.ky.comcast.net. |
| 815 | 76.22.238.68 | Brentwood, TN | c-76-22-238-68.hsd1.tn.comcast.net. |
| 816 | 76.226.58.163 | West Bloomfield, MI | adsl-76-226-58-163.dsl.sfldmi.sbcglobal.net. |
| 817 | 76.226.59.26 | Oak Park, MI | adsl-76-226-59-26.dsl.sfldmi.sbcglobal.net. |
| 818 | 76.23.187.54 | Waterbury, CT | c-76-23-187-54.hsd1.ct.comcast.net. |
| 819 | 76.23.55.119 | Lehi, UT | c-76-23-55-119.hsd1.ut.comcast.net. |
| 820 | 76.230.60.166 | Waterford, MI | 76-230-60-166.lightspeed.livnmi.sbcglobal.net. |
| 821 | 76.234.145.64 | Troy, MI | adsl-76-234-145-64.dsl.sfldmi.sbcglobal.net. |
| 822 | 76.234.166.76 | Royal Oak, MI | adsl-76-234-166-76.dsl.sfldmi.sbcglobal.net. |
| 823 | 76.24.226.67 | Boston, MA | c-76-24-226-67.hsd1.ma.comcast.net. |
| 824 | 76.241.190.149 | Hazel Park, MI | adsl-76-241-190-149.dsl.sfldmi.sbcglobal.net. |
| 825 | 76.246.224.139 | Aliso Viejo, CA | 76-246-224-139.uvs.irvnca.sbcglobal.net. |
| 826 | 76.26.70.243 | Huntington, WV | c-76-26-70-243.hsd1.wv.comcast.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 827 | 76.26.89.106 | Huntington, WV | c-76-26-89-106.hsd1.wv.comcast.net. |
| 828 | 76.28.165.255 | Sumner, WA | c-76-28-165-255.hsd1.wa.comcast.net. |
| 829 | 76.29.127.205 | Waukegan, IL | c-76-29-127-205.hsd1.il.comcast.net. |
| 830 | 76.29.78.87 | Cicero, IL | c-76-29-78-87.hsd1.il.comcast.net. |
| 831 | 76.30.73.103 | Katy, TX | c-76-30-73-103.hsd1.tx.comcast.net. |
| 832 | 76.31.227.35 | Houston, TX | c-76-31-227-35.hsd1.tx.comcast.net. |
| 833 | 76.7.206.74 | Quenemo, KS | ks-76-7-206-74.dhcp.embarqhsd.net. |
| 834 | 76.73.203.63 | Huntsville, AL | dynamic-76-73-203-63.knology.net. |
| 835 | 76.73.77.42 | Woodstock, IL | dayton.xirvik.com. |
| 836 | 76.74.154.25 | Los Angeles, CA | lyra.drclabs.com. |
| 837 | 76.83.48.178 | Hacienda Heights, CA | cpe-76-83-48-178.socal.res.rr.com. |
| 838 | 76.88.119.190 | La Jolla, CA | cpe-76-88-119-190.san.res.rr.com. |
| 839 | 76.89.139.71 | Calabasas, CA | cpe-76-89-139-71.socal.res.rr.com. |
| 840 | 76.89.238.62 | Diamond Bar, CA | NONE |
| 841 | 76.93.165.140 | San Diego, CA | cpe-76-93-165-140.san.res.rr.com. |
| 842 | 76.95.144.11 | Northridge, CA | cpe-76-95-144-11.socal.res.rr.com. |
| 843 | 96.2.57.74 | Pierre, SD | host-74-57-2-96-static.midco.net. |
| 844 | 96.224.236.48 | Valley Stream, NY | pool-96-224-236-48.nycmny.fios.verizon.net. |
| 845 | 96.228.17.78 | Richmond, VA | pool-96-228-17-78.rcmdva.fios.verizon.net. |
| 846 | 96.229.170.116 | Chino Hills, CA | pool-96-229-170-116.lsanca.fios.verizon.net. |
| 847 | 96.229.227.32 | Redondo Beach, CA | pool-96-229-227-32.lsanca.fios.verizon.net. |
| 848 | 96.231.151.79 | Arlington, VA | pool-96-231-151-79.washdc.fios.verizon.net. |
| 849 | 96.231.36.10 | Fairfax, VA | static-96-231-36-10.washdc.fios.verizon.net. |
| 850 | 96.233.121.27 | Andover, MA | pool-96-233-121-27.bstnma.fios.verizon.net. |
| 851 | 96.233.74.141 | Holliston, MA | pool-96-233-74-141.bstnma.fios.verizon.net. |
| 852 | 96.233.76.202 | Grafton, MA | pool-96-233-76-202.bstnma.fios.verizon.net. |
| 853 | 96.237.108.50 | Andover, MA | pool-96-237-108-50.bstnma.fios.verizon.net. |
| 854 | 96.237.236.239 | Lexington, MA | pool-96-237-236-239.bstnma.fios.verizon.net. |
| 855 | 96.238.31.83 | Warwick, RI | pool-96-238-31-83.prvdri.fios.verizon.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 856 | 96.240.170.163 | Blacksburg, VA | pool-96-240-170-163.ronkva.east.verizon.net. |
| 857 | 96.240.7.140 | Kearny, NJ | pool-96-240-7-140.nwrknj.fios.verizon.net. |
| 858 | 96.242.164.148 | Caldwell, NJ | pool-96-242-164-148.nwrknj.fios.verizon.net. |
| 859 | 96.242.186.87 | West Orange, NJ | pool-96-242-186-87.nwrknj.fios.verizon.net. |
| 860 | 96.245.118.17 | Norristown, PA | pool-96-245-118-17.phlapa.fios.verizon.net. |
| 861 | 96.246.228.157 | Brooklyn, NY | pool-96-246-228-157.nycmny.fios.verizon.net. |
| 862 | 96.247.193.43 | Leesburg, VA | pool-96-247-193-43.clppva.fios.verizon.net. |
| 863 | 96.250.10.222 | Bayside, NY | pool-96-250-10-222.nycmny.fios.verizon.net. |
| 864 | 96.250.51.208 | East Rockaway, NY | pool-96-250-51-208.nycmny.fios.verizon.net. |
| 865 | 96.251.124.188 | San Jacinto, CA | pool-96-251-124-188.lsanca.fios.verizon.net. |
| 866 | 96.251.134.13 | Glendora, CA | pool-96-251-134-13.lsanca.fios.verizon.net. |
| 867 | 96.252.113.244 | Walpole, MA | pool-96-252-113-244.bstnma.fios.verizon.net. |
| 868 | 96.252.182.113 | New Port Richey, FL | pool-96-252-182-113.tampfl.fios.verizon.net. |
| 869 | 96.253.132.31 | Kirkland, WA | pool-96-253-132-31.sttlwa.fios.verizon.net. |
| 870 | 96.254.218.94 | Tampa, FL | pool-96-254-218-94.tampfl.fios.verizon.net. |
| 871 | 96.255.123.107 | Reston, VA | pool-96-255-123-107.washdc.fios.verizon.net. |
| 872 | 96.255.36.36 | Woodbridge, VA | pool-96-255-36-36.washdc.fios.verizon.net. |
| 873 | 96.255.55.66 | Fairfax, VA | pool-96-255-55-66.washdc.fios.verizon.net. |
| 874 | 96.32.182.234 | Athens, GA | 96-32-182-234.dhcp.gwnt.ga.charter.com. |
| 875 | 96.38.73.125 | Kingsport, TN | 96-38-73-125.dhcp.jcsn.tn.charter.com. |
