IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| VPR INTERNATIONALE, | CASE NO. 2:11-cv-02068-HAB-DGB |
| Plaintiff, | Judge: Hon. Harold A. Baker |
| | Magistrate Judge: Hon. David G. Bernthal |
| v. | |
| DOES 1 – 1017,<br>Individually, and as Representatives of a class, | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff VPR Internationale hereby dismisses without prejudice all causes of action in its Complaint against Does 1-1,017. The respective Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate. Plaintiff, through counsel, has concluded that the information needed to proceed in this litigation—namely the ISP subscriber logs for the IP addresses identified on Exhibit A to the Complaint—is almost certain to have been destroyed due to the passage of time. Accordingly, Plaintiff has directed its counsel to dismiss this action without prejudice in favor of pursuing alternate avenues for attempting to curb the rampant Internet-based infringement that is quite literally destroying the livelihoods of creative professionals across the world.

[intentionally left blank]

2

                        Respectfully submitted,
                        VPR Internationale

DATED: August 2, 2011

                        By:   /s/ John Steele
                               One of its Attorneys

                               John Steele # 6292158
                               Steele Hansmeier PLLC
                               161 N. Clark St.
                               Suite 4700
                               Chicago, IL 60601
                               312-880-9160;   Fax 312-893-5677
                               jlsteele@wefightpiracy.com
                               *Lead Counsel*

                               **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 2, 2011, all parties of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

s/ John Steele<br>
JOHN STEELE