| 876 | 96.41.15.110 | Los Angeles, CA | 96-41-15-110.dhcp.mtpk.ca.charter.com. |
| 877 | 96.42.222.167 | Rochester, MN | 96-42-222-167.dhcp.roch.mn.charter.com. |
| 878 | 96.42.91.253 | Rochester, MN | 96-42-91-253.dhcp.roch.mn.charter.com. |
| 879 | 97.100.168.126 | Apopka, FL | 126.168.100.97.cfl.res.rr.com. |
| 880 | 97.100.192.242 | Sanford, FL | 242.192.100.97.cfl.res.rr.com. |
| 881 | 97.102.138.217 | Altamonte Springs, FL | 217.138.102.97.cfl.res.rr.com. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 882 | 97.102.15.124 | Orlando, FL | 124.15.102.97.cfl.res.rr.com. |
| 883 | 97.102.195.32 | Ocoee, FL | 32.195.102.97.cfl.res.rr.com. |
| 884 | 97.102.52.73 | Winter Park, FL | 73.52.102.97.cfl.res.rr.com. |
| 885 | 97.102.53.13 | Winter Park, FL | 13.53.102.97.cfl.res.rr.com. |
| 886 | 97.103.32.77 | Deland, FL | 77.32.103.97.cfl.res.rr.com. |
| 887 | 97.112.102.20 | Duluth, MN | 97-112-102-20.dlth.qwest.net. |
| 888 | 97.112.119.78 | Moose Lake, MN | 97-112-119-78.dlth.qwest.net. |
| 889 | 97.123.8.158 | Albuquerque, NM | 97-123-8-158.albq.qwest.net. |
| 890 | 97.81.207.139 | Simpsonville, SC | 97-81-207-139.dhcp.hckr.nc.charter.com. |
| 891 | 97.81.215.4 | Spartanburg, SC | 97-81-215-4.dhcp.hckr.nc.charter.com. |
| 892 | 97.81.79.209 | Athens, GA | 97-81-79-209.dhcp.athn.ga.charter.com. |
| 893 | 97.83.39.74 | Traverse City, MI | 97-83-39-74.dhcp.trcy.mi.charter.com. |
| 894 | 97.85.149.134 | Florissant, MO | 97-85-149-134.static.stls.mo.charter.com. |
| 895 | 97.87.173.54 | Osage Beach, MO | 97-87-173-54.dhcp.stls.mo.charter.com. |
| 896 | 97.97.112.220 | Tampa, FL | 220-112.97-97.tampabay.res.rr.com. |
| 897 | 98.108.160.103 | Portland, OR | pool-98-108-160-103.ptldor.fios.verizon.net. |
| 898 | 98.109.50.34 | Paramus, NJ | pool-98-109-50-34.nwrknj.fios.verizon.net. |
| 899 | 98.109.54.55 | Scotch Plains, NJ | pool-98-109-54-55.nwrknj.fios.verizon.net. |
| 900 | 98.110.163.115 | Reading, MA | pool-98-110-163-115.bstnma.fios.verizon.net. |
| 901 | 98.112.64.64 | Norwalk, CA | pool-98-112-64-64.lsanca.fios.verizon.net. |
| 902 | 98.113.186.228 | Oakland Gardens, NY | pool-98-113-186-228.nycmny.fios.verizon.net. |
| 903 | 98.113.96.123 | Brooklyn, NY | static-98-113-96-123.nycmny.fios.verizon.net. |
| 904 | 98.116.201.133 | Valley Stream, NY | pool-98-116-201-133.nycmny.fios.verizon.net. |
| 905 | 98.119.108.200 | Apple Valley, CA | pool-98-119-108-200.lsanca.fios.verizon.net. |
| 906 | 98.119.170.212 | Bellflower, CA | pool-98-119-170-212.lsanca.fios.verizon.net. |
| 907 | 98.119.173.198 | Walnut, CA | pool-98-119-173-198.lsanca.fios.verizon.net. |
| 908 | 98.141.97.86 | Newark, DE | static-98-141-97-86.dsl.cavtel.net. |
| 909 | 98.149.119.102 | Valley Village, CA | cpe-98-149-119-102.socal.res.rr.com. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 910 | 98.150.212.219 | Aiea, HI | cpe-98-150-212-219.hawaii.res.rr.com. |
| 911 | 98.154.68.49 | Los Angeles, CA | cpe-98-154-68-49.socal.res.rr.com. |
| 912 | 98.155.194.132 | Honolulu, HI | cpe-98-155-194-132.hawaii.res.rr.com. |
| 913 | 98.155.252.230 | Honolulu, HI | cpe-98-155-252-230.hawaii.res.rr.com. |
| 914 | 98.155.252.6 | Honolulu, HI | cpe-98-155-252-6.hawaii.res.rr.com. |
| 915 | 98.158.124.143 | New York, NY | 143.124.158.98.client.dyn.strong-in23.reliablehosting.com. |
| 916 | 98.163.120.65 | Lorton, VA | ip98-163-120-65.dc.dc.cox.net. |
| 917 | 98.163.230.18 | Harvey, LA | ip98-163-230-18.no.no.cox.net. |
| 918 | 98.165.60.1 | Mesa, AZ | ip98-165-60-1.ph.ph.cox.net. |
| 919 | 98.166.253.46 | Hampton, VA | ip98-166-253-46.hr.hr.cox.net. |
| 920 | 98.168.194.237 | Council Bluffs, IA | ip98-168-194-237.om.om.cox.net. |
| 921 | 98.169.167.199 | Alexandria, VA | ip98-169-167-199.dc.dc.cox.net. |
| 922 | 98.169.188.150 | Alexandria, VA | ip98-169-188-150.dc.dc.cox.net. |
| 923 | 98.169.99.14 | Mclean, VA | ip98-169-99-14.dc.dc.cox.net. |
| 924 | 98.175.157.219 | Enfield, CT | wsip-98-175-157-219.ri.ri.cox.net. |
| 925 | 98.176.37.125 | La Mesa, CA | ip98-176-37-125.sd.sd.cox.net. |
| 926 | 98.177.212.155 | Glendale, AZ | ip98-177-212-155.ph.ph.cox.net. |
| 927 | 98.177.214.125 | Surprise, AZ | ip98-177-214-125.ph.ph.cox.net. |
| 928 | 98.177.241.60 | Mesa, AZ | ip98-177-241-60.ph.ph.cox.net. |
| 929 | 98.180.57.18 | Gainesville, FL | ip98-180-57-18.ga.at.cox.net. |
| 930 | 98.184.163.227 | Tulsa, OK | ip98-184-163-227.tu.ok.cox.net. |
| 931 | 98.184.65.173 | Olmsted Falls, OH | ip98-184-65-173.ri.ri.cox.net. |
| 932 | 98.193.55.132 | Zion, IL | c-98-193-55-132.hsd1.il.comcast.net. |
| 933 | 98.196.227.89 | Houston, TX | c-98-196-227-89.hsd1.tx.comcast.net. |
| 934 | 98.196.240.212 | Houston, TX | c-98-196-240-212.hsd1.tx.comcast.net. |
| 935 | 98.197.154.115 | Texas City, TX | c-98-197-154-115.hsd1.tx.comcast.net. |
| 936 | 98.197.173.74 | Galveston, TX | c-98-197-173-74.hsd1.tx.comcast.net. |
| 937 | 98.197.50.145 | Houston, TX | c-98-197-50-145.hsd1.tx.comcast.net. |
| 938 | 98.198.200.29 | Spring, TX | c-98-198-200-29.hsd1.tx.comcast.net. |
| 939 | 98.198.94.189 | Katy, TX | c-98-198-94-189.hsd1.tx.comcast.net. |
| 940 | 98.199.12.47 | Houston, TX | c-98-199-12-47.hsd1.tx.comcast.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|-------|-----------|--------------------|------------------|
| 941 | 98.201.101.214 | Houston, TX | c-98-201-101-214.hsd1.tx.comcast.net. |
| 942 | 98.204.138.242 | Alexandria, VA | c-98-204-138-242.hsd1.va.comcast.net. |
| 943 | 98.204.220.206 | Baltimore, MD | c-98-204-220-206.hsd1.md.comcast.net. |
| 944 | 98.204.36.102 | Odenton, MD | c-98-204-36-102.hsd1.md.comcast.net. |
| 945 | 98.206.160.22 | Chicago, IL | c-98-206-160-22.hsd1.il.comcast.net. |
| 946 | 98.206.210.184 | Cedar Lake, IN | c-98-206-210-184.hsd1.in.comcast.net. |
| 947 | 98.206.56.172 | Valparaiso, IN | c-98-206-56-172.hsd1.in.comcast.net. |
| 948 | 98.207.87.191 | Palo Alto, CA | c-98-207-87-191.hsd1.ca.comcast.net. |
| 949 | 98.208.40.218 | Citrus Heights, CA | c-98-208-40-218.hsd1.ca.comcast.net. |
| 950 | 98.208.49.15 | Shingle Springs, CA | c-98-208-49-15.hsd1.ca.comcast.net. |
| 951 | 98.210.2.94 | Martinez, CA | c-98-210-2-94.hsd1.ca.comcast.net. |
| 952 | 98.213.183.254 | Quincy, IL | c-98-213-183-254.hsd1.il.comcast.net. |
| 953 | 98.213.34.74 | Sycamore, IL | c-98-213-34-74.hsd1.il.comcast.net. |
| 954 | 98.214.170.140 | Peoria, IL | c-98-214-170-140.hsd1.il.comcast.net. |
| 955 | 98.214.38.203 | Quincy, IL | c-98-214-38-203.hsd1.il.comcast.net. |
| 956 | 98.215.244.248 | Springfield, IL | c-98-215-244-248.hsd1.il.comcast.net. |
| 957 | 98.215.58.73 | Bloomington, IL | c-98-215-58-73.hsd1.il.comcast.net. |
| 958 | 98.218.131.85 | Aberdeen, MD | c-98-218-131-85.hsd1.md.comcast.net. |
| 959 | 98.218.139.144 | Annapolis, MD | c-98-218-139-144.hsd1.md.comcast.net. |
| 960 | 98.218.56.19 | Baltimore, MD | c-98-218-56-19.hsd1.md.comcast.net. |
| 961 | 98.220.186.44 | Noblesville, IN | c-98-220-186-44.hsd1.in.comcast.net. |
| 962 | 98.222.183.89 | Bloomington, IN | c-98-222-183-89.hsd1.il.comcast.net. |
| 963 | 98.223.101.40 | West Lafayette, IN | c-98-223-101-40.hsd1.in.comcast.net. |
| 964 | 98.223.75.7 | Lafayette, IN | c-98-223-75-7.hsd1.in.comcast.net. |
| 965 | 98.224.90.25 | Merced, CA | c-98-224-90-25.hsd1.ca.comcast.net. |
| 966 | 98.227.247.81 | University Park, IL | c-98-227-247-81.hsd1.il.comcast.net. |
| 967 | 98.229.58.54 | Quincy, MA | c-98-229-58-54.hsd1.ma.comcast.net. |
| 968 | 98.230.34.176 | Tallahassee, FL | c-98-230-34-176.hsd1.fl.comcast.net. |
| 969 | 98.231.12.249 | Jacksonville, FL | c-98-231-12-249.hsd1.fl.comcast.net. |
| 970 | 98.231.29.145 | Jacksonville, FL | c-98-231-29-145.hsd1.fl.comcast.net. |
| 971 | 98.232.177.116 | Corvallis, OR | c-98-232-177-116.hsd1.or.comcast.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|---|---|---|---|
| 972 | 98.234.208.255 | San Jose, CA | c-98-234-208-255.hsd1.ca.comcast.net. |
| 973 | 98.235.107.22 | Palmyra, PA | c-98-235-107-22.hsd1.pa.comcast.net. |
| 974 | 98.235.87.180 | Chester Springs, PA | c-98-235-87-180.hsd1.pa.comcast.net. |
| 975 | 98.236.24.33 | Charleroi, PA | c-98-236-24-33.hsd1.pa.comcast.net. |
| 976 | 98.237.240.209 | Bellevue, WA | c-98-237-240-209.hsd1.wa.comcast.net. |
| 977 | 98.243.89.21 | Ann Arbor, MI | c-98-243-89-21.hsd1.mi.comcast.net. |
| 978 | 98.245.254.11 | Englewood, CO | c-98-245-254-11.hsd1.co.comcast.net. |
| 979 | 98.246.132.137 | Scappoose, OR | c-98-246-132-137.hsd1.or.comcast.net. |
| 980 | 98.247.139.128 | Seattle, WA | c-98-247-139-128.hsd1.wa.comcast.net. |
| 981 | 98.247.4.235 | Nine Mile Falls, WA | c-98-247-4-235.hsd1.wa.comcast.net. |
| 982 | 98.248.104.13 | Campbell, CA | c-98-248-104-13.hsd1.ca.comcast.net. |
| 983 | 98.248.117.137 | San Leandro, CA | c-98-248-117-137.hsd1.ca.comcast.net. |
| 984 | 98.250.105.221 | Ann Arbor, MI | c-98-250-105-221.hsd1.mi.comcast.net. |
| 985 | 98.250.175.206 | Ypsilanti, MI | c-98-250-175-206.hsd1.mi.comcast.net. |
| 986 | 98.251.179.102 | Collierville, TN | c-98-251-179-102.hsd1.tn.comcast.net. |
| 987 | 98.251.81.27 | Dallas, GA | c-98-251-81-27.hsd1.ga.comcast.net. |
| 988 | 98.253.76.242 | Hillside, IL | c-98-253-76-242.hsd1.in.comcast.net. |
| 989 | 98.254.188.110 | Port Saint Lucie, FL | c-98-254-188-110.hsd1.fl.comcast.net. |
| 990 | 98.254.198.199 | Miami, FL | c-98-254-198-199.hsd1.fl.comcast.net. |
| 991 | 98.255.4.58 | Chico, CA | c-98-255-4-58.hsd1.ca.comcast.net. |
| 992 | 98.71.74.243 | Birmingham, AL | adsl-98-71-74-243.bhm.bellsouth.net. |
| 993 | 98.83.52.208 | Birmingham, AL | adsl-98-83-52-208.bhm.bellsouth.net. |
| 994 | 98.89.175.134 | Pass Christian, MS | adsl-98-89-175-134.bix.bellsouth.net. |
| 995 | 99.0.119.253 | Charlotte, NC | 99-0-119-253.lightspeed.chrlnc.sbcglobal.net. |
| 996 | 99.100.161.47 | Sacramento, CA | 99-100-161-47.lightspeed.frokca.sbcglobal.net. |
| 997 | 99.110.99.63 | Detroit, MI | adsl-99-110-99-63.dsl.sfldmi.sbcglobal.net. |
| 998 | 99.117.18.213 | Tulsa, OK | 99-117-18-213.lightspeed.tulsok.sbcglobal.net. |
| 999 | 99.123.8.111 | Mountain View, CA | 99-123-8-111.lightspeed.hstntx.sbcglobal.net. |

| Doe # | IP address | Estimated location | Reverse DNS name |
|-------|-----------|-------------------|------------------|
| 1000 | 99.130.226.57 | Missouri City, TX | adsl-99-130-226-57.dsl.hstntx.sbcglobal.net. |
| 1001 | 99.135.134.65 | Lake In The Hills, IL | 99-135-134-65.lightspeed.cicril.sbcglobal.net. |
| 1002 | 99.150.130.85 | Clinton Township, MI | adsl-99-150-130-85.dsl.sfldmi.sbcglobal.net. |
| 1003 | 99.162.254.212 | Carson City, NV | NONE |
| 1004 | 99.167.208.150 | Youngstown, OH | adsl-99-167-208-150.dsl.yntwoh.sbcglobal.net. |
| 1005 | 99.186.48.25 | Grove City, OH | 99-186-48-25.lightspeed.clmboh.sbcglobal.net. |
| 1006 | 99.189.188.23 | Eastlake, OH | 99-189-188-23.lightspeed.bcvloh.sbcglobal.net. |
| 1007 | 99.195.30.201 | Lake Charles, LA | 99-195-30-201.dyn.centurytel.net. |
| 1008 | 99.195.5.238 | Kinder, LA | 99-195-5-238.dyn.centurytel.net. |
| 1009 | 99.2.216.185 | Garden Grove, CA | 99-2-216-185.lightspeed.grgvca.sbcglobal.net. |
| 1010 | 99.23.209.134 | Lake Zurich, IL | 99-23-209-134.lightspeed.lkzril.sbcglobal.net. |
| 1011 | 99.37.188.228 | Simi Valley, CA | 99-37-188-228.lightspeed.irvnca.sbcglobal.net. |
| 1012 | 99.41.185.67 | Aurora, IL | 99-41-185-67.lightspeed.cicril.sbcglobal.net. |
| 1013 | 99.50.125.76 | Pittsburg, CA | adsl-99-50-125-76.dsl.pltn13.sbcglobal.net. |
| 1014 | 99.6.40.35 | San Mateo, CA | 99-6-40-35.lightspeed.sntcca.sbcglobal.net. |
| 1015 | 99.61.84.32 | Huntington Park, CA | adsl-99-61-84-32.dsl.lsan03.sbcglobal.net. |
| 1016 | 99.61.90.152 | Riverside, CA | adsl-99-61-90-152.dsl.lsan03.sbcglobal.net. |
| 1017 | 99.73.210.140 | Orange, CA | 99-73-210-140.lightspeed.irvnca.sbcglobal.net. |

**DECLARATION OF JULIE P. SAMUELS**

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION**

| | |
|---|---|
| VPR Internationale, | ) Case No. 2:11-cv-2068 |
| Plaintiff, | ) |
| | ) Judge: Hon. Harold A. Baker |
| v. | ) |
| | ) Magistrate Judge: Hon. David G. |
| DOES 1-1017, | ) Bernthal |
| | ) |
| Individually, and as Representatives of a class, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF JULIE P. SAMUELS IN SUPPORT OF
BRIEF OF AMICUS CURIAE ELECTRONIC FRONTIER FOUNDATION**

I, Julie P. Samuels, declare as follows:

1.     I am a staff attorney at the Electronic Frontier Foundation ("EFF").  EFF is acting as amicus in this case.

2.     Only July 28, 2011, I reviewed Exhibit A of Plaintiff's Complaint and determined that Plaintiff listed 11 distinct torrent file names.  **Exhibit A** is a true and correct list of all of the torrent file names listed in Exhibit A of Plaintiff's Complaint.

3.     On July 28, 2011, I visited the Public Copyright Catalog website of the United States Copyright Office, located at http://cocatalog.loc.gov, and searched the catalog by "Name" for the term "VPR."  **Exhibit B** is a true and correct copy of these search results.

4.     **Exhibit C** is a true and correct copy of the registrations shown in Exhibit B.

5.     Of the 11 torrent file names listed in Exhibit A, only one—Iraq Care Package— exactly matches a work listed in the catalog as registered to VPR, Inc.  Two torrent file names— "Girlfriend lost a bet" and "She lost the bet"— are similar to, but do not exactly match, two works listed as registered to VPR, Inc.: "Girlfriend lost bet" and "Girlfriend lost bet 2."  The

1

torrent file name "Lisa works it for the camera" is similar to four works listed as registered to VPR, Inc.: "Lisa_hard1," "Lisa_hard2," "Lisa_hard3," and "Lisa_solo."

6.      Seven torrent file names listed in Exhibit A do not resemble works listed as registered to VPR, Inc: "I'll be back!," "Sexy self-exam in bathroom," "Black-clad beauty," "TS Lizzie shows us how she likes it done," "Couch tease," "Leather-clad shemale dispenses dildo justice," and "TS Ace feels a little flushed as she goes all-in!"

7.      I searched the catalog for the torrent file names listed in paragraph 6, as well as variations of the file names, and discovered no corresponding registrations listed as registered to VPR, Inc.


I declare under penalty of perjury that the foregoing is true and correct. Executed on the 2nd day of August 2011, in San Francisco, California.


_____/s/ Julie P. Samuels_____
Julie P. Samuels

# EXHIBIT A

# EXHIBIT A

- Iraq Care Package
- I'll be back!
- Sexy self-exam in bathroom
- Lisa works it for the camera
- Black-clad beauty
- She lost the bet
- Girlfriend lost a bet
- TS Lizzie shows us how she likes it done
- Couch tease
- Leather-clad shemale dispenses dildo justice
- TS Ace feels a little flushed as she goes all-in!

# EXHIBIT B

# EXHIBIT B

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = vpr
Search Results: Displaying 1 through 15 of 15 entries.



Resort results by: |                    ‡ |

Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | VPR | Tranny Boys Who Like Their Toys. | PA0001742560 | 2010 |
| [ 2 ] | VPR Communications | You can do it! / produced by V P R Communications. | PA0000409610 | 1988 |
| [ 3 ] | VPR, Inc. | Girlfriend Lost Bet. | PA0001732178 | 2010 |
| [ 4 ] | VPR, Inc. | Girlfriend Lost Bet 2. | PA0001732159 | 2010 |
| [ 5 ] | VPR, Inc. | Iraq Care Package. | PA0001732176 | 2010 |
| [ 6 ] | VPR, Inc. | Kelly. | PA0001732174 | 2010 |
| [ 7 ] | VPR, Inc. | LediSterva. | PA0001732157 | 2010 |
| [ 8 ] | VPR, Inc. | Lika. | PA0001732175 | 2010 |
| [ 9 ] | VPR, Inc. | Lisa hard1. | PA0001732166 | 2010 |
| [ 10 ] | VPR, Inc. | Lisa hard2. | PA0001732168 | 2010 |
| [ 11 ] | VPR, Inc. | Lisa hard3. | PA0001732160 | 2010 |
| [ 12 ] | VPR, Inc. | Lisa solo. | PA0001732170 | 2010 |
| [ 13 ] | VPR, Inc. | Silvia. | PA0001732162 | 2010 |
| [ 14 ] | vPrise LTD | Project Lightweight UI Toolkit (LWUIT) | TX0006891880 | 2008 |
| [ 15 ] | VPROMUSIC | VPRO-9, et al. | SRu000964466 | 2010 |

Resort results by: |                    ‡ |

Set Search Limits



| Clear Selected | Retain Selected |

|  previous | next  |

| Save, Print and Email (Help Page) | | |
|---|---|---|
| **Records** | Select Format: Full Record ‡ | Format for Print/Save |
| All on Page | Enter your email address: | Email |
| Selected On Page | | |
| Selected all Pages | | |

Search for: vpr              Search by: Name (Crichton Michael; Walt Disney Company)    ‡ | Item type: None    ‡ |

25 records per page ‡ |              Submit | Reset |

Help Search History **Titles** Start Over

# EXHIBIT C

# EXHIBIT C

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = vpr

Search Results: Displaying 1 of 15 entries



**Labeled View**

### *Tranny Boys Who Like Their Toys.*

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001742560 / 2010-11-10

**Application Title:** Tranny Boys Who Like Their Toys.

**Title:** Tranny Boys Who Like Their Toys.

**Description:** DVD-ROM.

**Copyright Claimant:** VPR. Address: 1785 E. Sahara Ave, Las Vegas, NV, 89104, United States.

**Date of Creation:** 2010

**Date of Publication:** 2010-11-09

**Nation of First Publication:** United States

**Authorship on Application:** VPR, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: editing/editor, direction/director, script/screenplay, production/producer, entire motion picture, cinematography/cinematographer.

**Names:** VPR, Inc.
VPR



| Save, Print and Email (Help Page) |
|---|
| Select Download Format   Full Record ▼     Format for Print/Save |
| Enter your email address:                                Email |

---

Help  Search  History  Titles  Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = vpr
Search Results: Displaying 2 of 15 entries



Labeled View

*You can do it! / produced by V P R Communications.*

**Type of Work:** Kit

**Registration Number / Date:** PA0000409610 / 1989-03-31

**Title:** You can do it! / produced by V P R Communications.

**Description:** 1 kit.

**Series:** 21st century skills series

**Copyright Claimant:** Frank Paxton Company d.b.a. Paxton/Patterson & Graves- Humphreys

**Date of Creation:** 1988

**Date of Publication:** 1988-10-15

**Authorship on Application:** Frank Paxton Company d.b.a. Paxton/Patterson & Graves-Humphreys, employers for hire.

**Names:** VPR Communications

Frank Paxton Company

Paxton/Patterson

Graves- Humphreys



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record ⬍ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Copyright
#### United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = vpr
Search Results: Displaying 3 of 15 entries



**Labeled View**

### *Girlfriend Lost Bet.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001732178 / 2010-11-19
**Application Title:** Girlfriend Lost Bet.
**Title:** Girlfriend Lost Bet.
**Description:** CD-ROM.
**Copyright Claimant:** VPR, Inc. Address: 1785 E. Sahara Ave, Las Vegas, NV, 60601, United States.
**Date of Creation:** 2010
**Date of Publication:** 2010-11-07
**Nation of First Publication:** United States
**Authorship on Application:** VPR, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: Entire Motion Picture.
**Copyright Note:** C.O. correspondence.

**Names:** VPR, Inc.



| Save, Print and Email (Help Page) |
| Select Download Format | Full Record ⬍ | Format for Print/Save |
| Enter your email address: | | Email |

---

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

# Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = vpr
Search Results: Displaying 4 of 15 entries



Labeled View

*Girlfriend Lost Bet 2.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001732159 / 2010-11-30
**Application Title:** Girlfriend Lost Bet 2.
**Title:** Girlfriend Lost Bet 2.
**Description:** DVD-ROM.
**Copyright Claimant:** VPR, Inc. Address: 1785 E. Sahara Ave, Las Vegas, NV, 60601, United States.
**Date of Creation:** 2010
**Date of Publication:** 2010-11-07
**Nation of First Publication:** United States
**Authorship on Application:** VPR, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: Entire Motion Picture.
**Copyright Note:** C.O. correspondence.
**Names:** VPR, Inc.



| Save, Print and Email (Help Page) |
| --- |
| Select Download Format   Full Record  ♦     Format for Print/Save |
| Enter your email address: _____  Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = vpr
Search Results: Displaying 5 of 15 entries



Labeled View

*Iraq Care Package.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001732176 / 2010-11-19
**Application Title:** Iraq Care Package.
**Title:** Iraq Care Package.
**Description:** DVD-ROM.
**Copyright Claimant:** VPR, Inc. Address: 1785 E. Sahara Ave, Las Vegas, NV, 60601, United States.
**Date of Creation:** 2010
**Date of Publication:** 2010-11-07
**Nation of First Publication:** United States
**Authorship on Application:** VPR, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: Entire Motion Picture.
**Copyright Note:** C.O. correspondence.

**Names:** <u>VPR, Inc.</u>



| Save, Print and Email (<u>Help Page</u>) | | |
|---|---|---|
| Select Download Format | Full Record ⬍ | Format for Print/Save |
| Enter your email address: | | Email |

---

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = vpr
Search Results: Displaying 6 of 15 entries



**Labeled View**

*Kelly.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001732174 / 2011-01-07
**Application Title:** Kelly.
**Title:** Kelly.
**Description:** CD-ROM.
**Copyright Claimant:** VPR, Inc. Address: 1785 E. Sahara Ave, Las Vegas, NV, 60601, United States.
**Date of Creation:** 2010
**Date of Publication:** 2010-12-31
**Nation of First Publication:** United States
**Authorship on Application:** VPR, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: Entire Motion Picture.
**Copyright Note:** C.O. correspondence.
**Names:** VPR, Inc.



| Save, Print and Email (Help Page) |
|---|
| Select Download Format   Full Record  ‡     Format for Print/Save |
| Enter your email address: [                    ]   Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = vpr
Search Results: Displaying 7 of 15 entries





*LediSterva.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001732157 / 2011-01-07
**Application Title:** LediSterva.
**Title:** LediSterva.
**Description:** Videodisc (DVD)
**Copyright Claimant:** VPR, Inc. Address: 1785 E. Sahara Ave, Las Vegas, NV, 60601, United States.
**Date of Creation:** 2010
**Date of Publication:** 2010-12-31
**Nation of First Publication:** United States
**Authorship on Application:** VPR, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: Entire Motion Picture.
**Copyright Note:** C.O. correspondence.

**Names:** VPR, Inc.

| previous | next |

| Save, Print and Email (Help Page) |
| Select Download Format | Full Record ⬍ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = vpr
Search Results: Displaying 8 of 15 entries





### *Lika.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001732175 / 2011-01-07
**Application Title:** Lika.
**Title:** Lika.
**Description:** DVD-ROM.
**Copyright Claimant:** VPR, Inc. Address: 1785 E. Sahara Ave, Las Vegas, NV, 60601, United States.
**Date of Creation:** 2010
**Date of Publication:** 2010-12-31
**Nation of First Publication:** United States
**Authorship on Application:** VPR, Inc., employer for hire; Domicile: United States; Citizenship: United States.
    Authorship: Entire Motion Picture.
**Copyright Note:** C.O. correspondence.

**Names:** VPR, Inc.

| previous | next |

| Save, Print and Email (Help Page) |
| Select Download Format | Full Record ÷ | Format for Print/Save |
| Enter your email address: | | Email |

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = vpr
Search Results: Displaying 9 of 15 entries



Labeled View

### *Lisa_hard1.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001732166 / 2011-01-07
**Application Title:** Lisa_hard1.
**Title:** Lisa_hard1.
**Description:** CD-ROM.
**Copyright Claimant:** VPR, Inc. Address: 1785 E. Sahara Ave, Las Vegas, NV, 60601, United States.
**Date of Creation:** 2010
**Date of Publication:** 2010-12-31
**Nation of First Publication:** United States
**Authorship on Application:** VPR, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: Entire Motion Picture.
**Copyright Note:** C.O. correspondence.
**Names:** <u>VPR, Inc.</u>



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record ⬍ | Format for Print/Save |
| Enter your email address: | | Email |

---

Help   Search   History   Titles   Start Over

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = vpr

Search Results: Displaying 10 of 15 entries



**Labeled View**

*Lisa_hard2.*

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001732168 / 2011-01-07

**Application Title:** Lisa_hard2.

**Title:** Lisa_hard2.

**Description:** CD-ROM.

**Copyright Claimant:** VPR, Inc. Address: 1785 E. Sahara Ave, Las Vegas, NV, 60601, United States.

**Date of Creation:** 2010

**Date of Publication:** 2010-12-31

**Nation of First Publication:** United States

**Authorship on Application:** VPR, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: Entire Motion Picture.

**Copyright Note:** C.O. correspondence.

**Names:** VPR, Inc.



| Save, Print and Email (Help Page) |
| --- |
| Select Download Format  Full Record  ♦    Format for Print/Save |
| Enter your email address: _____   Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

# Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = vpr
Search Results: Displaying 11 of 15 entries



Labeled View

### *Lisa_hard3.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001732160 / 2011-01-07
**Application Title:** Lisa_hard3.
**Title:** Lisa_hard3.
**Description:** CD-ROM.
**Copyright Claimant:** VPR, Inc. Address: 1785 E. Sahara Ave, Las Vegas, NV, 60601, United States.
**Date of Creation:** 2010
**Date of Publication:** 2010-12-31
**Nation of First Publication:** United States
**Authorship on Application:** VPR, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: Entire Motion Picture.
**Copyright Note:** C.O. correspondence.
**Names:** VPR, Inc.



| Save, Print and Email (Help Page) |
| Select Download Format | Full Record ⬍ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Copyright

**United States Copyright Office**

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = vpr

Search Results: Displaying 12 of 15 entries



**Labeled View**

*Lisa_solo.*

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001732170 / 2011-01-07

**Application Title:** Lisa_solo.

**Title:** Lisa_solo.

**Description:** CD-ROM.

**Copyright Claimant:** VPR, Inc. Address: 1785 E. Sahara Ave, Las Vegas, NV, 60601, United States.

**Date of Creation:** 2010

**Date of Publication:** 2010-12-31

**Nation of First Publication:** United States

**Authorship on Application:** VPR, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: Entire Motion Picture.

**Copyright Note:** C.O. correspondence.

**Names:** VPR, Inc.



| Save, Print and Email (Help Page) |
|---|
| Select Download Format   Full Record  ⬍    Format for Print/Save |
| Enter your email address:                           Email |

---

Help  Search  History  Titles  Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = vpr
Search Results: Displaying 13 of 15 entries





*Silvia.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001732162 / 2011-01-07
**Application Title:** Silvia.
**Title:** Silvia.
**Description:** CD-ROM.
**Copyright Claimant:** VPR, Inc. Address: 1785 E. Sahara Ave, Las Vegas, NV, 60601, United States.
**Date of Creation:** 2010
**Date of Publication:** 2010-12-31
**Nation of First Publication:** United States
**Authorship on Application:** VPR, Inc., employer for hire; Domicile: United States; Citizenship: United States.
Authorship: Entire Motion Picture.
**Copyright Note:** C.O. correspondence.
**Names:** VPR, Inc.

| Save, Print and Email (Help Page) |
| --- |
| Select Download Format  Full Record  ♦  Format for Print/Save |
| Enter your email address: [          ]  Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = vpr
Search Results: Displaying 14 of 15 entries



**Labeled View**

### *Project Lightweight UI Toolkit (LWUIT)*

**Type of Work:** Text
**Registration Number / Date:** TX0006891880 / 2008-11-17
**Application Title:** Project Lightweight UI Toolkit (LWUIT)
**Title:** Project Lightweight UI Toolkit (LWUIT)
**Description:** Electronic file (eService)
**Copyright Claimant:** Sun Microsystems, Inc., Transfer: By written agreement. Address: 4150 Network Circle, Santa Clara, CA, 95054.
**Date of Creation:** 2008
**Date of Publication:** 2008-08-14
**Nation of First Publication:** United States
**Authorship on Application:** Sun Microsystems, Inc., employer for hire; Domicile: United States. Authorship: New and revised computer code and text of documentation.

vPrise LTD, employer for hire; Domicile: Israel. Authorship: New computer code and text of documentation.
**Alternative Title on Application:** Project Lightweight UI Toolkit (LWUIT)
**Pre-existing Material:** Prior works by claimant.
**Basis of Claim:** New computer code and text of documentation.

**Names:** Sun Microsystems, Inc.
vPrise LTD



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format | Full Record ⬍ | Format for Print/Save |
| Enter your email address: | | Email |

# Copyright
#### United States Copyright Office

| Help | Search | History | Titles | Start Over |
| --- | --- | --- | --- | --- |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = vpr
Search Results: Displaying 15 of 15 entries



---

Labeled View

### *VPRO-9, et al.*

|  |  |
| --- | --- |
| **Type of Work:** | Sound Recording and Music |
| **Registration Number / Date:** | SRu000964466 / 2010-05-19 |
| **Application Title:** | VPROMUSIC VOLUME 2. |
| **Title:** | VPRO-9, et al. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Vermon Duane Rudd. Address: 140 PROSPECT AVE, SUITE 9M, Hackensack, NJ, 07601, United States. |
| **Date of Creation:** | 2009 |
| **Authorship on Application:** | Vermon Duane Rudd, 1963- d.b.a. VPROMUSIC (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: sound recording, performance, production, music. |
| **Rights and Permissions:** | Vermon Duane Rudd, 140 PROSPECT AVE, SUITE 9M, Hackensack, NJ, 07601, (201) 403-0911, vpromusic@gmail.com |
| **Names:** | Rudd, Vermon Duane, 1963-<br>Rudd, Vermon Duane<br>VPROMUSIC |



| Save, Print and Email (**Help Page**) | | |
| --- | --- | --- |
| Select Download Format | Full Record ⬍ | Format for Print/Save |
| Enter your email address: |  | Email |

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |